# EXHIBIT B

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

ELIZABETH F. MATTHEWS ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
| --- | --- | --- | --- |
| *See* attached Schedule A. | | | |

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

None.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 25 day of March, 2020.

DocuSigned by:
*Elizabeth F. Matthews*
8A4C7759C4FE48E...

ELIZABETH F. MATTHEWS

DocuSign Envelope ID: B6B233E5-C85F-447A-02A8-BF5F85BCDDAC

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Sassan Momtazbakhsh, Account 1**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/11/2019 | 100 | $134.25 |
| 06/21/2019 | 100 | $153.54 |
| 06/24/2019 | 100 | $138.00 |
| 07/22/2019 | 100 | $193.23 |
| 07/23/2019 | 400 | $193.00 |
| 07/26/2019 | 200 | $225.00 |
| 07/26/2019 | 500 | $222.00 |
| 10/25/2019 | 1,000 | $100.33 |
| 10/29/2019 | 500 | $81.00 |
| 10/29/2019 | 500 | $83.00 |
| 10/31/2019 | 1,200 | $85.65 |
| 11/18/2019 | 1,000 | $81.32 |
| 12/04/2019 | 100 | $74.04 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 06/14/2019 | 100 | $152.00 |
| 07/22/2019 | 100 | $198.20 |
| 07/25/2019 | 200 | $217.00 |
| 07/25/2019 | 100 | $215.45 |
| 10/23/2019 | 1,000 | $104.45 |
| 10/29/2019 | 1,000 | $84.88 |
| 10/30/2019 | 1,000 | $89.00 |
| 11/11/2019 | 400 | $76.75 |
| 11/11/2019 | 300 | $76.65 |
| 11/12/2019 | 500 | $75.65 |

**Elizabeth F. Matthews, Account 3**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/11/2019 | 250 | $138.00 |
| 06/11/2019 | 200 | $132.00 |
| 06/24/2019 | 200 | $144.00 |
| 07/22/2019 | 100 | $193.00 |
| 07/23/2019 | 200 | $193.00 |
| 07/29/2019 | 200 | $222.36 |
| 08/15/2019 | 500 | $147.20 |
| 09/24/2019 | 100 | $142.20 |
| 10/25/2019 | 1,000 | $100.33 |
| 10/29/2019 | 500 | $84.17 |
| 10/29/2019 | 300 | $83.22 |
| 10/29/2019 | 300 | $82.23 |

| 11/18/2019 | 1,000 | $79.19 |
|---|---|---|
| 11/19/2019 | 100 | $77.87 |
| 11/19/2019 | 100 | $77.15 |
| 12/16/2019 | 250 | $73.25 |
| 12/16/2019 | 250 | $73.14 |
| 12/16/2019 | 250 | $72.52 |
| 12/16/2019 | 250 | $72.42 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 06/12/2019 | 300 | $149.48 |
| 06/14/2019 | 150 | $155.00 |
| 06/25/2019 | 100 | $149.90 |
| 07/22/2019 | 100 | $194.60 |
| 10/23/2019 | 1,000 | $103.76 |
| 10/29/2019 | 550 | $85.65 |
| 10/29/2019 | 550 | $87.39 |
| 11/11/2019 | 500 | $76.51 |
| 11/12/2019 | 600 | $75.65 |

**Elizabeth F. Matthews, Account 1**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/07/2019 | 100 | $124.00 |
| 06/07/2019 | 100 | $121.55 |
| 06/11/2019 | 100 | $147.21 |
| 06/11/2019 | 100 | $135.00 |
| 07/23/2019 | 200 | $197.00 |
| 07/23/2019 | 200 | $194.00 |
| 07/26/2019 | 200 | $217.50 |
| 09/24/2019 | 147 | $142.01 |
| 09/24/2019 | 253 | $141.90 |
| 10/29/2019 | 500 | $82.00 |
| 10/31/2019 | 550 | $84.70 |
| 10/31/2019 | 600 | $84.24 |
| 12/03/2019 | 300 | $76.22 |
| 12/04/2019 | 200 | $73.95 |
| 12/16/2019 | 200 | $72.53 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 06/10/2019 | 100 | $159.00 |
| 06/14/2019 | 100 | $150.29 |
| 06/14/2019 | 100 | $153.43 |
| 06/25/2019 | 100 | $147.00 |
| 07/25/2019 | 200 | $214.99 |
| 10/18/2019 | 100 | $109.56 |
| 10/23/2019 | 700 | $103.36 |
| 10/30/2019 | 500 | $89.36 |
| 11/12/2019 | 1,000 | $74.84 |

