# EXHIBIT C

Exhibit C
012

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Sassan Momtazbakhsh, Account 1** | 06/11/2019 | 100 | $134.25 | $13,425.00 | 06/14/2019 | 100 | $152.00 | $15,200.00 | |
| | 06/21/2019 | 100 | $153.54 | $15,354.00 | 07/22/2019 | 100 | $198.20 | $19,820.00 | |
| | 06/24/2019 | 100 | $138.00 | $13,800.00 | 07/25/2019 | 200 | $217.00 | $43,400.00 | |
| | 07/22/2019 | 100 | $193.23 | $19,323.00 | 07/25/2019 | 100 | $215.45 | $21,545.00 | |
| | 07/23/2019 | 400 | $193.00 | $77,200.00 | 10/23/2019 | 1,000 | $104.45 | $104,450.00 | |
| | 07/26/2019 | 200 | $225.00 | $45,000.00 | 10/29/2019 | 1,000 | $84.88 | $84,880.00 | |
| | 07/26/2019 | 500 | $222.00 | $111,000.00 | 10/30/2019 | 1,000 | $89.00 | $89,000.00 | |
| | 10/25/2019 | 1,000 | $100.33 | $100,330.00 | 11/11/2019 | 400 | $76.75 | $30,700.00 | |
| | 10/29/2019 | 500 | $81.00 | $40,500.00 | 11/11/2019 | 300 | $76.65 | $22,995.00 | |
| | 10/29/2019 | 500 | $83.00 | $41,500.00 | 11/12/2019 | 500 | $75.65 | $37,826.50 | |
| | 10/31/2019 | 1,200 | $85.65 | $102,780.00 | held | 1,100 | $96.19 | $105,810.79 | |
| | 11/18/2019 | 1,000 | $81.32 | $81,320.00 | | | | | |
| | 12/04/2019 | 100 | $74.04 | $7,403.82 | | | | | |
| | | **5,800** | | **$668,935.82** | | **5,800** | | **$575,627.29** | **($93,308.53)** |
| **Elizabeth F. Matthews, Account 3** | 06/11/2019 | 250 | $138.00 | $34,500.00 | 06/12/2019 | 300 | $149.48 | $44,844.00 | |
| | 06/11/2019 | 200 | $132.00 | $26,400.00 | 06/14/2019 | 150 | $155.00 | $23,250.00 | |
| | 06/24/2019 | 200 | $144.00 | $28,800.00 | 06/25/2019 | 100 | $149.90 | $14,990.00 | |
| | 07/22/2019 | 100 | $193.00 | $19,300.00 | 07/22/2019 | 100 | $194.60 | $19,460.00 | |
| | 07/23/2019 | 200 | $193.00 | $38,600.00 | 10/23/2019 | 1,000 | $103.76 | $103,760.00 | |
| | 07/29/2019 | 200 | $222.36 | $44,472.00 | 10/29/2019 | 550 | $85.65 | $47,107.50 | |
| | 08/15/2019 | 500 | $147.20 | $73,600.00 | 10/29/2019 | 550 | $87.39 | $48,064.50 | |
| | 09/24/2019 | 100 | $142.20 | $14,220.01 | 11/11/2019 | 500 | $76.51 | $38,255.00 | |
| | 10/25/2019 | 1,000 | $100.33 | $100,330.00 | 11/12/2019 | 600 | $75.65 | $45,390.00 | |
| | 10/29/2019 | 500 | $84.17 | $42,085.00 | held | 2,200 | $96.19 | $211,621.58 | |
| | 10/29/2019 | 300 | $83.22 | $24,966.00 | | | | | |
| | 10/29/2019 | 300 | $82.23 | $24,669.00 | | | | | |
| | 11/18/2019 | 1,000 | $79.19 | $79,190.00 | | | | | |
| | 11/19/2019 | 100 | $77.87 | $7,787.00 | | | | | |
| | 11/19/2019 | 100 | $77.15 | $7,715.00 | | | | | |
| | 12/16/2019 | 250 | $73.25 | $18,312.50 | | | | | |
| | 12/16/2019 | 250 | $73.14 | $18,285.00 | | | | | |
| | 12/16/2019 | 250 | $72.52 | $18,130.00 | | | | | |
| | 12/16/2019 | 250 | $72.42 | $18,105.00 | | | | | |
| | | **6,050** | | **$639,466.51** | | **6,050** | | **$596,742.58** | **($42,723.93)** |
| **Elizabeth F. Matthews, Account 1** | 06/07/2019 | 100 | $124.00 | $12,400.00 | 06/10/2019 | 100 | $159.00 | $15,900.00 | |
| | 06/07/2019 | 100 | $121.55 | $12,154.77 | 06/14/2019 | 100 | $150.29 | $15,029.00 | |
| | 06/11/2019 | 100 | $147.21 | $14,721.00 | 06/14/2019 | 100 | $153.43 | $15,343.00 | |
| | 06/11/2019 | 100 | $135.00 | $13,500.00 | 06/25/2019 | 100 | $147.00 | $14,700.00 | |
| | 07/23/2019 | 200 | $197.00 | $39,400.00 | 07/25/2019 | 200 | $214.99 | $42,998.00 | |
| | 07/23/2019 | 200 | $194.00 | $38,800.00 | 10/18/2019 | 100 | $109.56 | $10,956.00 | |
| | 07/26/2019 | 200 | $217.50 | $43,500.00 | 10/23/2019 | 700 | $103.36 | $72,352.00 | |
| | 09/24/2019 | 147 | $142.01 | $20,875.47 | 10/30/2019 | 500 | $89.36 | $44,680.00 | |
| | 09/24/2019 | 253 | $141.90 | $35,900.70 | 11/12/2019 | 1,000 | $74.84 | $74,840.00 | |
| | 10/29/2019 | 500 | $82.00 | $41,000.00 | held | 850 | $96.19 | $81,762.88 | |
| | 10/31/2019 | 550 | $84.70 | $46,585.00 | | | | | |
| | 10/31/2019 | 600 | $84.24 | $50,544.00 | | | | | |
| | 12/03/2019 | 300 | $76.22 | $22,866.00 | | | | | |
| | 12/04/2019 | 200 | $73.95 | $14,790.00 | | | | | |
| | 12/16/2019 | 200 | $72.53 | $14,506.00 | | | | | |
| | | **3,750** | | **$421,542.94** | | **3,750** | | **$388,560.88** | **($32,982.06)** |

