# EXHIBIT D

Exhibit D
015

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TRAN, Individually and on Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) vs. ) ) BEYOND MEAT, INC., et al., ) ) Defendants. ) ) ) | Case No. 2:20-cv-00963-MWF-AFM<br><br>CLASS ACTION<br><br>DECLARATION OF ELIZABETH F. MATTHEWS IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL |

4841-7965-3816.v1

I, ELIZABETH F. MATTHEWS, declare as follows:

1.    This declaration is made in support of my motion for appointment as lead plaintiff and approval of selection of lead counsel.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.    I am a 58-year old social worker residing in Tucson, Arizona.  I have approximately 18 years of experience as a licensed clinical social worker.

3.    I attended Arizona State University, where I obtained my Master's degree in Social Work.

4.    I have been investing in the capital markets for over a decade.

5.    Throughout my career, I have worked on cases and in proceedings involving attorneys.  For example, I worked alongside attorneys as a clinical social worker in child custody cases.

6.    I suffered substantial losses as a result of my transactions in Beyond Meat Inc. securities during the Class Period.  In addition, I have received an assignment and power of attorney to pursue claims on behalf of my husband and my son from their Beyond Meat securities transactions during the Class Period.  As a result, I am motivated to seek to obtain the best possible result for myself, my family, and the class.

7.    I have discussed serving as lead plaintiff with my counsel and am aware that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was enacted by

- 1 -

DocuSign Envelope ID: B6B233E5-C85F-447A-93A8-BF5F85BCDDAC

Congress to encourage investors with a significant financial interest to lead securities class actions. I understand that a lead plaintiff and lead counsel act on behalf of and for the benefit of all potential class members.

8.     I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings, participate in discovery, participate in settlement discussions, attend trial, if necessary, and authorize any potential settlement on behalf of the class. I am willing to perform all of these duties on behalf of the class members.

9.     I understand that the lead plaintiff's share of any recovery is the same as every other potential class member. As my Certification states, I will not accept any payment for serving as a representative party beyond my *pro-rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the PSLRA.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25 th day of March, 2020, at Tucson, Arizona.



DocuSigned by:

Elizabeth F. Matthews

8A4C7759C4FE48E...

ELIZABETH F. MATTHEWS

- 2 -