**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato (SBN 319767)
Marion C. Passmore (SBN 228474)
601 S. Figueroa Street, Suite 4050
Los Angeles, California 90117
Telephone:  (213) 330-3359
Facsimile:  (212) 214-0506
Email:  fortunato@bespc.com
          passmore@bespc.com

*Counsel for Movant and*
*Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TRAN, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>BEYOND MEAT, INC., ETHAN BROWN, and MARK J. NELSON,<br><br>                    Defendants. | Case No. 2:20-cv-00963-MWF-AFM<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF THE BEYOND MEAT INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge:  Hon. Michael W. Fitzgerald<br>Hearing Date:  April 27, 2020<br>Time:  10:00 a.m.<br>Courtroom:  Courtroom 5A – 5th Floor |

DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF THE BEYOND MEAT INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL
Case No. 2:20-cv-00963-MWF-AFM

I, Melissa A. Fortunato, hereby declare as follows:

1.      I am a Partner with the law firm Bragar Eagel & Squire, P.C. ("BES"), counsel for lead plaintiff movants Sheldon and Janet Harnash, Ronald and Karen Jerome, and Zachary Madle (collectively, the "Beyond Meat Investor Group" or "Movant") and proposed lead counsel for the Class.[1]

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as lead plaintiff and approval of its selection of BES as lead counsel for the Class.

3.      Attached hereto are true and correct copies of the following:

Exhibit 1:    PSLRA certifications signed by each member of the Beyond Meat Investor Group, attaching their securities during the Class Period in Schedule A(s), thereto;

Exhibit 2:    Chart detailing Movant's combined financial losses;

Exhibit 3:    Movant's Joint Declaration;

Exhibit 4:    Press release published January 30, 2020, on *Globe Newswire* announcing the pendency of the securities class action against Defendants herein:  *Tran v. Beyond Meat, Inc., et al.*, Case No. 2:20-cv-00963-MWF- AFM; and

Exhibit 5:    BES firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 30th day of March, 2020.

*/s/ Melissa A. Fortunato*
Melissa A. Fortunato

---

[1] The "Class" consists of all investors who purchased or otherwise acquired Beyond Meat, Inc. securities between May 2, 2019 and January 27, 2020, both dates inclusive (the "Class Period").

DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF THE BEYOND MEAT INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL
Case No. 2:20-cv-00963-MWF-AFM
- 1 -