# Exhibit 2

**Beyond Meat, Inc.**

| | |
|---|---|
| Company Name | Beyond Meat, Inc. |
| Ticker Symbol | BYND |
| Security Type | Common Stock |
| Class Period Start | 05/02/2019 |
| Class Period End | 01/27/2020 |
| 90-DAY Lookback Period Start | 01/28/2020 |
| 90-DAY Lookback Period End | 03/30/2020 |
| 90-DAY Lookback Average | $95.5075 |

| Movant | Loss |
|---|---|
| Sheldon and Janet Harnash | ($41,839.75) |
| Ronald and Karen Jerome | ($45,264.00) |
| Zachary Madle | ($19,764.23) |
| **Total Loss** | **($106,867.98)** |

| Client Name | Sheldon and Janet Harnash |
|---|---|
| Company Name | Beyond Meat, Inc. |
| Ticker Symbol | BYND |
| Security Type | Common Stock |
| Class Period Start | 05/02/2019 |
| Class Period End | 01/27/2020 |
| 90-DAY Lookback Period Start | 01/28/2020 |
| 90-DAY Lookback Period End | 03/30/2020 |
| 90-DAY Lookback Average | $95.5075 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($41,839.75) |
| Net Shares Retained | 0.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 08/01/2019 | 500 | $178.83 | ($89,415.00) | | | ($89,415.00) |
| 03/24/2020 | -500 | | | $95.1505* | $47,575.25 | ($41,839.75) |
| | | | | | **Subtotal** | ($41,839.75) |
| | | | | | **Retained Share Value** | $0.00 |
| | | | | | **Total** | ($41,839.75) |

*Pursuant to 15 U.S.C. § 78u-4(e), loss calculated using greater of sale price and average trading price of shares between corrective date and date of sale.

| Client Name | Ronald and Karen Jerome |
|---|---|
| Company Name | Beyond Meat, Inc. |
| Ticker Symbol | BYND |
| Security Type | Common Stock |
| Class Period Start | 05/02/2019 |
| Class Period End | 01/27/2020 |
| 90-DAY Lookback Period Start | 01/28/2020 |
| 90-DAY Lookback Period End | 03/30/2020 |
| 90-DAY Lookback Average | $95.5075 |
| Pre Class Period Holdings | 0 |

| | SUMMARY OF FINANCIAL INTEREST |
|---|---|
| LIFO Loss Total | ($45,264.00) |
| Net Shares Retained | 0.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 01/27/2020 | 5,000 | $124.81 | ($624,050.00) | | | ($624,050.00) |
| 02/21/2020 | -5,000 | | | $115.76* | $578,786.0000 | ($45,264.00) |
| | | | | | **Subtotal** | ($45,264.00) |
| | | | | | **Retained Share Value** | $0.00 |
| | | | | | **Total** | ($45,264.00) |

*Pursuant to 15 U.S.C. § 78u-4(e), loss calculated using greater of sale price and average trading price of shares between corrective date and date of sale.

| Client Name | Zachary Madle |
|---|---|
| Company Name | Beyond Meat, Inc. |
| Ticker Symbol | BYND |
| Security Type | Common Stock |
| Class Period Start | 05/02/2019 |
| Class Period End | 01/27/2020 |
| 90-DAY Lookback Period Start | 01/28/2020 |
| 90-DAY Lookback Period End | 03/30/2020 |
| 90-DAY Lookback Average | $95.5075 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($19,764.23) |
| Net Shares Retained | 522.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 01/14/2020 | 522 | $133.37 | ($69,619.14) | | | ($69,619.14) |
| | | | | | Subtotal | ($69,619.14) |
| | | | | | Retained Share Value | $49,854.92 |
| | | | | | Total | ($19,764.23) |