**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Email:  jpafiti@pomlaw.com

*Attorney for Movants*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TRAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BEYOND MEAT, INC., ETHAN BROWN, and MARK J. NELSON, <br><br> Defendants. | No.: 2:20-cv-00963-MWF-AFM <br><br> **DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF BEYOND MEAT INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** <br><br> DATE: April 27, 2020 <br> TIME: 10:00 am <br> JUDGE: Hon. Michael W. Fitzgerald <br> CTRM: 5A |

I, Jennifer Pafiti, hereby declare as follows:

1.      I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of KK Limited, Tony Ho, Charlemagne Ruiz, and Frida Kazarian (collectively, the "Beyond Meat Investor Group"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the motion of the Beyond Meat Investor Group for appointment as Lead Plaintiff for the Class and approval of its selection of Pomerantz and The Rosen Law Firm, P.A. ("Rosen") as Co-Lead Counsel for the Class.

DECLARATION

2.   Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:   Press release published over *Globe Newswire* on January 30, 2020, announcing the pendency of the above-captioned action;

Exhibit B:   Shareholder Certifications executed by the members of the Beyond Meat Investor Group;

Exhibit C:   Loss Chart of the Beyond Meat Investor Group;

Exhibit D:   Joint Declaration executed by the members of the Beyond Meat Investor Group;

Exhibit E:   Firm resume of Pomerantz; and

Exhibit F:   Firm resume of Rosen.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on March 30, 2020, at Calabasas, California.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

DECLARATION

CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/Jennifer Pafiti*
Jennifer Pafiti