# EXHIBIT C

**Beyond Meat, Inc. (BYND)**
**Class Period: May 2, 2019 and January 27, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 60-Day Mean Price $96.1916 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KK Limited | 9/6/2019 | 800 | $153.0000 | ($122,400) | | | | | | | |
| KK Limited | 10/2/2019 | 350 | $142.8000 | ($49,980) | | | | | | | |
| KK Limited | 10/10/2019 | 100 | $137.2700 | ($13,727) | | | | | | | |
| KK Limited | 10/10/2019 | 400 | $137.3000 | ($54,920) | | | | | | | |
| KK Limited | 10/10/2019 | 800 | $137.0000 | ($109,600) | | | | | | | |
| KK Limited | 10/10/2019 | 500 | $136.7000 | ($68,350) | | | | | | | |
| KK Limited | 10/17/2019 | 900 | $118.8004 | ($106,920) | | | | | | | |
| KK Limited | 10/17/2019 | 800 | $117.8000 | ($94,240) | | | | | | | |
| KK Limited | 10/18/2019 | 424 | $113.7000 | ($48,209) | | | | | | | |
| **KK Limited** | | **5,074** | | **($668,346)** | | | | | **5,074** | **$488,076** | **($180,270)** |
| Ho, Tony | 6/11/2019 | 1,500 | $133.6011 | ($200,402) | 2/27/2020 | (1,500) | $114.8255 | $172,238 | | | |
| Ho, Tony | 8/2/2019 | 300 | $177.3500 | ($53,205) | | | | | | | |
| Ho, Tony | 8/2/2019 | 300 | $176.8367 | ($53,051) | | | | | | | |
| Ho, Tony | 8/2/2019 | 400 | $173.1900 | ($69,276) | | | | | | | |
| Ho, Tony | 8/2/2019 | 400 | $173.1900 | ($69,276) | | | | | | | |
| **Ho, Tony** | | **2,900** | | **($445,210)** | | **(1,500)** | | **$172,238** | **2,900** | **$134,668** | **($138,303)** |
| Ruiz, Charlemagne | 7/23/2019 | 500 | $203.0000 | ($101,500) | | | | | | | |
| Ruiz, Charlemagne | 7/26/2019 | 300 | $236.0000 | ($70,800) | | | | | | | |
| Ruiz, Charlemagne | 7/31/2019 | 100 | $198.0000 | ($19,800) | | | | | | | |
| **Ruiz, Charlemagne** | | **900** | | **($192,100)** | | | | | **900** | **$86,572** | **($105,528)** |
| Kazarian, Frida | 7/30/2019 | 1,000 | $196.0000 | ($196,000) | 7/31/2019 | (1,000) | $199.2500 | $199,250 | | | |
| Kazarian, Frida | 7/31/2019 | 1,000 | $200.0000 | ($200,000) | 8/12/2019 | (25) | $168.4400 | $4,211 | | | |
| Kazarian, Frida | | | | | 8/22/2019 | (43) | $150.1722 | $6,457 | | | |
| Kazarian, Frida | | | | | 11/6/2019 | (80) | $80.7800 | $6,462 | | | |
| Kazarian, Frida | | | | | 11/6/2019 | (70) | $80.7769 | $5,654 | | | |
| Kazarian, Frida | | | | | 11/18/2019 | (58) | $79.7000 | $4,623 | | | |
| Kazarian, Frida | | | | | 3/16/2020 | (524) | $105.0406 | $55,041 | | | |
| **Kazarian, Frida** | | **2,000** | | **($396,000)** | | **(1,800)** | | **$281,699** | **724** | **$19,238** | **($95,063)** |

**Summary**

| Plaintiff | | Shares | | Amount | | Shares | | Amount | Shares Retained | | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KK Limited | | 5,074 | | ($668,346) | | 0 | | $0 | 5,074 | | ($180,270) |
| Ho, Tony | | 2,900 | | ($445,210) | | (1,500) | | $172,238 | 2,900 | | ($138,303) |
| Ruiz, Charlemagne | | 900 | | ($192,100) | | 0 | | $0 | 900 | | ($105,528) |
| Kazarian, Frida | | 2,000 | | ($396,000) | | (1,800) | | $281,699 | 724 | | ($95,063) |
| **Total** | | **10,874** | | **($1,701,656)** | | **(3,300)** | | **$453,937** | **9,598** | | **($519,163)** |