# EXHIBIT D

**JOINT DECLARATION IN SUPPORT OF MOTION OF KK LIMITED, TONY HO, CHARLEMAGNE RUIZ, AND FRIDA KAZARIAN FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     We, KK Limited, Tony Ho, Charlemagne Ruiz, and Frida Kazarian, respectfully submit this Joint Declaration in support of our motion for appointment as Lead Plaintiffs and approval of our selection of counsel in the instant class action on behalf of investors in the securities of Beyond Meat, Inc. ("Beyond Meat" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). We are informed of and understand the requirements and duties imposed by the PSLRA. We each have personal knowledge about the information in this Joint Declaration.

2.     I, Weng Sun Vincent Ho, am authorized to make this declaration on behalf of KK Limited, a private investment entity incorporated in the British Virgin Islands. I am also authorized to bind KK Limited in connection with this litigation and I will be the main contact for KK Limited in this litigation. I have been investing in the securities markets for over 25 years. I have a master's degree in Economics. I am a CFA Charterholder. As reflected in the Certification I signed on behalf of KK Limited, KK Limited purchased Beyond Meat securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

3.     I, Tony Ho, live in Shanghai, China. I have a Master of Business Administration degree and am a sales executive in the information technology industry. I am 50 years old and have been investing in the securities markets for 25 years. As reflected in my Certification, I purchased Beyond Meat securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

1

4.      I, Charlemagne Ruiz, live in Toronto, Ontario, Canada.  I am a glass installer and have been investing in the securities markets for 15 years.  As reflected in my Certification, I purchased Beyond Meat securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

5.      I, Frida Kazarian, live in Burlingame, California.  I have a bachelor's degree in Business and Economics and am a homemaker and part time real estate agent.  I am 54 years old and have been investing in the securities markets for approximately 3 years.  As reflected in my Certification, I purchased Beyond Meat securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

6.      We believe that the securities class action against Beyond Meat is meritorious and should be led by investors who are committed to maximizing the recovery on behalf of the Class.  Prior to filing our Lead Plaintiff motion: (a) we understood that the Lead Plaintiff role includes evaluating the strengths and weaknesses of the case and prospects for resolution of this matter; (b) we understood that it is the Lead Plaintiff's responsibility to direct counsel with respect to this litigation, after receiving the benefit of counsel's advice; (c) we approved Pomerantz LLP ("Pomerantz") and The Rosen Law Firm, P.A. ("Rosen") as our designated co-lead counsel; and (d) we were aware of each other, had one another's contact information, and approved the filing of a motion on our behalves seeking appointment jointly as co-lead plaintiffs.

7.      We do not anticipate that any disagreements between us will arise and agree to make all efforts, in good faith, to reach consensus with respect to all litigation decisions, and to that end will consult with our counsel as we deem necessary to fulfill our fiduciary obligations to the Class.  In the event that such a disagreement arises, we agree to resolve such disagreement by a majority vote, in which each of us possesses a number of votes equivalent to our losses in

2

connection with our Class Period purchases of Beyond Meat securities calculated in U.S. dollars.  We recognize that even in the event of such a disagreement, the ultimate decision will necessarily be informed by consulting one another and our counsel.

8.      We also understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the action to ensure it is prosecuted efficiently.  We have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation.  In this case, we selected Pomerantz and Rosen to serve as Co-Lead Counsel.  It is our understanding that the defendants intend to defend this litigation vigorously, and we believe that the class will be well served by the collective resources and experience of two firms prosecuting the action jointly on its behalf.  Based on these firms' experience in achieving substantial recoveries in securities class actions, we believe that both firms are well-qualified to represent the Class.

9.      Pomerantz and Rosen have been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class.  We will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

3/30/2020

Executed this ___ day of March, 2020.

KK Limited

Weng Sun Vincent Ho

4

DocuSign Envelope ID: 86E6B391-4F1A-4919-9FB9-2B0B895F9969

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

United States that the foregoing statements relating to myself are true and correct to the best of my

knowledge.

Executed this____day of March, 2020.

3/28/2020 | 7:03 PM PDT

DocuSigned by:

Tony Ho

EAB1DD15E2264B0...

Tony Ho

5

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

United States that the foregoing statements relating to myself are true and correct to the best of my

knowledge.

3/30/2020

Executed this ___ day of March, 2020.

Charlemagne Ruiz

6

DocuSign Envelope ID: 80E43D25-C8B9-455E-82A6-7F4265F47667

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed this ___ day of March, 2020.

3/30/2020 | 2:46 PM PDT

*Frida Kazarian*

9E794BD5B5F34DE...

Frida Kazarian

7