**KAPLAN FOX & KILSHEIMER LLP**
Justin B. Farar (SBN 211556)
12400 Wilshire Boulevard, Suite 460
Los Angeles, CA 90025
Telephone: 310.614.7260
Facsimile: 310.575.8697
Email: *jfarar@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (206423)
Mario M. Choi (243409)
1999 Harrison Street, Suite 1560
Oakland, CA  94612
Telephone: 415.772.4700
Facsimile: 415.772.4707
Email: *lking@kaplanfox.com*
        *mchoi@kaplanfox.com*

*Counsel for Movant Block Investments Corporation
and Proposed Liaison Counsel for the Proposed
Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TRAN, Individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>     vs.<br><br>BEYOND MEAT, INC., ETHAN BROWN, and MARK J. NELSON,<br><br>             Defendants. | Case No. 2:20-cv-00963-MWF<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF LAURENCE D. KING IN SUPPORT OF MOVANT BLOCK INVESTMENTS CORPORATION'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br>Judge:    Hon. Michael W. Fitzgerald<br>Date:     April 27, 2020<br>Time:     10:00 am<br>Crtrm:    5A |

1.    I am a Partner with Kaplan Fox & Kilsheimer LLP.  I make this Declaration in Support of Movant Block Investment Corporation's Motion for Appointment as Lead Plaintiff and Approval of Counsel.  The matters set forth herein are within my personal knowledge.

2.    Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit A: | The notice announcing the pendency of this action pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i); |
| Exhibit B: | Block Investment Corporation's sworn certification pursuant to 15 U.S.C. § 78u-4(a)(2)(A); |
| Exhibit C: | Block Investment Corporation's Loss Chart; |
| Exhibit D: | Firm Résumé of Bernstein Liebhard LLP; and |
| Exhibit E: | Firm Résumé of Kaplan Fox & Kilsheimer LLP. |

Executed this 30th day of March, 2020 at Oakland, California.

 /s/ *Laurence D. King*
Laurence D. King

---

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I HEREBY CERTIFY that, on March 30, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 30, 2020.

/s/ *Justin B. Farar*
Justin B. Farar