# EXHIBIT C

**Beyond Meat, Inc. (NASDAQ : BYND)**

Class Period: 05/02/2019 - 01/27/2020

Hold Price: $96.1916

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD | ESTIMATED VALUE (1) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| Block Investments Corporation | 08/21/19 | 15,000 | 153.3999 | 2,300,998.00 | | | | | 15,000 | 1,442,874.42 | (858,123.58) |
| | 09/24/19 | 15,000 | 141.4000 | 2,121,000.00 | | | | | 15,000 | 1,442,874.42 | (678,125.58) |
| | 01/10/20 | 5,218 | 94.5000 | 493,101.00 | | | | | 5,218 | 501,927.91 | 8,826.91 |
| | 01/14/20 | 20,000 | 116.5000 | 2,330,000.00 | | | | | 20,000 | 1,923,832.56 | (406,167.44) |
| **Block Investments Corporation Totals** | | **55,218** | | **$7,245,099.00** | | **-** | | **-** | **55,218** | **$5,311,509.31** | **($1,933,589.69)** |

(1) Common Stock held as of the date of this filing are valued using the average price of $96.1916 per share.

Case 2:20-cv-00963-MWF-AFM    Document 30-3    Filed 03/30/20    Page 2 of 2    Page ID #:372