# EXHIBIT 1

Exhibit 1
001



**BrokerCheck Report**

# JOSE A CARBAJAL

CRD# 2691767

| Section Title | Page(s) |
| --- | --- |
| Report Summary | 1 |
| Broker Qualifications | 2 - 3 |
| Registration and Employment History | 4 |
| Disclosure Events | 5 |

Exhibit 1
002

**FINLA**

## About BrokerCheck®

BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
  - BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
  - Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
  - The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
    - o information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
    - o information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
  - Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
  - To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
  - FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.

**Thank you for using FINRA BrokerCheck.**



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at
brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck.  It provides a glossary of terms and a list of frequently asked questions, as well as additional resources.
For more information about FINRA, visit www.finra.org.

Exhibit 1
003

# JOSE A. CARBAJAL
## CRD# 2691767

This broker is not currently registered.



## Report Summary for this Broker

This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

### Broker Qualifications

This broker is not currently registered.

This broker has passed:

- 0 Principal/Supervisory Exams
- 2 General Industry/Product Exams
- 2 State Securities Law Exams

### Registration History

This broker was previously registered with the following securities firm(s):

**BMA SECURITIES**
CRD# 108219
EL SEGUNDO, CA
10/2013 - 10/2013

**MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**
CRD# 7691
LOS ANGELES, CA
10/2009 - 07/2013

**BANC OF AMERICA INVESTMENT SERVICES, INC.**
CRD# 16361
DOWNEY, CA
04/2007 - 10/2009

### Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

Are there events disclosed about this broker?  **Yes**

The following types of disclosures have been reported:

| Type | Count |
|------|-------|
| Regulatory Event | 2 |
| Criminal | 1 |
| Customer Dispute | 8 |
| Termination | 1 |

### Investment Adviser Representative Information

The information below represents the individual's record as a broker. For details on this individual's record as an investment adviser representative, visit the SEC's Investment Adviser Public Disclosure website at
https://www.adviserinfo.sec.gov

©2020 FINRA. All rights reserved. Report about JOSE A. CARBAJAL.

Exhibit 1
004

1

www.finra.org/brokercheck

## Broker Qualifications



### Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

This broker is not currently registered.

©2020 FINRA. All rights reserved. Report about JOSE A. CARBAJAL.

Exhibit 1
005

2

## Broker Qualifications



## Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below.

**This individual has passed 0 principal/supervisory exams, 2 general industry/product exams, and 2 state securities law exams.**

### Principal/Supervisory Exams

| Exam | Category | Date |
|------|----------|------|
| No information reported. | | |

### General Industry/Product Exams

| Exam | Category | Date |
|------|----------|------|
| General Securities Representative Examination | Series 7 | 01/12/1998 |
| Investment Company Products/Variable Contracts Representative Examination | Series 6 | 02/09/1996 |

### State Securities Law Exams

| Exam | Category | Date |
|------|----------|------|
| Uniform Investment Adviser Law Examination | Series 65 | 02/04/2003 |
| Uniform Securities Agent State Law Examination | Series 63 | 02/12/1996 |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

©2020 FINRA. All rights reserved. Report about JOSE A. CARBAJAL.

Exhibit 1
006

3

## Registration and Employment History



### Registration History

The broker previously was registered with the following firms:

| Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|
| 10/2013 - 10/2013 | BMA SECURITIES | 108219 | EL SEGUNDO, CA |
| 10/2009 - 07/2013 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | 7691 | LOS ANGELES, CA |
| 04/2007 - 10/2009 | BANC OF AMERICA INVESTMENT SERVICES, INC. | 16361 | DOWNEY, CA |
| 02/2003 - 04/2007 | CITICORP INVESTMENT SERVICES | 23988 | DOWNEY, CA |
| 01/1997 - 02/2003 | CAL FED INVESTMENTS | 19631 | SACRAMENTO, CA |
| 02/1996 - 01/1997 | INVEST FINANCIAL CORPORATION | 12984 | APPLETON, WI |

### Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment Dates | Employer Name | Employer Location |
|---|---|---|
| 09/2013 - Present | BMA SECURITIES | ROLLING HILLS ESTATES, CA |
| 10/2009 - 08/2013 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORA' | PASADENA, CA |

### Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

No information reported.

