**KAPLAN FOX & KILSHEIMER LLP**
Justin B. Farar (SBN 211556)
12400 Wilshire Boulevard, Suite 460
Los Angeles, CA 90025
Telephone: 310.614.7260
Facsimile: 310.575.8697
Email: *jfarar@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
1999 Harrison Street, Suite 1560
Oakland, CA  94612
Telephone: 415.772.4700
Facsimile: 415.772.4707
Email: *lking@kaplanfox.com*
        *mchoi@kaplanfox.com*

*Counsel for Movant Block Investments Corporation
and Proposed Liaison Counsel for the Proposed
Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TRAN, Individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>    vs.<br><br>BEYOND MEAT, INC., ETHAN BROWN, and MARK J. NELSON,<br><br>              Defendants. | Case No. 2:20-cv-00963-MWF<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF MARIO M. CHOI IN SUPPORT OF MOVANT BLOCK INVESTMENTS CORPORATION'S REPLY IN FURTHER SUPPORT OF ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL AND IN FURTHER OPPOSITION TO ALL COMPETING MOTIONS**<br><br>Judge:    Hon. Michael W. Fitzgerald<br>Date:     Vacated (ECF No. 32)<br>Time:     Vacated (ECF No. 32)<br>Crtrm:    5A |

1.    I am an attorney with Kaplan Fox & Kilsheimer LLP.  I make this Declaration in Support of Movant Block Investment Corporation's Reply Memorandum in Further Support of its Motion for Appointment as Lead Plaintiff and Approval of Counsel and in Further Opposition to all Competing Motions.  The matters set forth herein are within my personal knowledge.

2.    Attached as Exhibit A is a true and correct copy of an April 20, 2014 Long Beach Press-Telegram (CA) news article entitled "Crime: Financial planner held in scams."

Executed this 13th day of April, 2020 at Oakland, California.


/s/ *Mario M. Choi*
Mario M. Choi

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I HEREBY CERTIFY that, on April 13, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 13, 2020.

/s/ *Justin B. Farar*
Justin B. Farar