# EXHIBIT A

Case 2:20-cv-00963-MWF-AFM    Document 40-2    Filed 04/13/20    Page 2 of 3    Page ID #:545

**News**Room

4/20/14 Long Beach Press Tele. (CA) 9
2014 WLNR 10608616

Long Beach Press-Telegram (CA)
Copyright © 2014 Press-Telegram

April 20, 2014

Section: News

Crime: Financial planner held in scams
Adviser was arrested at a seminar in Downey and faces elder abuse charges

A man being investigated for elder financial abuse was arrested Saturday during a financial seminar in Downey where he was a guest speaker, Los Angeles County sheriff's officials said.

**Jose Carbajal**, 45, was under investigation for reportedly taking money from several people and a Baptist church, according to a release.

In August of last year, an elderly woman called the Lakewood sheriff's station to report she believed Carbajal, who was managing an investment account for the woman, had taken money from her. She had reportedly received a $125,000 tax bill from the Internal Revenue Service resulting from a large monetary transfer associated with her investment account.

Detectives launched an investigation into Carbajal's practices and learned the independent certified financial adviser may have victimized other people and a Baptist mission.

Last summer a search warrant was served at Carbajal's home and records were seized, according to the release.

On Thursday, detectives learned Carbajal was to be a guest speaker at a financial planning seminar in Downey. Elder **fraud** detectives were concerned additional people would be victimized by Carbajal and secured an arrest warrant for him. The District Attorney's Elder Abuse Section filed charges against him Friday.

Carbajal was arrested on suspicion of elder abuse at the seminar, which was attended by six people. He was booked at the Lakewood Sheriff's Station and is being held in lieu of $325,000 bail.

Anyone with information about this incident is encouraged to contact the Los Angeles County Sheriff's Department's **Fraud** and Cyber Crimes Bureau, Detective Michael Barlow, at 562-522-6056. Tipsters can also call ''Crime Stoppers'' at (800) 222-TIPS (8477), or texting the letters TIPLA plus your tip to CRIMES (274637), or by using the website www.lacrimestoppers.org.

Contact Beatriz E. Valenzuela at 562-499-1466.

beatriz.valenzuela@langnews.com @PTBeatriz on Twitter

WESTLAW   © 2020 Thomson Reuters. No claim to original U.S. Government Works.   1

Crime: Financial planner held in scams, 2014 WLNR 10608616

**---- Index References ----**

News Subject: (Elder Caregivers (1EL70); Aging & Elderly (1AG22); Sex Crimes (1SE01); Crime (1CR87); Social Issues (1SO05); Health & Family (1HE30); Property Crime (1PR85))

Industry: (Healthcare (1HE06); Geriatrics (1GE28); Healthcare Practice Specialties (1HE49))

Region: (USA (1US73); California (1CA98); U.S. West Region (1WE46); North America (1NO39); Americas (1AM92))

Language: EN

Other Indexing: (Jose Carbajal)

Word Count: 292

---

**End of Document**

© 2020 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

 © 2020 Thomson Reuters. No claim to original U.S. Government Works.