DocuSign Envelope ID: B6B233EF-C85F-447A-93A8-BF5F85BCDDAC

**Sassan Momtazbakhsh, Account 2**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/18/2019 | 100 | $168.00 |
| 06/24/2019 | 100 | $144.00 |
| 07/22/2019 | 100 | $182.00 |
| 07/26/2019 | 250 | $226.00 |
| 10/25/2019 | 400 | $100.76 |
| 10/31/2019 | 400 | $84.32 |
| 12/02/2019 | 200 | $78.37 |
| 12/03/2019 | 100 | $76.15 |
| 12/04/2019 | 200 | $74.06 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 07/22/2019 | 100 | $194.89 |
| 07/23/2019 | 100 | $195.00 |
| 10/23/2019 | 350 | $104.00 |
| 10/29/2019 | 400 | $83.00 |
| 11/11/2019 | 200 | $76.50 |
| 11/12/2019 | 200 | $74.25 |

**Elizabeth F. Matthews, Account 2**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/11/2019 | 100 | $139.00 |
| 07/23/2019 | 100 | $198.00 |
| 07/26/2019 | 50 | $227.39 |
| 07/26/2019 | 50 | $227.05 |
| 10/29/2019 | 220 | $82.00 |
| 12/04/2019 | 130 | $75.35 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 06/25/2019 | 100 | $149.00 |
| 10/23/2019 | 200 | $103.36 |
| 11/11/2019 | 120 | $76.55 |

Exhibit B
008

**John Matthews, Account 1**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/11/2019 | 75 | $134.00 |
| 07/29/2019 | 50 | $225.85 |
| 10/25/2019 | 100 | $100.37 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 10/23/2019 | 100 | $103.25 |

**Elizabeth F. Matthews, Account 4**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 05/09/2019 | 100 | $68.19 |
| 06/07/2019 | 80 | $125.00 |
| 06/24/2019 | 100 | $138.28 |
| 07/01/2019 | 100 | $155.23 |
| 07/23/2019 | 100 | $197.00 |
| 07/29/2019 | 65 | $221.40 |
| 07/30/2019 | 100 | $186.34 |
| 10/25/2019 | 200 | $100.36 |
| 10/29/2019 | 300 | $82.25 |
| 10/31/2019 | 400 | $84.50 |
| 12/05/2019 | 200 | $73.18 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 05/29/2019 | 100 | $93.00 |
| 06/14/2019 | 80 | $154.54 |
| 06/25/2019 | 100 | $149.30 |
| 07/11/2019 | 100 | $169.50 |
| 10/23/2019 | 200 | $102.56 |
| 10/29/2019 | 265 | $84.00 |

Exhibit B
009

Assignment

John R. Matthews, the undersigned Assignor ("Assignor"), hereby assigns, transfers and sets over to Elizabeth F. Matthews all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the state and/or federal securities laws of the United States of America in connection with the purchase of Beyond Meat Inc. securities.  Further, the Assignor hereby appoints Elizabeth F. Matthews as his true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.  Elizabeth F. Matthews agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Elizabeth F. Matthews.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

We declare under penalty of perjury that the foregoing is true and correct.

Executed this 25 day of March, 2020

DocuSigned by:
John R. Matthews
0879FEA941774C8...
John R. Matthews

Executed this 25 day of March, 2020

DocuSigned by:
Elizabeth F. Matthews
8A4C7759C4FE48E...
Elizabeth F. Matthews

<u>Assignment</u>

Sassan Momtazbakhsh, the undersigned Assignor ("Assignor"), hereby assigns, transfers and sets over to Elizabeth F. Matthews all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the state and/or federal securities laws of the United States of America in connection with the purchase of Beyond Meat Inc. securities. Further, the Assignor hereby appoints Elizabeth F. Matthews as his true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Elizabeth F. Matthews agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Elizabeth F. Matthews.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

We declare under penalty of perjury that the foregoing is true and correct.

Executed this 25 day of March, 2020

DocuSigned by:

Sassan Momtazbakhsh

8A4C7759C4FE48E...

Sassan Momtazbakhsh

Executed this 25 day of March, 2020

DocuSigned by:

Elizabeth F. Matthews

8A4C7759C4FE48E...

Elizabeth F. Matthews

Exhibit B
011