Exhibit C
013

**Sassan Momtazbakhsh, Account 2**

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|
| 06/18/2019 | 100 | $168.00 | $16,800.00 | 07/22/2019 | 100 | $194.89 | $19,489.00 | |
| 06/24/2019 | 100 | $144.00 | $14,400.00 | 07/23/2019 | 100 | $195.00 | $19,500.00 | |
| 07/22/2019 | 100 | $182.00 | $18,200.00 | 10/23/2019 | 350 | $104.00 | $36,400.00 | |
| 07/26/2019 | 250 | $226.00 | $56,500.00 | 10/29/2019 | 400 | $83.00 | $33,200.00 | |
| 10/25/2019 | 400 | $100.76 | $40,304.00 | 11/11/2019 | 200 | $76.50 | $15,300.00 | |
| 10/31/2019 | 400 | $84.32 | $33,728.00 | 11/12/2019 | 200 | $74.25 | $14,850.00 | |
| 12/02/2019 | 200 | $78.37 | $15,674.00 | held | 500 | $96.19 | $48,095.81 | |
| 12/03/2019 | 100 | $76.15 | $7,615.00 | | | | | |
| 12/04/2019 | 200 | $74.06 | $14,811.44 | | | | | |
| | **1,850** | | **$218,032.44** | | **1,850** | | **$186,834.81** | **($31,197.63)** |

**Elizabeth F. Matthews, Account 2**

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|
| 06/11/2019 | 100 | $139.00 | $13,900.00 | 06/25/2019 | 100 | $149.00 | $14,900.00 | |
| 07/23/2019 | 100 | $198.00 | $19,800.00 | 10/23/2019 | 200 | $103.36 | $20,672.00 | |
| 07/26/2019 | 50 | $227.39 | $11,369.50 | 11/11/2019 | 120 | $76.55 | $9,186.00 | |
| 07/26/2019 | 50 | $227.05 | $11,352.53 | held | 230 | $96.19 | $22,124.07 | |
| 10/29/2019 | 220 | $82.00 | $18,040.00 | | | | | |
| 12/04/2019 | 130 | $75.35 | $9,795.50 | | | | | |
| | **650** | | **$84,257.53** | | **650** | | **$66,882.07** | **($17,375.45)** |

**John Matthews, Account 1**

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|
| 06/11/2019 | 75 | $134.00 | $10,050.00 | 10/23/2019 | 100 | $103.25 | $10,325.00 | |
| 07/29/2019 | 50 | $225.85 | $11,292.50 | held | 125 | $96.19 | $12,023.95 | |
| 10/25/2019 | 100 | $100.37 | $10,037.00 | | | | | |
| | **225** | | **$31,379.50** | | **225** | | **$22,348.95** | **($9,030.55)** |

**Elizabeth F. Matthews, Account 4**

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|
| 05/09/2019 | 100 | $68.19 | $6,819.00 | 05/29/2019 | 100 | $93.00 | $9,300.00 | |
| 06/07/2019 | 80 | $125.00 | $10,000.00 | 06/14/2019 | 80 | $154.54 | $12,363.20 | |
| 06/24/2019 | 100 | $138.28 | $13,828.00 | 06/25/2019 | 100 | $149.30 | $14,930.00 | |
| 07/01/2019 | 100 | $155.23 | $15,523.00 | 07/11/2019 | 100 | $169.50 | $16,950.00 | |
| 07/23/2019 | 100 | $197.00 | $19,700.00 | 10/23/2019 | 200 | $102.56 | $20,512.00 | |
| 07/29/2019 | 65 | $221.40 | $14,391.00 | 10/29/2019 | 265 | $84.00 | $22,260.00 | |
| 07/30/2019 | 100 | $186.34 | $18,634.00 | held | 900 | $96.19 | $86,572.47 | |
| 10/25/2019 | 200 | $100.36 | $20,072.00 | | | | | |
| 10/29/2019 | 300 | $82.25 | $24,675.00 | | | | | |
| 10/31/2019 | 400 | $84.50 | $33,800.00 | | | | | |
| 12/05/2019 | 200 | $73.18 | $14,636.00 | | | | | |
| | **1,745** | | **$192,078.00** | | **1,745** | | **$182,887.67** | **($9,190.33)** |

**Movants' Total**

| | Shares | | Amount | | Shares | | Amount | Loss |
|---|---|---|---|---|---|---|---|---|
| | **20,070** | | **$2,255,692.74** | | **20,070** | | **$2,019,884.26** | **($235,808.47)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $96.19 as of March 27, 2020 for common stock.

Prices listed are rounded to two decimal places.

Exhibit C
014