©2020 FINRA. All rights reserved. Report about JOSE A. CARBAJAL.

Exhibit 1
007

4

## Disclosure Events



**What you should know about reported disclosure events:**

1. All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

2. **Certain thresholds must be met before an event is reported to CRD, for example:**
   o A law enforcement agency must file formal charges before a broker is required to disclose a particular criminal event.
   o A customer dispute must involve allegations that a broker engaged in activity that violates certain rules or conduct governing the industry and that the activity resulted in damages of at least $5,000.
   o

3. **Disclosure events in BrokerCheck reports come from different sources:**
   o As mentioned at the beginning of this report, information contained in BrokerCheck comes from brokers, brokerage firms and regulators. When more than one of these sources reports information for the same disclosure event, all versions of the event will appear in the BrokerCheck report. The different versions will be separated by a solid line with the reporting source labeled.
   o

4. **There are different statuses and dispositions for disclosure events:**
   o A disclosure event may have a status of *pending, on appeal,* or *final.*
      § A "pending" event involves allegations that have not been proven or formally adjudicated.
      § An event that is "on appeal" involves allegations that have been adjudicated but are currently being appealed.
      § A "final" event has been concluded and its resolution is not subject to change.
   o A final event generally has a disposition of *adjudicated, settled* or *otherwise resolved.*
      § An "adjudicated" matter includes a disposition by (1) a court of law in a criminal or civil matter, or (2) an administrative panel in an action brought by a regulator that is contested by the party charged with some alleged wrongdoing.
      § A "settled" matter generally involves an agreement by the parties to resolve the matter. Please note that brokers and brokerage firms may choose to settle customer disputes or regulatory matters for business or other reasons.
      § A "resolved" matter usually involves no payment to the customer and no finding of wrongdoing on the part of the individual broker. Such matters generally involve customer disputes.

**For your convenience, below is a matrix of the number and status of disclosure events involving this broker. Further information regarding these events can be found in the subsequent pages of this report. You also may wish to contact the broker to obtain further information regarding these events.**

|  | Pending | Final | On Appeal |
|---|---|---|---|
| Regulatory Event | 0 | 2 | 0 |

©2020 FINRA. All rights reserved. Report about JOSE A. CARBAJAL.

Exhibit 1
008
5

www.finra.org/brokercheck

User Guidance



| | | | |
|---|---|---|---|
| Criminal | 0 | 1 | 0 |
| Customer Dispute | 2 | 6 | N/A |
| Termination | N/A | 1 | N/A |

©2020 FINRA. All rights reserved. Report about JOSE A. CARBAJAL.

Exhibit 1
009

6



## Disclosure Event Details

When evaluating this information, please keep in mind that a discloure event may be pending or involve allegations that are contested and have not been resolved or proven. The matter may, in the end, be withdrawn, dismissed, resolved in favor of the broker, or concluded through a negotiated settlement for certain business reasons (e.g., to maintain customer relationships or to limit the litigation costs associated with disputing the allegations) with no admission or finding of wrongdoing.

This report provides the information exactly as it was reported to CRD and therefore some of the specific data fields contained in the report may be blank if the information was not provided to CRD.

### Regulatory - Final

This type of disclosure event may involve (1) a final, formal proceeding initiated by a regulatory authority (e.g., a state securities agency, self-regulatory organization, federal regulatory such as the Securities and Exchange Commission, foreign financial regulatory body) for a violation of investment-related rules or regulations; or (2) a revocation or suspension of a broker's authority to act as an attorney, accountant, or federal contractor.

### Disclosure 1 of 2

| | |
|---|---|
| **Reporting Source:** | Regulator |
| **Regulatory Action Initiated By:** | FINRA |
| **Sanction(s) Sought:** | Suspension |
| **Date Initiated:** | 11/12/2014 |
| **Docket/Case Number:** | 13-02392 |
| **Employing firm when activity occurred which led to the regulatory action:** | N/A |
| **Product Type:** | No Product |
| **Allegations:** | RESPONDENT CARBAJAL FAILED TO COMPLY WITH AN ARBITRATION AWARD OR SETTLEMENT AGREEMENT OR TO SATISFACTORILY RESPOND TO A FINRA REQUEST TO PROVIDE INFORMATION CONCERNING THE STATUS OF COMPLIANCE. |
| **Current Status:** | Final |
| **Resolution:** | LETTER |

©2020 FINRA. All rights reserved. Report about JOSE A. CARBAJAL.

Exhibit 1
010

7



| | |
|---|---|
| **Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** | No |
| **Resolution Date:** | 11/12/2014 |
| **Sanctions Ordered:** | Suspension |
| **If the regulator is the SEC, CFTC, or an SRO, did the action result in a finding of a willful violation or failure to supervise?** | No |
| **(1) willfully violated any provision of the Securities Act of 1933, the Securities Exchange Act of 1934, the Investment Advisers Act of 1940, the Investment Company Act of 1940, the Commodity Exchange Act, or any rule or regulation under any of such Acts, or any of the rules of the Municipal Securities Rulemaking Board, or to have been unable to comply with any provision of such Act, rule or regulation?** | |

©2020 FINRA. All rights reserved. Report about JOSE A. CARBAJAL.

Exhibit 1
011

8



(2) willfully aided, abetted, counseled, commanded, induced, or procured the violation by any person of any provision of the Securities Act of 1933, the Securities Exchange Act of 1934, the Investment Advisers Act of 1940, the Investment Company Act of 1940, the Commodity Exchange Act, or any rule or regulation under any of such Acts, or any of the rules of the Municipal Securities Rulemaking Board? or

(3) failed reasonably to supervise another person subject to your supervision, with a view to preventing the violation by such person of any provision of the Securities Act of 1933, the Securities Exchange Act of 1934, the Investment Advisers Act of 1940, the Investment Company Act of 1940, the Commodity Exchange Act, or any rule or regulation under any such Acts, or any of the rules of the Municipal Securities Rulemaking Board?

**Sanction 1 of 1**

| | |
|---|---|
| **Sanction Type:** | Suspension |
| **Capacities Affected:** | ANY CAPACITY |
| **Duration:** | N/A |
| **Start Date:** | 11/12/2014 |
| **End Date:** | |

©2020 FINRA. All rights reserved. Report about JOSE A. CARBAJAL.

Exhibit 1
012

9



| | |
|---|---|
| **Regulator Statement** | PURSUANT TO ARTICLE VI, SECTION 3 OF FINRA BY-LAWS, AND FINRA RULE 9554, RESPONDENT CARBAJAL IS SUSPENDED ON NOVEMBER 12, 2014 FOR FAILURE TO COMPLY WITH AN ARBITRATION AWARD OR SETTLEMENT AGREEMENT OR TO SATISFACTORILY RESPOND TO A FINRA REQUEST TO PROVIDE INFORMATION CONCERNING THE STATUS OF COMPLIANCE. |

**Disclosure 2 of 2**

| | |
|---|---|
| **Reporting Source:** | Regulator |
| **Regulatory Action Initiated By:** | FINRA |
| **Sanction(s) Sought:** | Suspension |
| **Date Initiated:** | 09/27/2013 |
| **Docket/Case Number:** | 2013037824101 |
| **Employing firm when activity occurred which led to the regulatory action:** | N/A |
| **Product Type:** | No Product |
| **Allegations:** | RESPONDENT CARBAJAL FAILED TO RESPOND TO FINRA REQUEST FOR INFORMATION. |
| **Current Status:** | Final |
| **Resolution:** | LETTER |
| **Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** | No |
| **Resolution Date:** | 12/30/2013 |
| **Sanctions Ordered:** | Bar (Permanent) |

©2020 FINRA. All rights reserved. Report about JOSE A. CARBAJAL.

Exhibit 1
013

10



If the regulator is the SEC, CFTC, or an SRO, did the action result in a finding of a willful violation or failure to supervise?

No

(1) willfully violated any provision of the Securities Act of 1933, the Securities Exchange Act of 1934, the Investment Advisers Act of 1940, the Investment Company Act of 1940, the Commodity Exchange Act, or any rule or regulation under any of such Acts, or any of the rules of the Municipal Securities Rulemaking Board, or to have been unable to comply with any provision of such Act, rule or regulation?

(2) willfully aided, abetted, counseled, commanded, induced, or procured the violation by any person of any provision of the Securities Act of 1933, the Securities Exchange Act of 1934, the Investment Advisers Act of 1940, the Investment Company Act of 1940, the Commodity Exchange Act, or any rule or regulation under any of such Acts, or any of the rules of the Municipal Securities Rulemaking Board? or

©2020 FINRA. All rights reserved. Report about JOSE A. CARBAJAL.

Exhibit 1
014
11


(3) failed reasonably to supervise another person subject to your supervision, with a view to preventing the violation by such person of any provision of the Securities Act of 1933, the Securities Exchange Act of 1934, the Investment Advisers Act of 1940, the Investment Company Act of 1940, the Commodity Exchange Act, or any rule or regulation under any such Acts, or any of the rules of the Municipal Securities Rulemaking Board?

**Sanction 1 of 2**

Sanction Type:         Bar (Permanent)

Capacities Affected:   All Capacities

Duration:              Indefinite

Start Date:            12/30/2013

End Date:

**Sanction 2 of 2**

Sanction Type:         Suspension

Capacities Affected:   ANY CAPACITY

Duration:              N/A

Start Date:            10/21/2013

End Date:              12/29/2013

Regulator Statement    PURSUANT TO FINRA RULE 9552(H) AND IN ACCORDANCE WITH FINRA'S NOTICE OF SUSPENSION AND SUSPENSION FROM ASSOCIATION LETTERS DATED SEPTEMBER 27, 2013 AND OCTOBER 21, 2013, RESPECTIVELY, ON DECEMBER 30, 2013, CARBAJAL IS BARRED FROM ASSOCIATION WITH ANY FINRA MEMBER IN ANY CAPACITY. RESPONDENT FAILED TO REQUEST TERMINATION OF HIS SUSPENSION WITHIN THREE MONTHS OF THE DATE OF THE NOTICE OF SUSPENSION; THEREFORE, HE IS AUTOMATICALLY BARRED FROM ASSOCIATION WITH ANY FINRA MEMBER IN ANY CAPACITY.

©2020 FINRA. All rights reserved. Report about JOSE A. CARBAJAL.

Exhibit 1
015

12

www.finra.org/brokercheck



| | |
|---|---|
| **Reporting Source:** | Firm |
| **Regulatory Action Initiated By:** | FINRA |
| **Sanction(s) Sought:** | Other: FAILURE TO REESPOND TO FINRA INQUIRY |
| **Date Initiated:** | 08/15/2013 |
| **Docket/Case Number:** | FINRA |
| **Employing firm when activity occurred which led to the regulatory action:** | MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. |
| **Product Type:** | No Product |
| **Allegations:** | ALLEGED CONDUCT INCLUDING ACCEPTING A POWER OF ATTORNEY OVER A CLIENT'S ACCOUNT, FAILURE TO FULLY COOPERATE IN THE FRIM'S REVIEW OF THE MATTER AND FAILURE TO FOLLOW MANAGEMENT'S DIRECTIVE REGARDING CLIENT CONTACT WHILE ON LEAVE OF ABSENCE. |
| **Current Status:** | Pending |
| **Limitation Details:** | UNDER REVIEW |

©2020 FINRA. All rights reserved. Report about JOSE A. CARBAJAL.

Exhibit 1
016

13



## Criminal - Final Disposition

This type of disclosure event involves a criminal charge against the broker that has resulted in a conviction, acquittal, dismissal, or plea. The criminal matter may pertain to any felony or certain misdemeanor offenses, including bribery, perjury, forgery, counterfeiting, extortion, fraud, and wrongful taking of property.

### Disclosure 1 of 1

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Formal Charges were brought in:** | State Court |
| **Name of Court:** | SUPERIOR COURT OF THE STATE OF CALIFORNIA |
| **Location of Court:** | COUNTY OF LOS ANGELES, STATE OF CALIFORNIA |
| **Docket/Case #:** | VA134794 |
| **Charge Date:** | 04/18/2014 |
| **Charge(s) 1 of 1** | |
| **Formal Charge(s)/Description:** | THEFT FROM ELDER OR DEPENDANT ADULT, IN VIOLATION OF PENAL CODE SECTION 368 (D). |
| **No of Counts:** | 3 |
| **Felony or Misdemeanor:** | Felony |
| **Plea for each charge:** | GUILTY - 2cts, NOT GUILTY - 1ct |
| **Disposition of charge:** | Convicted |
| **Current Status:** | Final |
| **Status Date:** | 05/12/2016 |
| **Disposition Date:** | 05/12/2016 |
| **Sentence/Penalty:** | 5 years probation, 28 days jail time (time served), 500 hours community service, $300 restitution fine, restitution amount of $331,814.25 and $70 court fee. |



## Customer Dispute - Settled

This type of disclosure event involves a consumer-initiated, investment-related complaint, arbitration proceeding or civil suit containing allegations of sale practice violations against the broker that resulted in a monetary settlement to the customer.

### Disclosure 1 of 6

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Employing firm when activities occurred which led to the complaint:** | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED |
| **Allegations:** | THE CUSTOMER ALLEGES MISAPPROPRIATION OF FUNDS FROM HER IRA ACCOUNT FROM JANUARY 2008 TO JULY 2013. |
| **Product Type:** | No Product |
| **Alleged Damages:** | $187,539.65 |
| **Is this an oral complaint?** | No |
| **Is this a written complaint?** | Yes |
| **Is this an arbitration/CFTC reparation or civil litigation?** | No |

## Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 08/13/2014 |
| **Complaint Pending?** | No |
| **Status:** | Settled |
| **Status Date:** | 08/10/2015 |
| **Settlement Amount:** | $175,000.00 |
| **Individual Contribution Amount:** | $0.00 |

### Disclosure 2 of 6

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Employing firm when activities occurred which led to the complaint:** | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED |
| **Allegations:** | THE CUSTOMER ALLEGES MISREPRESENTATION AND OMISSION OF MATERIAL FACTS IN DECEMBER 2011. |



| | |
|---|---|
| **Product Type:** | Insurance |
| **Alleged Damages:** | $0.00 |
| **Alleged Damages Amount Explanation (if amount not exact):** | DAMAGES ARE NOT SPECIFIED. |
| **Is this an oral complaint?** | Yes |
| **Is this a written complaint?** | No |
| **Is this an arbitration/CFTC reparation or civil litigation?** | No |

## Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 12/16/2013 |
| **Complaint Pending?** | No |
| **Status:** | Settled |
| **Status Date:** | 07/02/2014 |
| **Settlement Amount:** | $131,064.77 |
| **Individual Contribution Amount:** | $0.00 |

---

### Disclosure 3 of 6

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Employing firm when activities occurred which led to the complaint:** | MERRILL LYNCH, PIECE, FENNER & SMITH INCORPORATED |
| **Allegations:** | THE CUSTOMER ALLEGES THAT THE FINANCIAL ADVISOR MISAPPROPRIATED FUNDS IN JANUARY 2012 |
| **Product Type:** | No Product |
| **Alleged Damages:** | $125,000.00 |
| **Is this an oral complaint?** | Yes |
| **Is this a written complaint?** | No |
| **Is this an arbitration/CFTC reparation or civil litigation?** | No |

©2020 FINRA. All rights reserved. Report about JOSE A. CARBAJAL.

Exhibit 1
019          16

**FINCA**

## Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 09/24/2013 |
| **Complaint Pending?** | No |
| **Status:** | Settled |
| **Status Date:** | 10/25/2013 |
| **Settlement Amount:** | $127,400.00 |
| **Individual Contribution Amount:** | $0.00 |

### Disclosure 4 of 6

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Employing firm when activities occurred which led to the complaint:** | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED |
| **Allegations:** | THE CUSTOMER ALLEGES MISREPRESENTATION AND OMISSION OF MATERIAL FACTS IN NOVEMBER 2010. |
| **Product Type:** | Annuity-Variable |
| **Alleged Damages:** | $0.00 |
| **Alleged Damages Amount Explanation (if amount not exact):** | DAMAGES ARE NOT SPECIFIED. |
| **Is this an oral complaint?** | No |
| **Is this a written complaint?** | Yes |
| **Is this an arbitration/CFTC reparation or civil litigation?** | No |

## Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 10/28/2013 |
| **Complaint Pending?** | No |
| **Status:** | Settled |
| **Status Date:** | 04/10/2014 |
| **Settlement Amount:** | $50,000.00 |

©2020 FINRA. All rights reserved. Report about JOSE A. CARBAJAL.

Exhibit 1
020
17



| Individual Contribution Amount: | $0.00 |
|---|---|

## Disclosure 5 of 6

| | |
|---|---|
| Reporting Source: | Broker |
| Employing firm when activities occurred which led to the complaint: | BANC OF AMERICA INVESTMENT SERVICES, INC. |
| Allegations: | MISREPRESENTATION |
| Product Type: | Other: AUCTION RATE SECURITIES-CORPORATE DEBT |
| Alleged Damages: | $0.00 |
| Alleged Damages Amount Explanation (if amount not exact): | UNSPECIFIED. |
| Is this an oral complaint? | No |
| Is this a written complaint? | Yes |
| Is this an arbitration/CFTC reparation or civil litigation? | No |

## Customer Complaint Information

| | |
|---|---|
| Date Complaint Received: | 06/09/2009 |
| Complaint Pending? | No |
| Status: | Settled |
| Status Date: | 06/09/2009 |
| Settlement Amount: | $750,000.00 |
| Individual Contribution Amount: | $0.00 |
| Broker Statement | CUSTOMER ALLEGES THAT THE FINANCIAL ADVISOR FAILED TO FOLLOW INSTRUCTIONS BY PURCHASING AUCTION RATE SECURITIES IN FEBRUARY 2007. COMPENSATORY DAMAGES UNSPECIFIED |

## Disclosure 6 of 6

| | |
|---|---|
| Reporting Source: | Broker |

©2020 FINRA. All rights reserved. Report about JOSE A. CARBAJAL.

Exhibit 1
021
18



| **Employing firm when activities occurred which led to the complaint:** | BANC OF AMERICA INVESTMENT SERVICES, INC. |
|---|---|
| **Allegations:** | THIS VERBAL COMPLAINT AROSE OUT OF THE SALE OF AN AUCTION RATE SECURITY (ARS) THAT WAS MADE PRIOR TO THE UNPRECEDENTED ILLIQUIDITY IN THE ARS MARKET THAT OCCURRED IN FEBRUARY 2008. |
| **Product Type:** | Other: AUCTION RATE SECURITIES |
| **Alleged Damages:** | $0.00 |
| **Alleged Damages Amount Explanation (if amount not exact):** | UNSPECIFIED |
| **Is this an oral complaint?** | Yes |
| **Is this a written complaint?** | No |
| **Is this an arbitration/CFTC reparation or civil litigation?** | No |

## Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 06/09/2009 |
| **Complaint Pending?** | No |
| **Status:** | Settled |
| **Status Date:** | 06/09/2009 |
| **Settlement Amount:** | $200,000.00 |
| **Individual Contribution Amount:** | $0.00 |
| **Broker Statement** | THIS MATTER INVOLVES THE SALE OF AUCTION RATE SECURITIES (ARS). THE TRANSACTION(S) AT ISSUE TOOK PLACE BEFORE MID-FEBRUARY 2008, WHEN THE ARS MARKET SUFFERED WIDESPREAD AUCTION FAILURES AND ILLIQUIDITY. THE FINANCIAL ADVISOR DID NOT CAUSE, CONTRIBUTE OR HAVE ANY CONTROL WHATSOEVER OVER THESE MARKET EVENTS. THE FIRM REACHED AGREEMENT WITH CERTAIN OF ITS REGULATORS, PURSUANT TO WHICH IT REPURCHASED ARS FOR THEIR FULL PAR VALUE FROM CERTAIN CLIENTS, INCLUDING THE INSTANT CLIENT, WHERE THEY COMPLAINED OR NOT. THE FINANCIAL ADVISOR WAS NOT A PARTY TO THAT AGREEMENT, DID NOT MAKE ANY PAYMENT TO THE CLIENT, AND WAS NOT ASKED TO AND DID NOT |

Exhibit 1
022

19



CONTRIBUTE TO THE REPURCHASE AMOUNT. THE SETTLEMENT AMOUNT
IN ITEM 11 ABOVE REFLECTS THE PAR VALUE OF THE
REPURCHASED ARS, AS REQUIRED BY FINRA REGULATORY NOTICE 09-12.



## Customer Dispute - Pending

This type of disclosure event involves (1) a pending consumer-initiated, investment-related arbitration or civil suit that contains allegations of sales practice violations against the broker; or (2) a pending, consumer-initiated, investment-related written complaint containing allegations that the broker engaged in, sales practice violations resulting in compensatory damages of at least $5,000, forgery, theft, or misappropriation, or conversion of funds or securities.

### Disclosure 1 of 2

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Employing firm when activities occurred which led to the complaint:** | CITIGROUP GLOBAL MARKETS INC. |
| **Allegations:** | THE CLIENT ALLEGED HIS FA TOLD HIM HE WAS PURCHASING A FIXED ANNUITY, NOT A VARIABLE ANNUITY - 09/06/2005. |
| **Product Type:** | Annuity(ies) - Variable |
| **Alleged Damages:** | $0.00 |

### Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 10/09/2008 |
| **Complaint Pending?** | Yes |
| **Settlement Amount:** | |
| **Individual Contribution Amount:** | |

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Employing firm when activities occurred which led to the complaint:** | CITIGROUP GLOBAL MARKETS INC. |
| **Allegations:** | THE CLIENT ALLEGED HIS FA TOLD HIM HE WAS PURCHASING A FIXED ANNUITY, NOT A VARIABLE ANNUITY - 09/06/2005. |
| **Product Type:** | Annuity(ies) - Variable |
| **Alleged Damages:** | $0.00 |

### Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 10/09/2008 |
| **Complaint Pending?** | Yes |

©2020 FINRA. All rights reserved. Report about JOSE A. CARBAJAL.

Exhibit 1
024

User Guidance



**Settlement Amount:**

**Individual Contribution
Amount:**

### Disclosure 2 of 2

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Employing firm when activities occurred which led to the complaint:** | CAL FED INVESTMENTS |
| **Allegations:** | CUSTOMER'S ATTORNEY ALLEDGED THAT CUSTOMER WAS QUOTED A RATE OF 5.65% FOR 5 YEARS IN THE MFS REGATTA GOLD VARIABLE ANNUITY FIXED BUCKET.  THE CORRECT RATE WAS 4.55% FOR 7 YEARS. CUSTOMER REFUSES TO ACCEPT THE CONTRACT AND WANTS THE 5.65% RATE. |
| **Product Type:** | Annuity(ies) - Variable |
| **Alleged Damages:** | $6,792.00 |

### Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 11/12/2002 |
| **Complaint Pending?** | Yes |
| **Settlement Amount:** | |
| **Individual Contribution Amount:** | |

©2020 FINRA. All rights reserved. Report about JOSE A. CARBAJAL.

Exhibit 1
025

22



## Employment Separation After Allegations

This type of disclosure event involves a situation where the broker voluntarily resigned, was discharged, or was permitted to resign after being accused of (1) violating investment-related statutes, regulations, rules or industry standards of conduct; (2) fraud or the wrongful taking of property; or (3) failure to supervise in connection with investment-related statutes, regulations, rules, or industry standards of conduct.

### Disclosure 1 of 1

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Employer Name:** | BMA SECURITIES |
| **Termination Type:** | Discharged |
| **Termination Date:** | 10/07/2013 |
| **Allegations:** | FIRM WAS NOTIFIED BY FINRA ON OCTOBER 7, 2013 THAT MR. CARBAJAL HAD NOT RESPONDED TO AN INQUIRY BY FINRA OF A MISUSE OF A POWER OF ATTORNEY. THE FIRM WAS NOT ABLE TO LOCATE MR. CARBAJAL REGARDING THE ALLEGATION AND NON-RESPONSE AND HE WAS TERMINATED. |
| **Product Type:** | Other: FINRA INQUIRY |
| **Firm Statement** | THE FIRM WAS NOTIFED BY FINRA ON OCTOBER 7, 2013 THAT MR. CARBAJAL HAD NOT RESPONDED TO AN INQUIRY BY FINRA AND AFTER THE FRIM COULD NOT LOCATE HIM HE WAS TERMINATED. |

www.finra.org/brokercheck

**End of Report**



This page is intentionally left blank.

©2020 FINRA. All rights reserved. Report about JOSE A. CARBAJAL.

Exhibit 1
027

24