# EXHIBIT 5

7/30/2020                                         LASC - Case Access

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** BC662838

DON LEE FARMS VS SAVAGE RIVER INC

**Filing Courthouse:**   Stanley Mosk Courthouse

**Filing Date:** 05/25/2017
**Case Type:**  Other Breach of Contract/Warranty (not fraud or negligence) (General Jurisdiction)
**Status:**  Pending

Click here to access document images for this case

If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**06/02/2021** at 08:30 AM in Department 56 at 111 North Hill Street, Los Angeles, CA 90012
Final Status Conference

**06/14/2021** at 09:30 AM in Department 56 at 111 North Hill Street, Los Angeles, CA 90012
Jury Trial

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

BAUCH JIM D. - Attorney for Defendant

BEYOND MEAT INC. FKA SAVAGE RIVER DBA - Defendant

CATALANO ROBERT J. - Attorney for Plaintiff

DILLARD JOHN G. - Attorney for Plaintiff

DON LEE FARMS - Cross-Defendant

DON LEE FARMS - Plaintiff

LAPIDUS DANIEL - Attorney for Cross-Defendant

LEE EDWARD K. - Attorney for Plaintiff

MAZZIA CHRISTOPHER M. - Attorney for Cross-Defendant

MILLER ANTHONY - Defendant

NELSON MARK - Defendant

PLATT DANIEL A. - Attorney for Cross-Defendant

PROPORTION FOODS LLC - Cross-Defendant

PUTNAM MARVIN STANLEY - Attorney for Defendant

QUETSCH JESSICA - Defendant

SAVAGE RIVER INC. - Cross-Complainant

EXHIBIT 5
Page 1 of 63

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Documents Filed (Filing dates listed in descending order)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

03/05/2020  01/22/2020  11/14/2019  06/24/2019  03/29/2019  11/08/2018  05/15/2018  11/22/2017  05/25/2017

**07/06/2020** Answer
Filed by Anthony Miller (Defendant)

**07/06/2020** Answer
Filed by Jessica Quetsch (Defendant)

**07/06/2020** Answer
Filed by Mark Nelson (Defendant)

**07/06/2020** Answer
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**07/02/2020** Notice of Ruling
Filed by Don Lee Farms (Plaintiff)

**07/02/2020** Minute Order ( (Hearing on Motion - Other Motion to Unseal Discovery Referee'...))
Filed by Clerk

**06/29/2020** Notice of Intent to Appear by Telephone
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant); Mark Nelson (Defendant); Jessica Quetsch (Defendant) et al.

**06/29/2020** Notice of Intent to Appear by Telephone
Filed by Don Lee Farms (Plaintiff)

**06/24/2020** Notice of Ruling
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant); Mark Nelson (Defendant); Jessica Quetsch (Defendant) et al.

**06/24/2020** Notice of Ruling
Filed by Don Lee Farms (Plaintiff)

**06/23/2020** Minute Order ( (Hearing on Demurrer - without Motion to Strike; Case Manageme...))
Filed by Clerk

**06/23/2020** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore

**06/18/2020** Notice of Intent to Appear by Telephone
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant); Mark Nelson (Defendant); Jessica Quetsch (Defendant) et al.

**06/17/2020** Notice (of Court call Appearance)
Filed by Don Lee Farms (Plaintiff)

**06/16/2020** Reply (INDIVIDUAL DEFENDANTS MARK NELSON, JESSICA QUETSCH AND ANTHONY MILLER AND DEFENDANT-CROSS-COMPLAINANT BEYOND MEAT INC.?S REPLY IN FURTHER SUPPORT OF DEMURRER TO PLAINTIFF-CROSS-DEFENDANT DON LEE FARMS? THIRD AMENDED COMPLAINT)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant); Mark Nelson (Defendant); Jessica Quetsch (Defendant) et al.

**06/16/2020** Reply (Don Lee Farms' Reply Memorandum In Support of Motion for Leave to File Is Fourth Amended Complaint)
Filed by Don Lee Farms (Plaintiff)

EXHIBIT 5
Page 2 of 63

**06/10/2020** Opposition (Don Lee Farms' Opposition to Defendants' Demurrer to the Third Amended Complaint; Declaration of Todd Densen)
Filed by Don Lee Farms (Plaintiff)

**06/10/2020** Declaration (Of Lapidus In Support Of Opposition To Motion For Leave To File Fourth Amended Complaint)
Filed by Proportion Foods, LLC (Cross-Defendant)

**06/10/2020** Opposition (To Motion For Leave To File Fourth Amended Complaint)
Filed by Proportion Foods, LLC (Cross-Defendant)

**06/08/2020** Case Management Statement
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant); Mark Nelson (Defendant); Jessica Quetsch (Defendant) et al.

**06/08/2020** Case Management Statement
Filed by Don Lee Farms (Plaintiff)

**06/08/2020** Case Management Statement
Filed by Don Lee Farms (Plaintiff)

**05/28/2020** Notice (of Hearing)
Filed by Don Lee Farms (Plaintiff)

**05/28/2020** Certificate of Mailing for ((Court Order) of 05/28/2020)
Filed by Clerk

**05/28/2020** Minute Order ( (Court Order))
Filed by Clerk

**05/27/2020** Motion for Leave to Amend (for Leave to File Its Fourth Amended Complaint)
Filed by Don Lee Farms (Plaintiff)

**04/28/2020** Notice (CONSENT TO ELECTRONIC SERVICE AND NOTICE OF ELECTRONIC SERVICE ADDRESS)
Filed by Don Lee Farms (Plaintiff)

**04/23/2020** Notice (Consent to Electronic Service)
Filed by Proportion Foods, LLC (Cross-Defendant)

**03/20/2020** Notice (OF CONTINUANCE OF HEARING)
Filed by Don Lee Farms (Plaintiff)

**03/18/2020** Notice Re: Continuance of Hearing and Order
Filed by Clerk

**03/13/2020** Declaration (of Laura R. Washington in Support of Individual Defendants? Mark Nelson, Jessica Quetsch, and Anthony Miller and Defendant Cross-Complainant Beyond Meat, Inc.?s Demurrer)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant); Mark Nelson (Defendant); Jessica Quetsch (Defendant) et al.

**03/13/2020** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant); Mark Nelson (Defendant); Jessica Quetsch (Defendant) et al.

**03/13/2020** Demurrer - without Motion to Strike
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant); Jessica Quetsch (Defendant); Anthony Miller (Defendant)

**03/11/2020** Notice (of continuance of hearing)
Filed by Don Lee Farms (Plaintiff)

**03/09/2020** Notice ( OF CHANGE OF HEARING DATE ON BEYOND MEAT INC.?S MOTION TO SEAL REGARDING PLAINTIFF DON LEE FARMS? REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

EXHIBIT 5
Page 3 of 63

**03/06/2020** Notice (of Entry of Order re: 170.6 Peremptory Challenge to Judicial Officer)
Filed by Don Lee Farms (Plaintiff)

**03/06/2020** Notice ( of Continuance of Case Management Conference)
Filed by Don Lee Farms (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   03/05/2020   01/22/2020   11/14/2019   06/24/2019   03/29/2019   11/08/2018   05/15/2018   11/22/2017   05/25/2017

**03/05/2020** Notice Re: Continuance of Hearing and Order
Filed by Clerk

**03/02/2020** Certificate of Mailing for ((Court Order) of 03/02/2020)
Filed by Clerk

**03/02/2020** Minute Order ( (Court Order))
Filed by Clerk

**02/27/2020** Challenge To Judicial Officer - Peremptory (170.6)
Filed by Don Lee Farms (Plaintiff)

**02/26/2020** Answer
Filed by Proportion Foods, LLC (Cross-Defendant)

**02/26/2020** Stipulation and Order (JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE TO MARCH 10, 2020 AT 8:30 A.M)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**02/24/2020** Notice (of Case Management Conference)
Filed by Don Lee Farms (Plaintiff)

**02/21/2020** Reply (DEFENDANT-CROSS-COMPLAINANT BEYOND MEAT, INC.'S REPLY IN SUPPORT OF ITS MOTION TO SEAL REGARDING PLAINTIFF DON LEE FARMS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE ITS THIRD AMENDED COMPLAINT)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**02/20/2020** Notice (of Case Reassignment)
Filed by Don Lee Farms (Plaintiff)

**02/20/2020** Notice of Case Management Conference
Filed by Clerk

**02/20/2020** Notice (OF REASSIGNMENT)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**02/18/2020** Certificate of Mailing for ((COURT ORDER RE: PEREMPTORY CHALLENGE TO JUDICIAL OFFICER PURS...)
of 02/18/2020)
Filed by Clerk

**02/18/2020** Notice of Case Reassignment/Vacate Hearings
Filed by Clerk

**02/18/2020** Minute Order ( (COURT ORDER RE: PEREMPTORY CHALLENGE TO JUDICIAL OFFICER PURS...))
Filed by Clerk

**02/14/2020** Proof of Service (not Summons and Complaint)
Filed by Don Lee Farms (Plaintiff)

**02/14/2020** Opposition (to Beyond Meat, Inc.'s Motion to Seal Regarding Plaintiff Don Lee Farms' Reply in Support of Motion for Leave to File Third Amended Complaint)
Filed by Don Lee Farms (Plaintiff)

**02/14/2020** Notice of Lodging ( Pursuant to California Rule of court 2.551(b)(3)(A)(iii), of Documents and Information Designated as "Highly Confidential")

EXHIBIT 5
Page 4 of 63

Filed by Don Lee Farms (Plaintiff)

**02/10/2020** Challenge To Judicial Officer - Peremptory (170.6) (by defendant Mark Nelson)
Filed by Mark Nelson (Defendant)

**02/10/2020** Writ of Attachment
Filed by Don Lee Farms (Plaintiff)

**02/07/2020** Notice (of court order regarding Don Lee Farms' right to attach order and writ of attachment)
Filed by Don Lee Farms (Plaintiff)

**02/07/2020** Notice and Acknowledgment of Receipt
Filed by Don Lee Farms (Plaintiff)

**02/07/2020** Notice and Acknowledgment of Receipt
Filed by Don Lee Farms (Plaintiff)

**02/07/2020** Notice and Acknowledgment of Receipt
Filed by Don Lee Farms (Plaintiff)

**02/06/2020** Proof of Personal Service
Filed by Don Lee Farms (Plaintiff)

**02/06/2020** Minute Order ( (Hearing on Motion for Order to unseal Discovery Referee's Rep...))
Filed by Clerk

**02/05/2020** Notice ( OF CONTINUANCE OF HEARING)
Filed by Don Lee Farms (Plaintiff)

**02/04/2020** Notice of Intent to Appear by Telephone
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**02/03/2020** Notice of Intent to Appear by Telephone
Filed by Don Lee Farms (Plaintiff)

**01/30/2020** Notice (OF NON-RECEIPT OF OPPOSITION TO DON LEE FARMS? MOTION TO UNSEAL DISCOVERY REFEREE?S REPORT AND RECOMMENDATIONS RE: BEYOND MEAT?S MOTION FOR PROTECTIVE ORDER RE: REQUESTS FOR PRODUCTION OF DOCUMENTS (FILED UNDER SEAL ON OR AROUND OCTOBER 14, 2019))
Filed by Don Lee Farms (Plaintiff)

**01/30/2020** Proof of Service (not Summons and Complaint)
Filed by Don Lee Farms (Plaintiff)

**01/30/2020** Proof of Service (not Summons and Complaint)
Filed by Don Lee Farms (Plaintiff)

**01/30/2020** Notice (OF NON-RECEIPT OF OPPOSITION TO DON LEE FARMS? MOTION TO UNSEAL DISCOVERY REFEREE?S REPORT AND RECOMMENDATIONS RE: DON LEE FARMS? MOTION TO DE-DESIGNATE OR, ALTERNATIVELY, REQUIRE REDESIGNATION OF DOCUMENTS (FILED UNDER SEAL ON OR AROUND AUGUST 21)
Filed by Don Lee Farms (Plaintiff)

**01/30/2020** Undertaking (Under Section 489.210 C.C.P. in the amount of $10,000)
Filed by Don Lee Farms (Plaintiff)

**01/28/2020** Certificate of Mailing for ((Court Order) of 01/28/2020)
Filed by Clerk

**01/28/2020** Minute Order ( (Court Order))
Filed by Clerk

**01/28/2020** Certificate of Mailing for ((Court Order) of 01/28/2020)
Filed by Clerk

**01/28/2020** Minute Order ( (Court Order))
Filed by Clerk

EXHIBIT 5
Page 5 of 63

**01/28/2020** Proof of Service (not Summons and Complaint) (proof of electronic service)
Filed by Don Lee Farms (Plaintiff)

**01/28/2020** Motion to Seal (Regarding Pltf Reply in Support of Motion For Leave to File Third Amended Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/27/2020** Summons (to 3rd Amended Complaint)
Filed by Don Lee Farms (Plaintiff)

**01/27/2020** Amended Complaint (3rd)
Filed by Don Lee Farms (Plaintiff); Don Lee Farms (Plaintiff)

**01/24/2020** Minute Order ( (Hearing on Ex Parte Application to Continue the Trial Date; M...))
Filed by Clerk

**01/24/2020** Proof of Service (not Summons and Complaint)
Filed by Don Lee Farms (Plaintiff)

**01/24/2020** Proof of Service by Mail
Filed by Don Lee Farms (Plaintiff)

**01/24/2020** Response ( TO DEFENDANT AND CROSSCOMPLAINANT BEYOND MEAT, INC.?S OBJECTIONS TO PLAINTIFF DON LEE FARMS? PROPOSED RIGHT TO ATTACH ORDER)
Filed by Don Lee Farms (Plaintiff)

**01/24/2020** Notice of Ruling (GRANTING UNOPPOSED EX PARTE APPLICATION TO CONTINUE THE TRIAL DATE)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/24/2020** Right to Attach Order After Hearing and Order for Issuance of Writ of Attachment (as to defendant Beyond Meat, Inc.)

**01/24/2020** Certificate of Mailing for ((COURT ORDER) of 01/24/2020)
Filed by Clerk

**01/24/2020** Minute Order ( (COURT ORDER))
Filed by Clerk

**01/24/2020** Stipulation and Order to use Certified Shorthand Reporter

**01/24/2020** Ex Parte Application (Defendant-Cross Complainant Beyond Meat, Inc.'s Unopposed Ex Parte Application to Continue the Trial Date; Memorandum of Points and Authorities; Declaration of Marvin S. Putnam in Support)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/23/2020** Objection (Defendant-Cross Complainant Beyond Meat, Inc.'s Objection to Plaintiff Don Lee Farms' Proposed Right to Attach Order; Declaration of Nima H. Mohebbi in Support)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   03/05/2020   01/22/2020   11/14/2019   06/24/2019   03/29/2019   11/08/2018   05/15/2018   11/22/2017   05/25/2017

**01/22/2020** Notice of Ruling
Filed by Don Lee Farms (Plaintiff)

**01/22/2020** Notice of Ruling
Filed by Don Lee Farms (Plaintiff)

**01/21/2020** Substitution of Attorney
Filed by Savage River, Inc. (Cross-Complainant); Beyond Meat, Inc. (fka Savage River dba (Defendant); Savage River, Inc. (Defendant)

**01/21/2020** Minute Order ( (Hearing on Motion for Leave to Amend Motion for Leave to Amen...))
Filed by Clerk

EXHIBIT 5
Page 6 of 63

**01/21/2020** Declaration (of Schultz in support of opposition to writ of attachment (unredacted))
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/21/2020** Declaration (Of Mockenhaupt in support of opposition to writ of attachment (unredacted))
Filed by Don Lee Farms (Plaintiff)

**01/21/2020** Opposition (to writ of attachment (unredacted))
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/21/2020** Declaration (Of Wilson in support of opposition to writ of attachment (unredacted))
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/21/2020** Minute Order ( (APPLICATION OF PLAINTIFF, DON LEE FARMS, FOR RIGHT TO ATTACH ...))
Filed by Clerk

**01/21/2020** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore

**01/21/2020** Memorandum of Points & Authorities
Filed by Don Lee Farms (Plaintiff)

**01/21/2020** Declaration (OF BRANDON GOODMAN IN SUPPORT OF DON LEE FARMS? APPLICATION FOR WRIT OF ATTACHMENT)
Filed by Don Lee Farms (Plaintiff)

**01/17/2020** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/17/2020** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/17/2020** Notice (of Errata re Wilson Declaration)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/16/2020** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/16/2020** Notice ( of Errata re Declarations)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/16/2020** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/16/2020** Response (Response to DLF Evidentiary Objections)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/16/2020** Notice of Lodging (Don Lee Farms' Notice of Lodging, Pursuant to California Rule of Court 2.551(b)(3)(A)(iii), Of Documents and Information Designated as "Highly Confidential")
Filed by Don Lee Farms (Plaintiff)

**01/16/2020** Proof of Service (not Summons and Complaint)
Filed by Don Lee Farms (Plaintiff)

**01/16/2020** Reply (Don Lee Farms' Reply Memorandum In Support of Motion For Leave To File Its Third Amended Complaint; Supplemental Declaration of Daniel A. Platt)
Filed by Don Lee Farms (Plaintiff)

**01/15/2020** Joinder
Filed by Proportion Foods, LLC (Cross-Defendant)

**01/14/2020** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/14/2020** Proof of Service by Mail
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

EXHIBIT 5
Page 7 of 63

**01/14/2020** Declaration (Of Christopher Yeung In Support Of Defendant/cross-complainant Beyond Meat, Inc.?s Opposition To Plaintiff/cross-defendant Don Lee Farms? Motion For Leave To File Its Third Amended Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/14/2020** Opposition (To Plaintiff/cross-defendant Don Lee Farms? Motion For Leave To File Its Third Amended Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/10/2020** Notice of Lodging (UNDER SEAL DEFENDANT/CROSS-COMPLAINANT BEYOND MEAT, INC.?S OPPOSITION TO PLAINTIFF/CROSS-DEFENDANT DON LEE FARMS? SECOND MOTION TO DE- DESIGNATE DOCUMENTS, AND THE DECLARATION OF CHRISTOPHER Y.L. YEUNG)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/10/2020** Reply ( In Support of Second Motion For an Order Compelling the De-Designation of Those Documents Produced By Defendant and Cross-Complainant Beyond Meat, Inc.)
Filed by Don Lee Farms (Plaintiff)

**01/08/2020** Reply (Plaintiff and Cross-Defendant Don Lee Farms' Reply In Support of Motion for an Order Compelling the De-Designation of Those Documents Produced by Third Party CLW Foods, LLC)
Filed by Don Lee Farms (Plaintiff)

**01/08/2020** Notice (of Order Re: Don Lee Farms' Ex Parte Application to Advance Hearing Date and Set Briefing Schedule)
Filed by Don Lee Farms (Plaintiff)

**01/06/2020** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/06/2020** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/06/2020** Proof of Service by Mail

**01/06/2020** Minute Order ( (Hearing on Ex Parte Application to Advance Hearing Date on D...))
Filed by Clerk

**01/06/2020** non party clw foods, llc's opposition to plff & x-defendants don lee farm's motion for an order compelling the de designation of those docs produced by clw foods, llc; decl of gary j coelho II

**01/06/2020** under seal non party cls foods, llc's opposition to plff and x-defts don lee farm's motion for an order compelling tyhe de-designation of those documents produced by clw foods, lld decl of gary j coelho II

**01/06/2020** Ex Parte Application (Plaintiff Don Lee Farms' Ex Parte Application to Advance Hearing Date on Don Lee Farms' Motion for Leave to File Third Amended Complaint From January 28, 2020 to January 21, 2020 and To Set Briefing Schedule; Memorandum of Points and Authorities; Dec)
Filed by Don Lee Farms (Plaintiff)

**12/31/2019** Motion for Leave to Amend (to File Its Third Amended Complaint; Memorandum of Points and Authorities; Declaration of Daniel A. Platt)
Filed by Don Lee Farms (Plaintiff)

**12/26/2019** Proof of Service (not Summons and Complaint)
Filed by Don Lee Farms (Plaintiff)

**12/26/2019** Declaration (of Daniel A. Platt in support of Don Lee Farms' Motion)
Filed by Don Lee Farms (Plaintiff)

**12/26/2019** Motion re: (to Unseal Discovery Referees Report and Recommendations re: Don Lee Farms' Motion to Designate)
Filed by Don Lee Farms (Plaintiff)

**12/17/2019** Notice of Motion
Filed by Don Lee Farms (Plaintiff)

EXHIBIT 5
Page 8 of 63

**12/17/2019** Proof of Service (not Summons and Complaint)
Filed by Don Lee Farms (Plaintiff)

**12/17/2019** Declaration (of Safia Gray Hussain in Support of Plaintiff and Cross-Defendant Don Lee Farms' Notice of Motion and Second Motion for an Order Compelling the De-Designation of Those Documents Produced by Defendant and Cross-Complainant Beyond Meat, Inc)
Filed by Don Lee Farms (Plaintiff)

**12/17/2019** Notice of Lodging (Under Seal Plaintiff and Cross-Defendant Don Lee Farms' Notice of Motion and Second Motion for an Order Compelling the De-Designation of Those Documents Produced by Defendant and Cross-Complainant Beyond Meat, Inc., and Declaration)
Filed by Don Lee Farms (Plaintiff)

**12/16/2019** Reply (PLAINTIFF AND CROSS-DEFENDANT DON LEE FARMS? REPLY BRIEF IN SUPPORT OF APPLICATION FOR WRIT OF ATTACHMENT)
Filed by Don Lee Farms (Plaintiff)

**12/16/2019** Notice of Lodging (DON LEE FARMS? NOTICE OF LODGING , PURSUANT TO CALIFORNIA RULE OF COURT 2.551(b)(3)(A)(iii), OF DOCUMENTS AND INFORMATION DESIGNATED AS ?CONFIDENTIAL)
Filed by Don Lee Farms (Plaintiff)

**12/16/2019** Objection (PLAINTIFF AND CROSS-DEFENDANT DON LEE FARMS? EVIDENTIARY OBJECTIONS TO DECLARATIONS OF GARY SCHULTZ, KELLI WILSON, AND CHRISTOPHER Y. L. YEUNG, FILED BY BEYOND MEAT, INC. IN SUPPORT OF ITS OPPOSITION TO APPLICATION FOR WRIT OF ATTACHMENT)
Filed by Don Lee Farms (Plaintiff)

**12/16/2019** Declaration (OF DANIEL A. PLATT IN SUPPORT OF DON LEE FARMS? REPLY IN SUPPORT OF APPLICATION FOR WRIT OF ATTACHMENT)
Filed by Don Lee Farms (Plaintiff)

**12/16/2019** Request for Judicial Notice
Filed by Don Lee Farms (Plaintiff)

**12/16/2019** Proof of Service (not Summons and Complaint)
Filed by Don Lee Farms (Plaintiff)

**12/16/2019** Proof of Service (not Summons and Complaint)
Filed by Don Lee Farms (Plaintiff)

**12/16/2019** Objection (PLAINTIFF AND CROSS-DEFENDANT DON LEE FARMS? EVIDENTIARY OBJECTIONS TO DECLARATIONS OF GARY SCHULTZ, KELLI WILSON, AND CHRISTOPHER Y. L. YEUNG, FILED BY BEYOND MEAT, INC. IN SUPPORT OF ITS OPPOSITION TO APPLICATION FOR WRIT OF ATTACHMENT)
Filed by Don Lee Farms (Plaintiff)

**12/16/2019** Notice of Lodging (DON LEE FARMS? NOTICE OF LODGING , PURSUANT TO CALIFORNIA RULE OF COURT 2.551(b)(3)(A)(iii), OF DOCUMENTS AND INFORMATION DESIGNATED AS ?CONFIDENTIAL?)
Filed by Don Lee Farms (Plaintiff)

**12/16/2019** Declaration ([PUBLIC VERSION] DECLARATION OF DANIEL A. PLATT IN SUPPORT OF DON LEE FARMS? REPLY BRIEF IN SUPPORT OF APPLICATION FOR WRIT OF ATTACHMENT)
Filed by Don Lee Farms (Plaintiff)

**12/16/2019** Request for Judicial Notice
Filed by Don Lee Farms (Plaintiff)

**12/16/2019** Reply ([REDACTED] PLAINTIFF AND CROSSDEFENDANT DON LEE FARMS? REPLY BRIEF IN SUPPORT OF APPLICATION FOR WRIT OF ATTACHMENT)
Filed by Don Lee Farms (Plaintiff)

**12/13/2019** Notice of Motion (AND MOTION FOR AN ORDER COMPELLING THE DE-DESIGNATION OF THOSE DOCUMNETS PRODUCED BY THIRD PARTY CLW FOODS, LLC; DECLARATION OF SAFIA GRAY HUSSAIN)
Filed by Don Lee Farms (Plaintiff)

EXHIBIT 5
Page 9 of 63

**12/13/2019** Declaration (Declaration of Edward K. Lee in Support of Plaintiff and Cross-Defendant Don Lee Farms' Notice of Motion and Motion for an Order Compelling the De-Designation of Those Documents Produced by Third Party CLW Foods, LLC)
Filed by Don Lee Farms (Plaintiff)

**12/13/2019** Proof of Service (not Summons and Complaint)
Filed by Don Lee Farms (Plaintiff)

**12/13/2019** Notice of Lodging (Notice of Lodging Under Seal Plaintiff and Cross-Defendant Don Lee Farms' Notice of Motion and Motion for an Order Compelling the De-Designation of Those Documents Produced by Third Party CLW Foods, LLC)
Filed by Don Lee Farms (Plaintiff)

**12/12/2019** Notice (of Opposition to Application for Right to Attach Order)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**12/11/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**12/11/2019** Notice of Lodging (Notice of Lodging Documents Under Seal with Opposition to Writ of Attachment)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**12/11/2019** Declaration (of Christopher Yeung ISO Opposition to Writ of Attachment)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**12/11/2019** Declaration (REDACTED Declaration of Kelli Wilson ISO Opposition to Writ of Attachment)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**12/11/2019** Declaration (of Gary Schultz ISO Opposition to Writ of Attachment)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**12/11/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**12/11/2019** Opposition (REDACTED Opposition to Writ of Attachment)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**12/05/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**12/05/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**12/05/2019** Notice (of Withdrawal of Motion to Compel Response to Request for Production No. 65)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**12/04/2019** Minute Order ( (NON-APPEARANCE CASE REVIEW))
Filed by Clerk

**12/04/2019** Stipulation and Order (to continue writ of attachment hearing)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant); Blentech Corporation (3rd Party) (Defendant); Savage River, Inc. (Defendant)

**12/03/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**12/03/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**11/27/2019** Opposition (TO BEYOND MEAT INC.'S SEPARATE STATEMENT)
Filed by Don Lee Farms (Plaintiff)

**11/27/2019** Opposition ( TO BEYOND MEAT, INC.'S MOTION TO COMPEL RESPONSE TO REQUEST FOR PRODUCTION NO. 65)
Filed by Don Lee Farms (Plaintiff)

EXHIBIT 5
Page 10 of 63

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   03/05/2020   01/22/2020   11/14/2019   06/24/2019   03/29/2019   11/08/2018   05/15/2018   11/22/2017   05/25/2017

**11/14/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**11/14/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**11/14/2019** Notice ( of Hearing on MTC)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**11/12/2019** Declaration (DECLARATION OF EDWARD K. LEE IN SUPPORT)
Filed by Don Lee Farms (Plaintiff)

**11/12/2019** Proof of Service (not Summons and Complaint)
Filed by Don Lee Farms (Plaintiff)

**11/12/2019** Motion for Order (DON LEE FARMS? NOTICE OF MOTION AND MOTION TO UNSEAL DISCOVERY REFEREE?S REPORT AND RECOMMENDATIONS)
Filed by Don Lee Farms (Plaintiff)

**11/12/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**11/12/2019** Separate Statement
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**11/12/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**11/12/2019** Declaration (ISO Motion to Compel)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**11/12/2019** Motion to Compel (Motion to Compel Response to Requet for Production No. 65)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**11/08/2019** Declaration ( OF LISA E. RUBIN IN SUPPORT OF DON LEE FARMS? APPLICATION FOR WRIT OF ATTACHMENT)
Filed by Don Lee Farms (Plaintiff)

**11/08/2019** Application for Right to Attach Order, Temporary Protective Order, etc.
Filed by Don Lee Farms (Plaintiff)

**11/08/2019** Proof of Service (not Summons and Complaint)
Filed by Don Lee Farms (Plaintiff)

**11/08/2019** Notice of Lodging ( PURSUANT TO CALIFORNIA RULE OF COURT 2.551(b)(3)(A)(iii), OF DOCUMENTS AND INFORMATION DESIGNATED AS ?CONFIDENTIAL?)
Filed by Don Lee Farms (Plaintiff)

**11/08/2019** Notice of Application and Hearing for Writ of Attachment (CCP 484.040)
Filed by Don Lee Farms (Plaintiff)

**11/08/2019** Notice of Lodging (DON LEE FARMS? NOTICE OF LODGING, PURSUANT TO CALIFORNIA RULE OF COURT 2.551(b)(3)(A)(iii), OF DOCUMENTS AND INFORMATION DESIGNATED AS ?CONFIDENTIAL?)
Filed by Don Lee Farms (Plaintiff)

**11/08/2019** Declaration (OF BRANDON GOODMAN IN SUPPORT OF DON LEE FARMS? APPLICATION FOR WRIT OF ATTACHMENT)
Filed by Don Lee Farms (Plaintiff)

**11/08/2019** Declaration (OF LISA E. RUBIN IN SUPPORT OF DON LEE FARMS? APPLICATION FOR WRIT OF ATTACHMENT)

EXHIBIT 5
Page 11 of 63

Filed by Don Lee Farms (Plaintiff)

**11/08/2019** Declaration (OF JOAN MOCKENHAUPT IN SUPPORT OF DON LEE FARMS? APPLICATION FOR WRIT OF ATTACHMENT)
Filed by Don Lee Farms (Plaintiff)

**11/08/2019** Memorandum of Points & Authorities
Filed by Don Lee Farms (Plaintiff)

**11/08/2019** Application for Right to Attach Order, Temporary Protective Order, etc.
Filed by Don Lee Farms (Plaintiff)

**11/08/2019** Proof of Service (not Summons and Complaint)
Filed by Don Lee Farms (Plaintiff)

**11/08/2019** Notice of Application and Hearing for Writ of Attachment (CCP 484.040)
Filed by Don Lee Farms (Plaintiff)

**10/24/2019** Other - (Referee's Report and Recommendations RE Don Lee Farm's Motion to De-Designate or Alternatively, Required Re-Designation of Documents)
Filed by Robert C. Bonner, (Ret.) (Non-Party)

**10/10/2019** Minute Order ( (Hearing on Motion to be Admitted Pro Hac Vice))
Filed by Clerk

**10/10/2019** Notice of Ruling
Filed by Don Lee Farms (Plaintiff)

**10/08/2019** Proof of Service by Mail
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**10/08/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**10/08/2019** Notice of Intent to Appear by Telephone
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**10/04/2019** Notice (Plaintiff Don Lee Farms' Notice of Withdrawal)
Filed by Savage River, Inc. (Cross-Complainant)

**10/02/2019** Proof of Service by Mail
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**10/02/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**10/02/2019** Declaration (of Christopher Y. L. Yeung in Support of Defendant/Cross-Complainant Beyond Meat, Inc.?s Reply in Support of Its Motion for a Protective Order Regarding Requests for Production of Documents)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**10/02/2019** Reply (Beyond Meat, Inc.?s Reply in Support of Its Motion for a Protective Order Regarding Requests for Production of Documents)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**09/26/2019** Opposition (Don Lee Farms' Opposition to Beyond Meat's Motion for a Protective Order Regarding Request for Production of Documents, Memorandum of Points and Authorities, Declaration of Edward K. Lee)
Filed by Don Lee Farms (Plaintiff)

**09/11/2019** Notice ( OF COURTCALL APPEARANCE)
Filed by Don Lee Farms (Plaintiff)

**09/09/2019** Notice of Appearance
Filed by Don Lee Farms (Cross-Defendant)

EXHIBIT 5
Page 12 of 63

**09/09/2019** Application to be Admitted Pro Hac Vice
Filed by Don Lee Farms (Plaintiff)

**08/30/2019** Separate Statement
Filed by Don Lee Farms (Plaintiff)

**08/30/2019** Motion for Order ((1) COMPELLING BEYOND MEAT TO PROVIDE A FURTHER RESPONSE AND DOCS. IN RESPONSE TO DON LEE FARMS' RQST FOR PROD. NO.71)
Filed by Don Lee Farms (Plaintiff)

**08/27/2019** Declaration (of Yeung in Support of Motion)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**08/27/2019** Motion for Protective Order (re: Requests for Production of Documents)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**08/27/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**08/26/2019** Notice ( OF ORDER FILING REFEREE REPORTS UNDER SEAL)
Filed by Don Lee Farms (Plaintiff)

**08/21/2019** Certificate of Mailing for ((Non-Appearance Case Review) of 08/21/2019)
Filed by Clerk

**08/21/2019** Minute Order ( (Non-Appearance Case Review))
Filed by Clerk

**07/30/2019** Minute Order ( (Hearing on Motion to be Admitted Pro Hac Vice))
Filed by Clerk

**07/30/2019** Notice of Ruling
Filed by Don Lee Farms (Plaintiff)

**07/25/2019** Minute Order ( (Hearing on Motion to be Admitted Pro Hac Vice))
Filed by Clerk

**07/25/2019** Notice of Ruling
Filed by Don Lee Farms (Cross-Defendant)

**07/24/2019** Order (RE Don Lee Farms' Motion for an order to file Documents Under Seal)

**07/24/2019** Order (Granting Defendant/Cross-Complainant Beyond Meat, Inc.'s Motion for Order to File Documents Under Seal)

**07/24/2019** Order (Granting Defendant/Cross-Complainant Beyond Meat, Inc.'s Motion for an order to File Document Under Seal)

**07/24/2019** Minute Order ( (Hearing on Motion to Seal Motion to File Documents Under Seal...))
Filed by Clerk

**07/23/2019** Notice of Intent to Appear by Telephone
Filed by Savage River, Inc. (Cross-Complainant)

**07/19/2019** Notice of Intent to Appear by Telephone
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   03/05/2020   01/22/2020   11/14/2019   06/24/2019   03/29/2019   11/08/2018   05/15/2018   11/22/2017   05/25/2017

**06/24/2019** Notice of Appearance
Filed by Don Lee Farms (Plaintiff)

**06/21/2019** Application to be Admitted Pro Hac Vice
Filed by Don Lee Farms (Plaintiff)

EXHIBIT 5
Page 13 of 63

**06/21/2019** Application to be Admitted Pro Hac Vice
Filed by Don Lee Farms (Plaintiff)

**06/21/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**06/21/2019** Proof of Service by Mail
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**06/19/2019** Answer (to Second Amended Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**06/18/2019** Reply (DON LEE FARMS' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR AN ORDER COMPELLING THE DE-DESIGNATION OF DOCUMENTS)
Filed by Don Lee Farms (Plaintiff)

**06/12/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**06/12/2019** Declaration ( ISO Opposition)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**06/12/2019** Opposition ( to DLF Motion to Compel De-Designation)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**06/06/2019** Notice of Appearance
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**06/05/2019** Stipulation and Order (Regarding Consolidated Hearing Date for Pending Sealing Motions)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/31/2019** Notice of Ruling
Filed by Don Lee Farms (Plaintiff)

**05/30/2019** Minute Order ( (Hearing on Demurrer - without Motion to Strike))
Filed by Clerk

**05/30/2019** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (RE Kevin Andrew Roldan, CSR #13463)
Filed by Don Lee Farms (Plaintiff)

**05/22/2019** Reply (and Sahni Dec ISO Demurrer to DLF SAC)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/22/2019** Motion to Compel (FOR AN ORDER COMPELLING THE DEDESIGNATION OF THOSE DOCUMENTS PRODUCED BY DEFENDANT AND CROSSCOMPLAINANT BEYOND MEAT; DECLARATION OF DANIEL A. PLATT)
Filed by Don Lee Farms (Plaintiff)

**05/21/2019** Notice of Lodging (UNDER SEAL NOTICE OF MOTION AND MOTION FOR AN ORDER COMPELLING THE DE-DESIGNATION OF THOSE DOCUMENTS PRODUCED BY DEFENDANT AND CROSS-COMPLAINANT BEYOND MEAT)
Filed by Don Lee Farms (Plaintiff)

**05/17/2019** Minute Order ( (Hearing on Motion for Summary Judgment))
Filed by Clerk

**05/17/2019** Notice of Ruling
Filed by Don Lee Farms (Plaintiff)

**05/17/2019** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (RE Rosie Samples, CSR #12383)

**05/16/2019** Opposition (to Beyond Meat's Demurrer to the Second Amended Complaint; Declaration of Edward K. Lee)
Filed by Don Lee Farms (Plaintiff)

EXHIBIT 5
Page 14 of 63

**05/15/2019** Notice of Intent to Appear by Telephone
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/15/2019** Objection (to (1) Proportion Foods, LLC's Submission of New Evidence and Arguments in Connection with Reply in Support of Motion for Summary Judgment; Beyond Meat Inc.'s "Statement in Response" and Decl. in Response to Don Lee Farms' Opposition)
Filed by Don Lee Farms (Plaintiff)

**05/13/2019** Declaration (of Neema T. Sahni ISO Motion to File Under Seal)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/13/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/13/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/13/2019** Motion to Seal (Documents Under Seal)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/13/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/13/2019** Reply (ISO Motion to Uphold Confidentiality_UNDER SEAL_Face Page)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/13/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/13/2019** Reply ( ISO Motion to Uphold Confidentiality_REDACTED)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/10/2019** Motion to Seal (to File Under Seal)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/10/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/10/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/10/2019** Declaration (Sahni Declaration ISO Statement in Response_UNDER SEAL_FacePage)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/10/2019** Declaration (Sahni Declaration ISO Statement in Response_REDACTED)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/10/2019** Response (Statement in Response to MSJ Opposition)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/10/2019** Declaration (of Jim Bauch)
Filed by Proportion Foods, LLC (Cross-Defendant)

**05/10/2019** Declaration (of Todd Waldman)
Filed by Proportion Foods, LLC (Cross-Defendant)

**05/10/2019** Declaration (of Brian Levy)
Filed by Proportion Foods, LLC (Cross-Defendant)

**05/10/2019** Notice of Lodging (Defendant Proportion Foods, Llcs Consolidated Notice of Lodging, Pursuant To California Rule of Court 2.551 (B)(3)(Iii), of Documents And Information Designate As "Confidential" or "Highly Confidential")
Filed by Proportion Foods, LLC (Cross-Defendant)

**05/10/2019** Reply (Defendant Proportion Foods, Llcs reply memorandum in support of motion for summary judgment or, in the alternative, summary adjudication)

EXHIBIT 5
Page 15 of 63

Filed by Proportion Foods, LLC (Cross-Defendant)

**05/07/2019** Opposition (DON LEE FARMS' OPPOSITION TO BEYOND MEAT'S MOTION TO UPHOLD CONFIDENTIALITY DESIGNATIONS UNDER THE PROTECTIVE ORDER)
Filed by Don Lee Farms (Plaintiff)

**05/03/2019** Separate Statement
Filed by Don Lee Farms (Plaintiff)

**05/03/2019** Notice (Don Lee Farms' Consolidated Notice of Lodging, Pursuant to CRC 2.551(b)(3)(A)(iii), of Documents Designated as "Confidential" or "Highly Confidential")
Filed by Don Lee Farms (Plaintiff)

**05/03/2019** Declaration (Compendium of Evidence in Support of Don Lee Farms' Opposition to Proportion Foods' Motion for Summary Judgment)
Filed by Don Lee Farms (Plaintiff)

**05/03/2019** Objection (Don Lee Farms' Evidentiary Objections to Declaration of Brian Levy)
Filed by Don Lee Farms (Plaintiff)

**05/03/2019** Opposition (Don Lee Farms' Opposition to Proportion Foods' Motion for Summary Judgment)
Filed by Don Lee Farms (Plaintiff)

**05/03/2019** Motion for Order (TO FILE DOCUMENTS UNDER SEAL)
Filed by Don Lee Farms (Plaintiff)

**04/23/2019** Notice (of Execution of Stipulation and Protective Order)
Filed by Proportion Foods, LLC (Cross-Defendant)

**04/12/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**04/12/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**04/12/2019** Motion re: (to Uphold Confidentiality - REDACTED)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**04/12/2019** Declaration (of Sahni Attesting to Parties' Meet and Confer)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**04/12/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**04/12/2019** Memorandum of Points & Authorities
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**04/12/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**04/12/2019** Demurrer - without Motion to Strike
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**04/12/2019** Answer
Filed by Proportion Foods, LLC (Cross-Defendant)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   03/05/2020   01/22/2020   11/14/2019   06/24/2019   03/29/2019   11/08/2018   05/15/2018   11/22/2017   05/25/2017

**03/29/2019** Notice (OF WITHDRAWAL OF ATTORNEY KEANDRA Z. BARLOW)
Filed by Savage River, Inc. (Cross-Complainant); Savage River, Inc. (Defendant)

**03/11/2019** Complaint ( (2nd))
Filed by Don Lee Farms (Plaintiff)

EXHIBIT 5
Page 16 of 63

LASC - Case Access

**03/11/2019** Amended Complaint (SECOND)
Filed by Don Lee Farms, a division of Goodman (Plaintiff); Don Lee Farms, a division of Goodman (Plaintiff)

**03/07/2019** Notice of Ruling
Filed by Don Lee Farms, a division of Goodman (Plaintiff)

**03/07/2019** Notice of Ruling
Filed by Don Lee Farms, a division of Goodman (Plaintiff)

**03/07/2019** Minute Order ( (Hearing on Motion for Leave DON LEE FARMS' NOTICE OF MOTION A...))
Filed by Clerk

**03/07/2019** Ex Parte Application (Unopposed Ex Parte Application for an Order Continuing the Trial Date from July 29, 2019 to Either June 15, 2020 or June 22, 2020; Memorandum of Points and Authorities; Declaration of Mitchell A. Kamin)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**03/06/2019** Proof of Service by Mail
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**03/06/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**02/28/2019** Reply (PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE ITS SECOND AMENDED COMPLAINT; SUPPLEMENTAL DECLARATION OF EDWARD K. LEE)
Filed by Don Lee Farms, a division of Goodman (Plaintiff)

**02/25/2019** Notice (Statement in Support of Motion for Summary Judgment)
Filed by Proportion Foods, LLC (Cross-Defendant)

**02/25/2019** Declaration (in Support of Motion for Summary Judgment)
Filed by Proportion Foods, LLC (Cross-Defendant)

**02/25/2019** Declaration (in Support of Motion for Summary Judgment)
Filed by Proportion Foods, LLC (Cross-Defendant)

**02/25/2019** Declaration (in Support of Motion for Summary Judgment)
Filed by Proportion Foods, LLC (Cross-Defendant)

**02/25/2019** Motion for Summary Judgment (or in the Alternative, Motion for Summary Adjudication of Issues)
Filed by Proportion Foods, LLC (Cross-Defendant)

**02/07/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**02/07/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**02/07/2019** Answer
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**02/06/2019** Notice (OF CONTINUED HEARING ON DON LEE FARMS' MOTION FOR LEAVE TO FILE ITS SECOND AMENDED COMPLAINT)
Filed by Don Lee Farms, a division of Goodman (Plaintiff)

**02/04/2019** Proof of Service by Mail
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**02/04/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**02/04/2019** Opposition (Opposition to Motion for Leave to File Second Amended Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/22/2019** Proof of Service (not Summons and Complaint)
Filed by Don Lee Farms, a division of Goodman (Plaintiff)

EXHIBIT 5
Page 17 of 63

**01/10/2019** Motion for Leave (DON LEE FARMS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE ITS SECOND AMENDED COMPLAINT)
Filed by Don Lee Farms, a division of Goodman (Plaintiff)

**01/03/2019** Cross-Complaint
Filed by Proportion Foods, LLC (Cross-Complainant)

**01/03/2019** Answer
Filed by Proportion Foods, LLC (Cross-Defendant)

**12/14/2018** Certificate of Mailing for (Minute Order (Court Order) of 12/14/2018)
Filed by Clerk

**12/14/2018** Minute Order ((Court Order))
Filed by Clerk

**12/07/2018** Proof of Personal Service
Filed by Don Lee Farms, a division of Goodman (Plaintiff)

**12/05/2018** Proof of Service (not Summons and Complaint) (Answer to First Amended complaint by electronic service)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**12/03/2018** Answer
Filed by Don Lee Farms, a division of Goodman (Plaintiff)

**11/16/2018** Notice of Ruling on Don Lee Farms Motion for 1) An Order to Show Cause Re: Contempt for Violation of Court Order by CLW Foods, Inc.; and 2) Sanctions Against CLW Foods, Inc. in the Amount of 13,034.00
Filed by Don Lee Farms, a division of Goodman (Plaintiff)

**11/15/2018** RETURNED MAIL

**11/15/2018** Minute Order ((Legacy Event Type : Motion to Compel))
Filed by Clerk

**11/13/2018** Notice of Ruling (on Defendant/Cross-Complainant Beyond Meat, Inc.'s Unopposed Application of Christopher Y.L. Yeung to Appear Pro Hac Vice)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant); Savage River, Inc. (Defendant)

**11/13/2018** Proof of Electronic Service
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant); Savage River, Inc. (Defendant)

**11/13/2018** Notice of Ruling (on Plaintiff/Cross-Defendant Don Lee Farms' Objections to the Discovery Referee's "Comments" Included in the Report and Recommendation re: Motion of Defendant to Compel Trade Secret Designation, Filed on October 24, 2018)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant); Savage River, Inc. (Defendant)

**11/09/2018** Defendant/Cross-Complainant Beyond Meat, Inc.'s Responses to Plaintiff/Cross-Defendant Don Lee Farms' Objections to the Discovery Referee's "Comments" Included in the Report and Recommendation Re: Motion of Defendant to Compel Trade Secret Designation...
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**11/09/2018** Summons (on Amended Complaint (1st))
Filed by Clerk

**11/09/2018** Complaint ((1st))
Filed by Don Lee Farms, a division of Goodman (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP    03/05/2020    01/22/2020    11/14/2019    06/24/2019    03/29/2019    11/08/2018    05/15/2018    11/22/2017    05/25/2017

**11/08/2018** Certificate of Mailing for (Minute Order (Court Order) of 11/08/2018)
Filed by Clerk

EXHIBIT 5
Page 18 of 63

**11/08/2018** Minute Order ((Court Order))
Filed by Clerk

**11/08/2018** Minute Order ((Hearing on Motion for Leave to file first amended complaint))
Filed by Clerk

**11/07/2018** Notice (of Non-Receipt of Opposition to Don Lee Farms Motion For (1) an Order to Show Cause Re: Contempt for Violation of Court Order by CLW Foods, Inc.; and ...........)
Filed by Don Lee Farms (Plaintiff)

**11/05/2018** Objection (Partial Objection To the Discovery Referee's Report and Recommendations RE: Motion of Defendant to Compel Trade Secret Designation)
Filed by Savage River, Inc. (Cross-Complainant)

**11/02/2018** Plaintiff's Objections to the Discovery Referee's "Comments" Included in the Report and Recommendation Re: Motion of Defendant to Compel Trade Secret Designation, Filed on Oct. 24, 2018
Filed by Don Lee Farms (Plaintiff)

**11/02/2018** Stipulation and Order (for Leave to File First Amended Complaint)
Filed by Don Lee Farms (Plaintiff)

**11/02/2018** Order (Granting Pro Hac Vice RE Christopher Y.L. Yeung)
Filed by Savage River, Inc. (Defendant)

**11/02/2018** Certificate of Mailing for (Minute Order (Court Order) of 11/02/2018)
Filed by Clerk

**11/02/2018** Minute Order ((Court Order))
Filed by Clerk

**10/25/2018** Don Lee Farms' Notice of Withdrawal of Its Motion for Leave to File Its First Amended Complaint
Filed by Don Lee Farms (Plaintiff)

**10/24/2018** Other - (Referee's Report and Recommendations RE Motions to Compel Trade Secret Designation)

**10/10/2018** Don Lee Farms' Notice of Motion and Motion for Leave to File its First Amended Compliant
Filed by Don Lee Farms (Plaintiff)

**09/28/2018** Reply/Response
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**09/28/2018** Notice of Ruling
Filed by Don Lee Farms (Plaintiff)

**09/28/2018** DEFENDANT/CROSS-COMPLAINANT BEYOND MEAT, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL TRADE SECRET DESIGNATION; AND DECLARATION OF KEANDRA Z. BARLOW IN SUPPORT

**09/28/2018** NOTICE OF RULING ON PLAINTIFF DON LEE FARMS UNOPPOSED EXP4RTE APPLICATION FOR AN ORDER ADVANCING THE HEARING ON ITS MOTION FOR (I) AN ORDER TO SHOW CAUSE RE: CONTEMPT FOR VIOLATION OF COURT ORDER BY CLW FOODS, INC.; AND (2) SANCTIONS AGAINST CLW FOODS, I

**09/27/2018** Ex-Parte Application
Filed by Plaintiff and Cross-Defendant

**09/27/2018** Minute order entered: 2018-09-27 00:00:00
Filed by Clerk

**09/27/2018** PLAINTIFF DON LEE FARMS' EX PARTE APPLICATION FOR AN ORDER ADVANCING THE HEARING ON ITS MOTION FOR (1) AN ORDER TO SHOW CAUSE E: CONTEMPT FOR VIOLATION `F COURT ORDER BY CLW 0005, INC.; AND (2) SANCTIONS AGAINST CLW OODS, INC. IN THE AMOUNT OF 13,034.00 I

**09/27/2018** Minute Order

**09/25/2018** Notice
Filed by Defendant and Cross-Complainant

EXHIBIT 5
Page 19 of 63

7/30/2020                                              LASC - Case Access

**09/25/2018** Proof of Service (not Summons and Complaint)
Filed by Defendant and Cross-Complainant

**09/25/2018** Proof of Service

**09/25/2018** NOTICE OF APPLICATION AND UNOPPOSED APPLICATION OF CHRISTOPHER Y.L. YEUNG TO APPEAR PRO HAC VICE

**09/20/2018** Notice of Motion
Filed by Plaintiff and Cross-Defendant

**09/20/2018** DON LEE FARMS' NOTICE OF MOTION AND MOTION FOR: (1) AN ORDER TO SHOW CAUSE RE: CONTEMPT FOR VIOLATION OF COURT ORDER BY CLW FOODS, INC.; ETC.

**09/12/2018** Miscellaneous-Other
Filed by Beyond Meat (Legacy Party)

**09/12/2018** Proof of Service (not Summons and Complaint)
Filed by Defendant/Respondent

**09/12/2018** Notice
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**09/12/2018** Motion to Compel
Filed by Beyond Meat (Legacy Party)

**09/12/2018** PROOF OF ELECTRONIC SERVICE

**09/12/2018** SEPARATE STATEMENT IN SUPPORT OF DEFENDANT/CROSSCOMPLAINANT BEYOND MEAT, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL TRADE SECRET DESIGNATION

**09/12/2018** DEFENDANT/CROSS-COMPLAINANT BEYOND MEAT, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL TRADE SECRET DESIGNATION; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF KEANDRA Z. BARLOW IN SUPPORT

**09/12/2018** NOTICE OF CHANGE OF PARTY NAME

**09/04/2018** Report of Referee
Filed by Clerk

**09/04/2018** REFEREE'S REPORT AND RECOMMENDATIONS RE; MOTION OF PLAINTIFF (1) TO COMPEL THIRD-PARTY BLENTECH CORPORATION TO PROVIDE AMENDED RESPONSES AND PRODUCE DOCUMENTS IN RESPONSE TO PLAINTIFF'S SUBPOENA, ETC

**08/24/2018** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**08/24/2018** Notice
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**08/24/2018** Proof of Service PROOF OF ELECTRONIC SERVICE

**08/24/2018** NOTICE OF SERVICE OF DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS ON BEST RESTAURANT SOLUTIONS

**08/10/2018** Receipt-Depository
Filed by Savage River, Inc. (Defendant)

**08/10/2018** CIVIL DEPOSIT

**08/07/2018** Proof of Service (not Summons and Complaint)
Filed by Defendant/Respondent

**08/07/2018** Notice of Ruling
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

EXHIBIT 5
Page 20 of 63

**08/07/2018** NOTICE OF RULING ON SAVAGE RIVER, INC.'S UNOPPOSED EX PARTE APPLICATION FOR AN ORDER CONTINUING THE TRIAL DATE FROM NOVEMBER 5, 2018 TO EITHER JULY 15, 2019 OR JULY 22, 2019

**08/07/2018** PROOF OF ELECTRONIC SERVICE

**08/06/2018** Receipt-Depository
Filed by Defendant/Respondent

**08/06/2018** Ex-Parte Application
Filed by Defendant and Cross-Complainant

**08/06/2018** Minute order entered: 2018-08-06 00:00:00
Filed by Clerk

**08/06/2018** CIVIL DEPOSIT

**08/06/2018** Minute Order

**07/30/2018** Notice
Filed by Don Lee Farms (Plaintiff)

**07/30/2018** Declaration
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**07/30/2018** DECLARATION OF NEEMA T. SAHNI IN SUPPORT OF APPLICATION FOR COMMISSION TO ISSUE SUBPOENA FOR PRODUCTION OF DOCUMENTS BY BEST RESTAURANT SOLUTIONS

**07/30/2018** NOTICE OF ENTRY OF ORDER APPOINTING DISCOVERY REFEREE

**07/24/2018** Stipulation and Order
Filed by Plaintiff/Petitioner

**07/24/2018** STIPULATION AND ORDER APPOINTING DISCOVERY REFEREE

**07/12/2018** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**07/12/2018** NOTICE OF SERVICE OF DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS ON QVEST, LLC.

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   03/05/2020   01/22/2020   11/14/2019   06/24/2019   03/29/2019   11/08/2018   05/15/2018   11/22/2017   05/25/2017

**05/15/2018** Receipt-Depository
Filed by Don Lee Farms (Plaintiff)

**05/15/2018** CIVIL DEPOSIT

**05/07/2018** Notice
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**05/07/2018** NOTICE OF SERVICE OF DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS ON ANALYTICAL FOOD LABORATORIES, INC.

**05/04/2018** Miscellaneous-Other
Filed by Don Lee Farms (Plaintiff)

**05/04/2018** Miscellaneous-Other
Filed by Blentech Corporation (3rd Party) (Defendant)

**05/04/2018** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**05/04/2018** Notice
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

EXHIBIT 5
Page 21 of 63

LASC - Case Access

**05/04/2018** Minute order entered: 2018-05-04 00:00:00
Filed by Clerk

**05/04/2018** THIRD-PARTY BLENTECH CORPORATION'S LIST OF PROPOSED DISCOVERY REFEREES

**05/04/2018** PROOF OF ELECTRONIC SERVICE

**05/04/2018** NOTICE OF DEFENDANT/CROSS-COMPLAINANT SAVAGE RIVER INC.'S PROPOSED DISCOVERY REFEREE CANDIDATES

**05/04/2018** Minute Order

**05/04/2018** PLAINTIFF AND CROSS-DEFENDANT DON LEE FARMS'S LIST OF DISCOVERY REFEREE CANDIDATES, PURSUANT TO THE COURT'S APRIL 24, 2018 RULING

**05/01/2018** CIVIL DEPOSIT

**04/25/2018** Notice of Ruling
Filed by Don Lee Farms (Plaintiff)

**04/25/2018** NOTICE OF RULING ON PLAINTIFF DON LEE FARMS'S MOTION TO COMPEL THIRDPARTY BLENTECH CORPORATION

**04/24/2018** Minute order entered: 2018-04-24 00:00:00
Filed by Clerk

**04/24/2018** Minute Order

**04/20/2018** Notice of Ruling
Filed by Don Lee Farms (Plaintiff)

**04/20/2018** Minute order entered: 2018-04-20 00:00:00
Filed by Clerk

**04/20/2018** NOTICE OF RULING ON PLAINTIFF DON LEE FARMS'S SECOND MOTION TO COMPEL THIRD-PARTY CLW FOODS, INC.

**04/20/2018** Minute Order

**04/17/2018** Reply/Response
Filed by Don Lee Farms (Plaintiff)

**04/17/2018** PLAINTIFF AND CROSS- DEFENDANT DON LEE FARMS'S REPLY IN SUPPORT OF ITS MOTION FOR AN ORDER: (1) COMPELLING THIRD-PARTY BLENTECH CORPORATION TO PROVIDE AMENDED RESPONSES AND PRODUCE DOCUMENTS IN RESPONSE TO DON LEE FARMS'S SUBPOENA; AND ETC

**04/13/2018** Reply/Response
Filed by Don Lee Farms (Plaintiff)

**04/13/2018** PLAINTIFF AND CROSS-DEFENDANT DON LEE FARMS'S REPLY IN SUPPORT OF ITS SECOND MOTION FOR AN ORDER: (1) COMPELLING THIRD-PARTY CLW FOODS, INC. TO PRODUCE DOCUMENTS IN RESPONSE TO DON LEE FARMS'S SUBPOENA; ETC.

**04/11/2018** Declaration
Filed by Blentech Corporation (3rd Party) (Defendant)

**04/11/2018** Declaration
Filed by Blentech Corporation (3rd Party) (Defendant)

**04/11/2018** Opposition Document
Filed by Blentech Corporation (3rd Party) (Defendant)

**04/11/2018** Miscellaneous-Other
Filed by Defendant/Respondent

**04/11/2018** THIRD-PARTY BLENTECH CORPORATION'S OPPOSITION TO DON LEE FARMS' MOTION TO COMPEL AND MOTION FOR SANCTIONS

EXHIBIT 5
Page 22 of 63

**04/11/2018** THIRD-PARTY BLENTECU CORPORATION'S SEPARATE STATEMENT IN SUPPORT OF OPPOSITION TO DON LEE FARMS' MOTION TO COMPEL AND MOTION FOR SANCTIONS

**04/11/2018** DANIEL VOLT'S DECLARATION IN SUPPORT OF THIRD-PARTY BLENTECH CORPORATION'S OPPOSITION TO DON LEE FARMS' MOTION TO COMPEL AND MOTION FOR SANCTIONS

**04/11/2018** CHRISTOPHER M. MAZZIA'S DECLARATION IN SUPPORT OF THIRD PARTY BLENTECH CORPORATION'S OPPOSITION TO DON LEE FARMS' MOTION TO COMPEL AND MOTION FOR SANCTIONS

**04/10/2018** Opposition Points & Authorities
Filed by Objector

**04/10/2018** NON-PARTY CLW FOODS, LLC'S MEMORANDUM IN OPPOSITION TO PLAINTIFF DON LEE FARM'S MOTION FOR AN ORDER COMPELLING PRODUCTION OF DOCUMENTS IN RESPONSE TO SUBPOENA AND FOR SANCTIONS

**03/23/2018** Declaration
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**03/23/2018** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant)

**03/23/2018** DECLARATION OF NEEMA T. SAHNI IN SUPPORT OF APPLICATION FOR COMMISSION TO ISSUE SUBPOENA FOR PRODUCTION OF DOCUMENTS BY ANALYTICAL FOOD LABORATORIES, INC.

**03/23/2018** PROOF OF ELECTRONIC SERVICE

**03/19/2018** Miscellaneous-Other
Filed by Don Lee Farms (Plaintiff)

**03/19/2018** Notice of Motion
Filed by Don Lee Farms (Plaintiff)

**03/19/2018** PLAINTIFF AND CROSS-DEFENDANT DON LEE FARMS'S NOTICE OF MOTION AND MOTION FOR AN ORDER: (1) COMPELLING THIRD-PARTY BLENTECH CORPORATION TO PROVIDE AMENDED RESPONSES AND PRODUCE DOCUMENTS IN RESPONSE TO DON LEE FARMS'S SUBPOENA; ETC.

**03/19/2018** SEPARATE STATEMENT IN SUPPORT OF DON LEE FARMS S MOTION TO COMPEL BLENTECH CORPORATION

**03/16/2018** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**03/16/2018** PROOF OF ELECTRONIC SERVICE

**03/02/2018** Notice of Motion
Filed by Don Lee Farms (Plaintiff)

**03/02/2018** Miscellaneous-Other
Filed by Don Lee Farms (Plaintiff)

**03/02/2018** SEPARATE STATEMENT IN SUPPORT OF DON LEE FARMS'S SECOND MOTION TO COMPEL

**03/02/2018** PLAINTIFF AND CROSS- DEFENDANT DON LEE FARMS'S SECOND NOTICE OF MOTION AND MOTION FOR AN ORDER: (1) COMPELLING THIRD-PARTY CLW FOODS, INC. TO PRODUCE DOCUMENTS IN RESPONSE TO DON LEE FARMS'S SUBPOENA; AND ETC

**02/14/2018** Notice of Ruling
Filed by Don Lee Farms (Plaintiff)

**02/14/2018** NOTICE OF RULING ON PLAINTIFF DON LEE FARMS' UNOPPOSED EX PARTE APPLICATION FOR AN ORDER CONTINUING THE TRIAL DATE FROM OCTOBER 22, 2018, TO EITHER NOVEMBER 5, 2018, OR NOVEMBER 12, 2018

EXHIBIT 5
Page 23 of 63

7/30/2020                                                    LASC - Case Access

**02/13/2018** Case Management Order
Filed by Court

**02/13/2018** Ex-Parte Application
Filed by Don Lee Farms (Plaintiff)

**02/13/2018** Minute order entered: 2018-02-13 00:00:00
Filed by Clerk

**02/13/2018** Minute Order

**02/13/2018** INITIAL STATUS CONFERENCE ORDER

**02/13/2018** PLAINTIFF DON LEE FARMS' UNOPPOSED EX PARTE APPLICATION FOR AN ORDER CONTINUING THE TRIAL DATE FROM OCTOBER 22, 2018, TO EITHER NOVEMBER 5, 2018, OR NOVEMBER 12, 2018

**01/11/2018** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**01/11/2018** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**01/11/2018** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**01/11/2018** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**01/11/2018** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant)

**01/11/2018** Notice
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**01/11/2018** Notice
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**01/11/2018** Notice
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**01/11/2018** PROOF OF ELECTRONIC SERVICE

**01/11/2018** NOTICE OF SERVICE OF DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS ON CALIFORNIA DEPARTMENT OF FOOD & AGRICULTURE

**01/11/2018** NOTICE OF SERVICE OF DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS ON SILLIKER, INC.

**01/11/2018** NOTICE OF SERVICE OF DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS ON TARRANT COUNTY PUBLIC HEALTH

**01/11/2018** NOTICE OF SERVICE OF DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS ON LOS ANGELES COUNTY DEPARTMENT OF PUBLIC HEALTH

**01/11/2018** NOTICE OF SERVICE OF DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS ON TEXAS DEPARTMENT OF AGRICULTURE

**01/11/2018** NOTIC OF SERVICE OF DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS ON CALIFORNIA DEPARTMENT OF PUBLIC HEALTH

**01/11/2018** NOTICE OF SERVICE OF DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS ON TEXAS DEPARTMENT OF STATE HEALTH SERVICES

**12/22/2017** Receipt-Depository
Filed by Savage River, Inc. (Defendant)

EXHIBIT 5
Page 24 of 63

7/30/2020                                                    LASC - Case Access

**12/22/2017** Declaration
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**12/22/2017** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant)

**12/22/2017** Declaration
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**12/22/2017** Declaration
Filed by Beyond Meat (Legacy Party)

**12/22/2017** Declaration
Filed by Savage River, Inc. (Defendant)

**12/22/2017** DECLARATION OF NEEMA T. SAHNI IN SUPPORT OF APPLICATION FOR COMMISSION TO ISSUE SUBPOENA FOR PRODUCTION OF DOCUMENTS BY TEXAS DEPARTMENT OF STATE HEALTH SERVICES

**12/22/2017** PROOF OF ELECTRONIC SERVICE

**12/22/2017** DECLARATION OF NEEMA T. SAHNI IN SUPPORT OF APPLICATION FOR COMMISSION TO ISSUE SUBPOENA FOR PRODUCTION OF DOCUMENTS BY SILLIKER, INC.

**12/22/2017** CIVIL DEPOSIT

**12/22/2017** DECLARATION OF NEEMA T. SAHNI IN SUPPORT OF APPLICATION FOR COMMISSION TO ISSUE SUBPOENA FOR PRODUCTION OF DOCUMENTS BY TARRANT COUNTY PUBLIC HEALTH

**12/22/2017** DECLARATION OF NEEMA T. SAHNI IN SUPPORT OF APPLICATION FOR COMMISSION TO ISSUE SUBPOENA FOR PRODUCTION OF DOCUMENTS BY TEXAS DEPARTMENT OF AGRICULTURE

**11/27/2017** Receipt-Depository
Filed by Don Lee Farms (Plaintiff)

**11/27/2017** CIVIL DEPOSIT

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   03/05/2020   01/22/2020   11/14/2019   06/24/2019   03/29/2019   11/08/2018   05/15/2018   11/22/2017   05/25/2017

**11/22/2017** Receipt-Depository
Filed by Don Lee Farms (Plaintiff)

**11/22/2017** CIVIL DEPOSIT

**11/20/2017** Affidavit of Posting
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**11/20/2017** Receipt-Depository
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**11/20/2017** Minute order entered: 2017-11-20 00:00:00
Filed by Clerk

**11/20/2017** Minute Order

**11/20/2017** DEFENDANT/CROSS-COMPLAINANT SAVAGE RIVER, INC.'S NOTICE OF POSTING JURY FEES

**11/20/2017** CIVIL DEPOSIT

**11/17/2017** Receipt-Depository
Filed by Savage River, Inc. (Defendant)

**11/17/2017** CIVIL DEPOSIT

**11/16/2017** Receipt-Depository
Filed by Don Lee Farms (Plaintiff)

EXHIBIT 5
Page 25 of 63

**11/16/2017** Affidavit of Posting
Filed by Don Lee Farms (Plaintiff)

**11/16/2017** NOTICE OF POSTING JURY FEES

**11/16/2017** CIVIL DEPOSIT

**11/15/2017** Case Management Statement
Filed by Don Lee Farms (Plaintiff)

**11/15/2017** CASE MANAGEMENT STATEMENT

**11/06/2017** Minute order entered: 2017-11-06 00:00:00
Filed by Clerk

**11/06/2017** Minute Order

**11/03/2017** Case Management Statement
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**11/03/2017** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**11/03/2017** PROOF OF ELECTRONIC SERVICE

**11/03/2017** CASE MANAGEMENT STATEMENT

**10/31/2017** Receipt-Depository
Filed by Plaintiff/Petitioner

**10/31/2017** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**10/31/2017** PROOF OF ELECTRONIC SERVICE

**10/31/2017** CIVIL DEPOSIT

**10/30/2017** Answer
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**10/30/2017** Notice
Filed by Don Lee Farms (Plaintiff)

**10/30/2017** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**10/30/2017** DEFENDANT/CROSS-COMPLAINANT SAVAGE RIVER, INC.'S ANSWER TO PLAINTIFF/CROSS-DEFENDANT DON LEE FARMS' COMPLAINT

**10/30/2017** PLAINTIFF AND CROSS- DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION FOR AN ORDER: (1) COMPELLING THIRD-PARTY CLW FOODS, LLC TO PRODUCE DOCUMENTS IN RESPONSE TO SUBPOENA; AND (2) FOR SANCTIONS IN THE AMOUNT OF $3,058.00

**10/30/2017** PROOF OF ELECTRONIC SERVICE

**10/26/2017** Receipt-Depository
Filed by Don Lee Farms (Plaintiff)

**10/26/2017** CIVIL DEPOSIT

**10/11/2017** Order-Protective
Filed by Savage River, Inc. (Defendant)

**10/11/2017** STIPULATION AND PROTECTIVE ORDER

**10/10/2017** Minute order entered: 2017-10-10 00:00:00
Filed by Clerk

EXHIBIT 5
Page 26 of 63

**10/10/2017** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by Savage River, Inc. (Defendant)

**10/10/2017** Minute Order

**10/10/2017** ORDER APPOINTING COURT APPROVED REPORTER AS OFFICIAL REPORTER PRO TEMPORE

**09/27/2017** Minute order entered: 2017-09-27 00:00:00
Filed by Clerk

**09/27/2017** SEPARATE STATEMENT IN SUPPORT OF PLAINTIFF AND CROSS-DEFENDAN'S NOTICE OF MOTION AND MOTION FOR AN ORDER: ETC

**09/27/2017** Minute Order

**09/25/2017** Miscellaneous-Other
Filed by Don Lee Farms (Plaintiff)

**09/25/2017** PLAINTIFF AND CROSS-DEFENDANT'S NOTICE OF MOTION AND MOTION FOR AN ORDER: (1) COMPELLING THIRD-PARTY CLW FOODS, LLC TO PRODUCE DOCUMENTS IN RESPONSE TO SUBPOENA; ETC

**09/25/2017** Motion to Compel
Filed by Don Lee Farms (Plaintiff)

**09/21/2017** Minute order entered: 2017-09-21 00:00:00
Filed by Clerk

**09/21/2017** NOTICE OF CONTINUANCE OF HEARING ON DEFENDANT/CROSSCOMPLAINANT SAVAGE RIVER, INC.'S DEMURRER TO PLAINTIFF/CROSS- DEFENDANT DON LEE FARMS' COMPLAINT AND MOTION TO STRIKE PORTIONS THEREOF

**09/21/2017** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant)

**09/21/2017** Notice Re: Continuance of Hearing and Order
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**09/21/2017** Declaration
Filed by Don Lee Farms (Plaintiff)

**09/21/2017** DECLARATION OF EDWARD K. LEE IN SUPPORT OF APPLICATION FOR COMMISSION TO ISSUE SUBPOENA FOR PRODUCTION OF DOCUMENTS BY PPI TECHNOLOGIES, L.L.C.

**09/21/2017** Minute Order

**09/21/2017** PROOF OF ELECTRONIC SERVICE

**09/14/2017** PROOF OF ELECTRONIC SERVICE

**09/14/2017** DEFENDANT/CROSS-COMPLAINANT SAVAGE RIVER, INC.'S REPLY IN SUPPORT OF MOTION TO STRIKE PORTIONS OF PLAINTIFF/CROSS-DEFENDANT DON LEE FARMS' COMPLAINT

**09/14/2017** DEFENDANT/CROSS-COMPLAINANT SAVAGE RIVER, INC.'S REPLY IN SUPPORT OF DEMURRER TO PLAINTIFF/CROSS-DEFENDANT DON LEE FARMS' COMPLAINT

**09/14/2017** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**09/14/2017** Reply/Response
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**09/14/2017** Reply/Response
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**09/13/2017** JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

EXHIBIT 5
Page 27 of 63

**09/13/2017** Stipulation and Order
Filed by Savage River, Inc. (Defendant)

**09/08/2017** Opposition Document
Filed by Don Lee Farms (Plaintiff)

**09/08/2017** PLAINTIFF/CROSS-DEFENDANT'S OPPOSITION TO DEMURRER OF DEFENDANT/CROSS-COMPLAINANT

**09/08/2017** PLAINTIFF/CROSS-DEFENDANT'S OPPOSITION TO DEFENDANT/CROSS-COMPLAINANT'S MOTION TO STRIKE PORTIONS OF THE COMPLAINT

**09/08/2017** Opposition Document
Filed by Don Lee Farms (Plaintiff)

**08/28/2017** Answer to Cross-Complaint
Filed by Don Lee Farms (Plaintiff)

**08/28/2017** CROSS-DEFERDANT'S ANSWER TO UNVERIFIED CROSS-COMPLAINT

**07/27/2017** Proof of Service

**07/27/2017** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**07/27/2017** Demurrer
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**07/27/2017** Declaration
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**07/27/2017** Motion to Strike
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**07/27/2017** Points and Authorities
Filed by Beyond Meat (Legacy Party)

**07/27/2017** Cross-Complaint
Filed by Savage River, Inc. (Cross-Complainant)

**07/27/2017** Cross-Complaint
Filed by Savage River, Inc. (Defendant)

**07/27/2017** DEFENDANT/CROSS-COMPLAINANT SAVAGE RIVER, INC.'S NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF PLAINTIFF/CROSS- DEFENDANT DON LEE FARM'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

**07/27/2017** SAVAGE RIVER, INC.'S CROSS-COMPLAINT FOR: (1) BREACH OF CONTRACT; ETC.

**07/27/2017** DEFENDANT/CROSS-COMPLAINANT SAVAGE RIVER, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEMURRER TO PLAINTIFF/CROSS-DEFENDANT DON LEE FARMS' COMPLAINT

**07/27/2017** DEFENDANT/CROSS-COMPLAINANT SAVAGE RIVER, INC.'S NOTICE OF DEMURRER AND DEMURRER TO PLAINTIFF/CROSS-DEFENDANT DON LEE FARMS' COMPLAINT

**07/27/2017** DECLARATION OF NEEMA T. SAMNI ATTESTING TO PARTIES' MEET AND CONFER RE: DEMURRER TO PLAINTIFF/CROSS-DEFENDANT DON LEE FARMS' COMPLAINT

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   03/05/2020   01/22/2020   11/14/2019   06/24/2019   03/29/2019   11/08/2018   05/15/2018   11/22/2017   05/25/2017

**05/25/2017** SUMMONS

**05/25/2017** COMPLAINT FOR: (1) BREACH OF CONTRACT; ETC

**05/25/2017** Complaint
Filed by Don Lee Farms (Plaintiff)

EXHIBIT 5
Page 28 of 63

7/30/2020                                                    LASC - Case Access

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   03/05/2020   01/22/2020   11/14/2019   06/24/2019   03/29/2019   11/08/2018   05/15/2018   11/22/2017   05/25/2017

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Proceedings Held (Proceeding dates listed in descending order)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

12/04/2019   11/02/2018

**07/02/2020** at 08:30 AM in Department 56
Hearing on Motion - Other (Motion to Unseal Discovery Referee's Report and Recommendations ReBeyond Meat's Motion for Protective Order ReRequest for Production of Documents (Filed Under Seal on or Around October 14, 2019)) - **Held - Motion Granted**

**07/02/2020** at 08:30 AM in Department 56
Hearing on Motion - Other (Motion to Unseal Discovery Referee's Report and Recommendations ReDon Lee Farms' Motion to De-designated or, Alternatively, Require Re-designation of Documents (Filed Under Seal on or Around August 21, 2019)) - **Held - Motion Granted**

**06/23/2020** at 08:30 AM in Department 56
Hearing on Motion to Seal (Regarding Plaintiff Don Lee Farms' Reply in Support of Motion for Leave to File Third Amended Complaint) - **Held**

**06/23/2020** at 08:30 AM in Department 56
Hearing on Motion for Leave to Amend (Fourth Amended Complaint) - **Held**

**06/23/2020** at 08:30 AM in Department 56
Hearing on Demurrer - without Motion to Strike - **Held**

**06/23/2020** at 08:30 AM in Department 56
Case Management Conference - **Held**

**05/28/2020** at 11:19 AM in Department 56
Court Order

**05/18/2020** at 09:00 AM in Department 55, Malcolm Mackey, Presiding
Jury Trial - **Not Held - Advanced and Continued - by Court**

**05/08/2020** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Post-Mediation Status Conference - **Not Held - Advanced and Continued - by Court**

**05/08/2020** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Final Status Conference - **Not Held - Advanced and Continued - by Court**

**04/17/2020** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion for Summary Judgment - **Not Held - Taken Off Calendar by Party**

**04/17/2020** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion for Summary Adjudication - **Not Held - Taken Off Calendar by Party**

**04/14/2020** at 08:30 AM in Department 56
Hearing on Motion - Other (Motion to Unseal Discovery Referee's Report and Recommendations ReDon Lee Farms' Motion to De-designated or, Alternatively, Require Re-designation of Documents (Filed Under Seal on or Around August 21, 2019)) - **Not Held - Advanced and Continued - by Court**

**04/14/2020** at 08:30 AM in Department 56
Hearing on Motion - Other (Motion to Unseal Discovery Referee's Report and Recommendations ReBeyond Meat's Motion

EXHIBIT 5
Page 29 of 63

for Protective Order ReRequest for Production of Documents (Filed Under Seal on or Around October 14, 2019)) - **Not Held - Advanced and Continued - by Court**

**04/09/2020** at 08:30 AM in Department 56
Case Management Conference - **Not Held - Advanced and Continued - by Court**

**04/09/2020** at 08:30 AM in Department 56
Hearing on Demurrer - without Motion to Strike - **Not Held - Advanced and Continued - by Court**

**04/09/2020** at 08:30 AM in Department 56
Hearing on Motion to Seal (Regarding Plaintiff Don Lee Farms' Reply in Support of Motion for Leave to File Third Amended Complaint) - **Not Held - Advanced and Continued - by Court**

**03/10/2020** at 08:30 AM in Department 56
Case Management Conference - **Not Held - Advanced and Continued - by Court**

**03/05/2020** at 08:30 AM in Department 56
Case Management Conference - **Not Held - Continued - Stipulation**

**03/02/2020** at 2:56 PM in Department 56
Court Order

**02/28/2020** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion to Seal (Regarding Plaintiff Don Lee Farms? Reply In Support Of Motion For Leave To File Third Amended Complaint) - **Not Held - Vacated by Court**

**02/25/2020** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion for Order (to unseal Discovery Referee's Report) - **Not Held - Vacated by Court**

**02/25/2020** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion - Other (to unseal Referee's Report) - **Not Held - Vacated by Court**

**02/18/2020** at 11:44 AM in Department 55, Malcolm Mackey, Presiding
Court Order

**02/06/2020** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion for Order (to unseal Discovery Referee's Report) - **Not Held - Continued - Court's Motion**

**02/06/2020** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion - Other (to unseal Referee's Report) - **Not Held - Continued - Court's Motion**

**01/28/2020** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion for Leave to Amend (Motion for Leave to Amend Complaint) - **Not Held - Advanced and Continued - by Court**

**01/28/2020** at 3:31 PM in Department 55, Malcolm Mackey, Presiding
Court Order

**01/28/2020** at 1:30 PM in Department 55, Malcolm Mackey, Presiding
Court Order

**01/24/2020** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Ex Parte Application (to Continue the Trial Date; Memorandum of Points and Authorities; Declaration of Marvin S. Putnam in Support) - **Held**

**01/24/2020** at 1:36 PM in Department 82
Court Order

**01/21/2020** at 09:30 AM in Department 82
Hearing on Application for Writ of Attachment (CCP 484.040) - **Held**

**01/21/2020** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion for Leave to Amend (Motion for Leave to Amend Complaint) - **Held**

EXHIBIT 5
Page 30 of 63

**01/06/2020** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Ex Parte Application ( to Advance Hearing Date on Don Lee Farms' Motion for Leave to File Third Amended Complaint From January 28, 2020 to January 21, 2020 and To Set Briefing Schedule; Memorandum of Points and Authorities; Dec) - **Held - Motion Granted**

**12/10/2019** at 09:30 AM in Department 82
Hearing on Application for Writ of Attachment (CCP 484.040) - **Not Held - Vacated by Court**

**12/10/2019** at 09:30 AM in Department 82
Hearing on Application for Writ of Attachment (CCP 484.040) - **Not Held - Continued - Stipulation**

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   12/04/2019   11/02/2018

**12/04/2019** at 11:10 AM in Department 82
Non-Appearance Case Review

**10/10/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion to be Admitted Pro Hac Vice - **Held - Motion Granted**

**10/01/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion to be Admitted Pro Hac Vice - **Not Held - Rescheduled by Party**

**08/21/2019** at 09:43 AM in Department 55, Malcolm Mackey, Presiding
Non-Appearance Case Review

**07/30/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion to be Admitted Pro Hac Vice - **Held - Motion Granted**

**07/29/2019** at 09:00 AM in Department 55, Malcolm Mackey, Presiding
Jury Trial - **Held - Continued**

**07/25/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion to be Admitted Pro Hac Vice - **Held - Motion Granted**

**07/24/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion to Seal (Motion to File Documents Under Seal) - **Held - Motion Granted**

**07/24/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion to Seal (Documents) - **Held - Motion Granted**

**07/24/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion to Seal (Motion to File Under Seal) - **Held - Motion Granted**

**07/24/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion to Seal (Documents in Connection with Motion for Summary Judgment)

**07/19/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Final Status Conference - **Held - Continued**

**07/03/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion to Seal (Motion to File Under Seal) - **Not Held - Continued - Stipulation**

**07/02/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion to Seal (Documents) - **Not Held - Continued - Stipulation**

**06/24/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion for Summary Judgment - **Not Held - Rescheduled by Party**

**06/07/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion to Seal (Motion to File Documents Under Seal) - **Not Held - Continued - Stipulation**

**05/30/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Demurrer - without Motion to Strike - **Held**

EXHIBIT 5
Page 31 of 63

LASC - Case Access

**05/17/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion for Summary Judgment - **Held**

**03/07/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion for Leave (DON LEE FARMS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE ITS SECOND AMENDED COMPLAINT) - **Held - Motion Granted**

**03/07/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Ex Parte Application (for an Order Continuing the Trial Date from July 29, 2019 to Either June 15, 2020 or June 22, 2020; Memorandum of Points and Authorities; Declaration of Mitchell A. Kamin) - **Held - Motion Granted**

**02/19/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion for Leave (DON LEE FARMS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE ITS SECOND AMENDED COMPLAINT) - **Not Held - Rescheduled by Party**

**12/14/2018** at 4:51 PM in Department 55, Malcolm Mackey, Presiding
Court Order

**11/15/2018** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion to Compel ((Motion to Compel)) - **Held**

**11/08/2018** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion for Leave (to file first amended complaint) - **Not Held - Taken Off Calendar by Party**

**11/08/2018** at 2:58 PM in Department 55, Malcolm Mackey, Presiding
Court Order

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   12/04/2019   11/02/2018

**11/02/2018** at 3:36 PM in Department 55, Malcolm Mackey, Presiding
Court Order

**09/27/2018** at 08:30 AM in Department 55
Ex-Parte Proceedings - **Held - Motion Granted**

**08/06/2018** at 08:30 AM in Department 55
Ex-Parte Proceedings - **Held - Motion Granted**

**05/04/2018** at 08:30 AM in Department 55
Non-Appearance Case Review (Non-Appearance (Case Review); Court makes order) -

**04/24/2018** at 08:30 AM in Department 55
Hearing on Motion for Order (Motion for an Order; Court makes order) -

**04/20/2018** at 08:30 AM in Department 55
Unknown Event Type - **Held - Motion Granted**

**02/13/2018** at 08:30 AM in Department 55
Ex-Parte Proceedings - **Held - Motion Granted**

**11/20/2017** at 08:30 AM in Department 55
Case Management Conference (Conference-Case Management; Trial Date Set) -

**11/06/2017** at 08:30 AM in Department 55
Hearing on Motion to Compel ((Off Calendar)) -

**10/10/2017** at 08:30 AM in Department 55
Hearing on Demurrer - without Motion to Strike (Hearing on Demurrer; Demurrer overruled) -

**09/27/2017** at 08:30 AM in Department 55
Case Management Conference (Conference-Case Management; Not Held-Continued) -

**09/21/2017** at 08:30 AM in Department 55
Hearing on Demurrer - without Motion to Strike (Hearing on Demurrer; Not Held-Continued) -

EXHIBIT 5
Page 32 of 63

7/30/2020                                                LASC - Case Access

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   12/04/2019   11/02/2018


## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Register of Actions (Listed in descending order)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
03/18/2020   02/05/2020   12/16/2019   09/09/2019   06/05/2019   02/19/2019   10/24/2018   04/24/2018   11/06/2017

**07/06/2020** Answer
Filed by Mark Nelson (Defendant)

**07/06/2020** Answer
Filed by Anthony Miller (Defendant)

**07/06/2020** Answer
Filed by Jessica Quetsch (Defendant)

**07/06/2020** Answer
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**07/02/2020** at 08:30 AM in Department 56
Hearing on Motion - Other (Motion to Unseal Discovery Referee's Report and Recommendations ReDon Lee Farms' Motion to De-designated or, Alternatively, Require Re-designation of Documents (Filed Under Seal on or Around August 21, 2019))
**- Held - Motion Granted**

**07/02/2020** at 08:30 AM in Department 56
Hearing on Motion - Other (Motion to Unseal Discovery Referee's Report and Recommendations ReBeyond Meat's Motion for Protective Order ReRequest for Production of Documents (Filed Under Seal on or Around October 14, 2019)) - **Held - Motion Granted**

**07/02/2020** Notice of Ruling
Filed by Don Lee Farms (Plaintiff)

**07/02/2020** Minute Order ( (Hearing on Motion - Other Motion to Unseal Discovery Referee'...))
Filed by Clerk

**06/29/2020** Notice of Intent to Appear by Telephone
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant); Mark Nelson (Defendant); Jessica Quetsch (Defendant) et al.

**06/29/2020** Notice of Intent to Appear by Telephone
Filed by Don Lee Farms (Plaintiff)

**06/24/2020** Notice of Ruling
Filed by Don Lee Farms (Plaintiff)

**06/24/2020** Notice of Ruling
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant); Mark Nelson (Defendant); Jessica Quetsch (Defendant) et al.

**06/23/2020** at 08:30 AM in Department 56
Hearing on Motion for Leave to Amend (Fourth Amended Complaint) - **Held**

**06/23/2020** at 08:30 AM in Department 56
Hearing on Demurrer - without Motion to Strike - **Held**

EXHIBIT 5
Page 33 of 63

7/30/2020                                           LASC - Case Access

**06/23/2020** at 08:30 AM in Department 56
Hearing on Motion to Seal (Regarding Plaintiff Don Lee Farms' Reply in Support of Motion for Leave to File Third Amended Complaint) - **Held**

**06/23/2020** at 08:30 AM in Department 56
Case Management Conference - **Held**

**06/23/2020** Minute Order ( (Hearing on Demurrer - without Motion to Strike; Case Manageme...))
Filed by Clerk

**06/23/2020** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore

**06/18/2020** Notice of Intent to Appear by Telephone
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant); Mark Nelson (Defendant); Jessica Quetsch (Defendant) et al.

**06/17/2020** Notice (of Court call Appearance)
Filed by Don Lee Farms (Plaintiff)

**06/16/2020** Reply (Don Lee Farms' Reply Memorandum In Support of Motion for Leave to File Is Fourth Amended Complaint)
Filed by Don Lee Farms (Plaintiff)

**06/16/2020** Reply (INDIVIDUAL DEFENDANTS MARK NELSON, JESSICA QUETSCH AND ANTHONY MILLER AND DEFENDANT-CROSS-COMPLAINANT BEYOND MEAT INC.?S REPLY IN FURTHER SUPPORT OF DEMURRER TO PLAINTIFF-CROSS-DEFENDANT DON LEE FARMS? THIRD AMENDED COMPLAINT)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant); Mark Nelson (Defendant); Jessica Quetsch (Defendant) et al.

**06/10/2020** Declaration (Of Lapidus In Support Of Opposition To Motion For Leave To File Fourth Amended Complaint)
Filed by Proportion Foods, LLC (Cross-Defendant)

**06/10/2020** Opposition (Don Lee Farms' Opposition to Defendants' Demurrer to the Third Amended Complaint; Declaration of Todd Densen)
Filed by Don Lee Farms (Plaintiff)

**06/10/2020** Opposition (To Motion For Leave To File Fourth Amended Complaint)
Filed by Proportion Foods, LLC (Cross-Defendant)

**06/08/2020** Case Management Statement
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant); Mark Nelson (Defendant); Jessica Quetsch (Defendant) et al.

**06/08/2020** Case Management Statement
Filed by Don Lee Farms (Plaintiff)

**06/08/2020** Case Management Statement
Filed by Don Lee Farms (Plaintiff)

**05/28/2020** at 11:19 AM in Department 56
Court Order

**05/28/2020** Certificate of Mailing for ((Court Order) of 05/28/2020)
Filed by Clerk

**05/28/2020** Minute Order ( (Court Order))
Filed by Clerk

**05/28/2020** Notice (of Hearing)
Filed by Don Lee Farms (Plaintiff)

**05/27/2020** Motion for Leave to Amend (for Leave to File Its Fourth Amended Complaint)
Filed by Don Lee Farms (Plaintiff)

EXHIBIT 5
Page 34 of 63

**05/18/2020** at 09:00 AM in Department 55, Malcolm Mackey, Presiding
Jury Trial - **Not Held - Advanced and Continued - by Court**

**05/08/2020** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Final Status Conference - **Not Held - Advanced and Continued - by Court**

**05/08/2020** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Post-Mediation Status Conference - **Not Held - Advanced and Continued - by Court**

**04/28/2020** Notice (CONSENT TO ELECTRONIC SERVICE AND NOTICE OF ELECTRONIC SERVICE ADDRESS)
Filed by Don Lee Farms (Plaintiff)

**04/23/2020** Notice (Consent to Electronic Service)
Filed by Proportion Foods, LLC (Cross-Defendant)

**04/17/2020** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion for Summary Adjudication - **Not Held - Taken Off Calendar by Party**

**04/17/2020** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion for Summary Judgment - **Not Held - Taken Off Calendar by Party**

**04/14/2020** at 08:30 AM in Department 56
Hearing on Motion - Other (Motion to Unseal Discovery Referee's Report and Recommendations ReDon Lee Farms' Motion to De-designated or, Alternatively, Require Re-designation of Documents (Filed Under Seal on or Around August 21, 2019))
- **Not Held - Advanced and Continued - by Court**

**04/14/2020** at 08:30 AM in Department 56
Hearing on Motion - Other (Motion to Unseal Discovery Referee's Report and Recommendations ReBeyond Meat's Motion for Protective Order ReRequest for Production of Documents (Filed Under Seal on or Around October 14, 2019)) - **Not Held - Advanced and Continued - by Court**

**04/09/2020** at 08:30 AM in Department 56
Case Management Conference - **Not Held - Advanced and Continued - by Court**

**04/09/2020** at 08:30 AM in Department 56
Hearing on Demurrer - without Motion to Strike - **Not Held - Advanced and Continued - by Court**

**04/09/2020** at 08:30 AM in Department 56
Hearing on Motion to Seal (Regarding Plaintiff Don Lee Farms' Reply in Support of Motion for Leave to File Third Amended Complaint) - **Not Held - Advanced and Continued - by Court**

**03/20/2020** Notice (OF CONTINUANCE OF HEARING)
Filed by Don Lee Farms (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   03/18/2020   02/05/2020   12/16/2019   09/09/2019   06/05/2019   02/19/2019   10/24/2018   04/24/2018   11/06/2017

**03/18/2020** Notice Re: Continuance of Hearing and Order
Filed by Clerk

**03/13/2020** Declaration (of Laura R. Washington in Support of Individual Defendants? Mark Nelson, Jessica Quetsch, and Anthony Miller and Defendant Cross-Complainant Beyond Meat, Inc.?s Demurrer)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant); Mark Nelson (Defendant); Jessica Quetsch (Defendant) et al.

**03/13/2020** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant); Mark Nelson (Defendant); Jessica Quetsch (Defendant) et al.

**03/13/2020** Demurrer - without Motion to Strike
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant); Jessica Quetsch (Defendant); Anthony Miller (Defendant)

EXHIBIT 5
Page 35 of 63

**03/11/2020** Notice (of continuance of hearing)
Filed by Don Lee Farms (Plaintiff)

**03/10/2020** at 08:30 AM in Department 56
Case Management Conference - **Not Held - Advanced and Continued - by Court**

**03/09/2020** Notice ( OF CHANGE OF HEARING DATE ON BEYOND MEAT INC.?S MOTION TO SEAL REGARDING PLAINTIFF DON LEE FARMS? REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**03/06/2020** Notice ( of Continuance of Case Management Conference)
Filed by Don Lee Farms (Plaintiff)

**03/06/2020** Notice (of Entry of Order re: 170.6 Peremptory Challenge to Judicial Officer)
Filed by Don Lee Farms (Plaintiff)

**03/05/2020** at 08:30 AM in Department 56
Case Management Conference - **Not Held - Continued - Stipulation**

**03/05/2020** Notice Re: Continuance of Hearing and Order
Filed by Clerk

**03/02/2020** at 2:56 PM in Department 56
Court Order

**03/02/2020** Certificate of Mailing for ((Court Order) of 03/02/2020)
Filed by Clerk

**03/02/2020** Minute Order ( (Court Order))
Filed by Clerk

**02/28/2020** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion to Seal (Regarding Plaintiff Don Lee Farms? Reply In Support Of Motion For Leave To File Third Amended Complaint) - **Not Held - Vacated by Court**

**02/27/2020** Challenge To Judicial Officer - Peremptory (170.6)
Filed by Don Lee Farms (Plaintiff)

**02/26/2020** Answer
Filed by Proportion Foods, LLC (Cross-Defendant)

**02/26/2020** Stipulation and Order (JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE TO MARCH 10, 2020 AT 8:30 A.M)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**02/25/2020** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion for Order (to unseal Discovery Referee's Report) - **Not Held - Vacated by Court**

**02/25/2020** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion - Other (to unseal Referee's Report) - **Not Held - Vacated by Court**

**02/24/2020** Notice (of Case Management Conference)
Filed by Don Lee Farms (Plaintiff)

**02/21/2020** Reply (DEFENDANT-CROSS-COMPLAINANT BEYOND MEAT, INC.'S REPLY IN SUPPORT OF ITS MOTION TO SEAL REGARDING PLAINTIFF DON LEE FARMS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE ITS THIRD AMENDED COMPLAINT)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**02/20/2020** Notice of Case Management Conference
Filed by Clerk

**02/20/2020** Notice (OF REASSIGNMENT)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

EXHIBIT 5
Page 36 of 63

**02/20/2020** Notice (of Case Reassignment)
Filed by Don Lee Farms (Plaintiff)

**02/18/2020** at 11:44 AM in Department 55, Malcolm Mackey, Presiding
Court Order

**02/18/2020** Certificate of Mailing for ((COURT ORDER RE: PEREMPTORY CHALLENGE TO JUDICIAL OFFICER PURS...)
of 02/18/2020)
Filed by Clerk

**02/18/2020** Minute Order ( (COURT ORDER RE: PEREMPTORY CHALLENGE TO JUDICIAL OFFICER PURS...))
Filed by Clerk

**02/18/2020** Notice of Case Reassignment/Vacate Hearings
Filed by Clerk

**02/14/2020** Proof of Service (not Summons and Complaint)
Filed by Don Lee Farms (Plaintiff)

**02/14/2020** Opposition (to Beyond Meat, Inc.'s Motion to Seal Regarding Plaintiff Don Lee Farms' Reply in Support of Motion
for Leave to File Third Amended Complaint)
Filed by Don Lee Farms (Plaintiff)

**02/14/2020** Notice of Lodging ( Pursuant to California Rule of court 2.551(b)(3)(A)(iii), of Documents and Information
Designated as "Highly Confidential")
Filed by Don Lee Farms (Plaintiff)

**02/10/2020** Writ of Attachment
Filed by Don Lee Farms (Plaintiff)

**02/10/2020** Challenge To Judicial Officer - Peremptory (170.6) (by defendant Mark Nelson)
Filed by Mark Nelson (Defendant)

**02/07/2020** Notice and Acknowledgment of Receipt
Filed by Don Lee Farms (Plaintiff)

**02/07/2020** Notice and Acknowledgment of Receipt
Filed by Don Lee Farms (Plaintiff)

**02/07/2020** Notice and Acknowledgment of Receipt
Filed by Don Lee Farms (Plaintiff)

**02/07/2020** Notice (of court order regarding Don Lee Farms' right to attach order and writ of attachment)
Filed by Don Lee Farms (Plaintiff)

**02/06/2020** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion - Other (to unseal Referee's Report) - **Not Held - Continued - Court's Motion**

**02/06/2020** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion for Order (to unseal Discovery Referee's Report) - **Not Held - Continued - Court's Motion**

**02/06/2020** Proof of Personal Service
Filed by Don Lee Farms (Plaintiff)

**02/06/2020** Minute Order ( (Hearing on Motion for Order to unseal Discovery Referee's Rep...))
Filed by Clerk

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   03/18/2020   02/05/2020   12/16/2019   09/09/2019   06/05/2019   02/19/2019   10/24/2018   04/24/2018   11/06/2017

**02/05/2020** Notice ( OF CONTINUANCE OF HEARING)
Filed by Don Lee Farms (Plaintiff)

EXHIBIT 5
Page 37 of 63

**02/04/2020** Notice of Intent to Appear by Telephone
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**02/03/2020** Notice of Intent to Appear by Telephone
Filed by Don Lee Farms (Plaintiff)

**01/30/2020** Undertaking (Under Section 489.210 C.C.P. in the amount of $10,000)
Filed by Don Lee Farms (Plaintiff)

**01/30/2020** Notice (OF NON-RECEIPT OF OPPOSITION TO DON LEE FARMS? MOTION TO UNSEAL DISCOVERY REFEREE?S REPORT AND RECOMMENDATIONS RE: DON LEE FARMS? MOTION TO DE-DESIGNATE OR, ALTERNATIVELY, REQUIRE REDESIGNATION OF DOCUMENTS (FILED UNDER SEAL ON OR AROUND AUGUST 21)
Filed by Don Lee Farms (Plaintiff)

**01/30/2020** Proof of Service (not Summons and Complaint)
Filed by Don Lee Farms (Plaintiff)

**01/30/2020** Proof of Service (not Summons and Complaint)
Filed by Don Lee Farms (Plaintiff)

**01/30/2020** Notice (OF NON-RECEIPT OF OPPOSITION TO DON LEE FARMS? MOTION TO UNSEAL DISCOVERY REFEREE?S REPORT AND RECOMMENDATIONS RE: BEYOND MEAT?S MOTION FOR PROTECTIVE ORDER RE: REQUESTS FOR PRODUCTION OF DOCUMENTS (FILED UNDER SEAL ON OR AROUND OCTOBER 14, 2019))
Filed by Don Lee Farms (Plaintiff)

**01/28/2020** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion for Leave to Amend (Motion for Leave to Amend Complaint) - **Not Held - Advanced and Continued - by Court**

**01/28/2020** at 3:31 PM in Department 55, Malcolm Mackey, Presiding
Court Order

**01/28/2020** at 1:30 PM in Department 55, Malcolm Mackey, Presiding
Court Order

**01/28/2020** Motion to Seal (Regarding Pltf Reply in Support of Motion For Leave to File Third Amended Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/28/2020** Proof of Service (not Summons and Complaint) (proof of electronic service)
Filed by Don Lee Farms (Plaintiff)

**01/28/2020** Minute Order ( (Court Order))
Filed by Clerk

**01/28/2020** Certificate of Mailing for ((Court Order) of 01/28/2020)
Filed by Clerk

**01/28/2020** Minute Order ( (Court Order))
Filed by Clerk

**01/28/2020** Certificate of Mailing for ((Court Order) of 01/28/2020)
Filed by Clerk

**01/27/2020** Amended Complaint (3rd)
Filed by Don Lee Farms (Plaintiff); Don Lee Farms (Plaintiff)

**01/27/2020** Summons (to 3rd Amended Complaint)
Filed by Don Lee Farms (Plaintiff)

**01/24/2020** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Ex Parte Application (to Continue the Trial Date; Memorandum of Points and Authorities; Declaration of Marvin S. Putnam in Support) - **Held**

**01/24/2020** at 1:36 PM in Department 82
Court Order

EXHIBIT 5
Page 38 of 63

**01/24/2020** Response ( TO DEFENDANT AND CROSSCOMPLAINANT BEYOND MEAT, INC.?S OBJECTIONS TO PLAINTIFF DON LEE FARMS? PROPOSED RIGHT TO ATTACH ORDER)
Filed by Don Lee Farms (Plaintiff)

**01/24/2020** Proof of Service by Mail
Filed by Don Lee Farms (Plaintiff)

**01/24/2020** Proof of Service (not Summons and Complaint)
Filed by Don Lee Farms (Plaintiff)

**01/24/2020** Minute Order ( (Hearing on Ex Parte Application to Continue the Trial Date; M...))
Filed by Clerk

**01/24/2020** Notice of Ruling (GRANTING UNOPPOSED EX PARTE APPLICATION TO CONTINUE THE TRIAL DATE)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/24/2020** Right to Attach Order After Hearing and Order for Issuance of Writ of Attachment (as to defendant Beyond Meat, Inc.)

**01/24/2020** Certificate of Mailing for ((COURT ORDER) of 01/24/2020)
Filed by Clerk

**01/24/2020** Minute Order ( (COURT ORDER))
Filed by Clerk

**01/24/2020** Ex Parte Application (Defendant-Cross Complainant Beyond Meat, Inc.'s Unopposed Ex Parte Application to Continue the Trial Date; Memorandum of Points and Authorities; Declaration of Marvin S. Putnam in Support)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/24/2020** Stipulation and Order to use Certified Shorthand Reporter

**01/23/2020** Objection (Defendant-Cross Complainant Beyond Meat, Inc.'s Objection to Plaintiff Don Lee Farms' Proposed Right to Attach Order; Declaration of Nima H. Mohebbi in Support)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/22/2020** Notice of Ruling
Filed by Don Lee Farms (Plaintiff)

**01/22/2020** Notice of Ruling
Filed by Don Lee Farms (Plaintiff)

**01/21/2020** at 09:30 AM in Department 82
Hearing on Application for Writ of Attachment (CCP 484.040) - **Held**

**01/21/2020** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion for Leave to Amend (Motion for Leave to Amend Complaint) - **Held**

**01/21/2020** Declaration (Of Mockenhaupt in support of opposition to writ of attachment (unredacted))
Filed by Don Lee Farms (Plaintiff)

**01/21/2020** Substitution of Attorney
Filed by Savage River, Inc. (Cross-Complainant); Beyond Meat, Inc. (fka Savage River dba (Defendant); Savage River, Inc. (Defendant)

**01/21/2020** Minute Order ( (Hearing on Motion for Leave to Amend Motion for Leave to Amen...))
Filed by Clerk

**01/21/2020** Declaration (of Schultz in support of opposition to writ of attachment (unredacted))
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/21/2020** Minute Order ( (APPLICATION OF PLAINTIFF, DON LEE FARMS, FOR RIGHT TO ATTACH ...))
Filed by Clerk

**01/21/2020** Declaration (Of Wilson in support of opposition to writ of attachment (unredacted))
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

EXHIBIT 5
Page 39 of 63

**01/21/2020** Opposition (to writ of attachment (unredacted))
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/21/2020** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore

**01/21/2020** Memorandum of Points & Authorities
Filed by Don Lee Farms (Plaintiff)

**01/21/2020** Declaration (OF BRANDON GOODMAN IN SUPPORT OF DON LEE FARMS? APPLICATION FOR WRIT OF ATTACHMENT)
Filed by Don Lee Farms (Plaintiff)

**01/17/2020** Notice (of Errata re Wilson Declaration)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/17/2020** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/17/2020** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/16/2020** Notice ( of Errata re Declarations)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/16/2020** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/16/2020** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/16/2020** Response (Response to DLF Evidentiary Objections)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/16/2020** Notice of Lodging (Don Lee Farms' Notice of Lodging, Pursuant to California Rule of Court 2.551(b)(3)(A)(iii), Of Documents and Information Designated as "Highly Confidential")
Filed by Don Lee Farms (Plaintiff)

**01/16/2020** Proof of Service (not Summons and Complaint)
Filed by Don Lee Farms (Plaintiff)

**01/16/2020** Reply (Don Lee Farms' Reply Memorandum In Support of Motion For Leave To File Its Third Amended Complaint; Supplemental Declaration of Daniel A. Platt)
Filed by Don Lee Farms (Plaintiff)

**01/15/2020** Joinder
Filed by Proportion Foods, LLC (Cross-Defendant)

**01/14/2020** Proof of Service by Mail
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/14/2020** Declaration (Of Christopher Yeung In Support Of Defendant/cross-complainant Beyond Meat, Inc.?s Opposition To Plaintiff/cross-defendant Don Lee Farms? Motion For Leave To File Its Third Amended Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/14/2020** Opposition (To Plaintiff/cross-defendant Don Lee Farms? Motion For Leave To File Its Third Amended Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/14/2020** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/10/2020** Notice of Lodging (UNDER SEAL DEFENDANT/CROSS-COMPLAINANT BEYOND MEAT, INC.?S OPPOSITION TO PLAINTIFF/CROSS-DEFENDANT DON LEE FARMS? SECOND MOTION TO DE- DESIGNATE

EXHIBIT 5
Page 40 of 63

DOCUMENTS, AND THE DECLARATION OF CHRISTOPHER Y.L. YEUNG)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/10/2020** Reply ( In Support of Second Motion For an Order Compelling the De-Designation of Those Documents Produced By Defendant and Cross-Complainant Beyond Meat, Inc.)
Filed by Don Lee Farms (Plaintiff)

**01/08/2020** Notice (of Order Re: Don Lee Farms' Ex Parte Application to Advance Hearing Date and Set Briefing Schedule)
Filed by Don Lee Farms (Plaintiff)

**01/08/2020** Reply (Plaintiff and Cross-Defendant Don Lee Farms' Reply In Support of Motion for an Order Compelling the De-Designation of Those Documents Produced by Third Party CLW Foods, LLC)
Filed by Don Lee Farms (Plaintiff)

**01/06/2020** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Ex Parte Application ( to Advance Hearing Date on Don Lee Farms' Motion for Leave to File Third Amended Complaint From January 28, 2020 to January 21, 2020 and To Set Briefing Schedule; Memorandum of Points and Authorities; Dec) - **Held - Motion Granted**

**01/06/2020** under seal non party cls foods, llc's opposition to plff and x-defts don lee farm's motion for an order compelling tyhe de-designation of those documents produced by clw foods, lld decl of gary j coelho II

**01/06/2020** Proof of Service by Mail

**01/06/2020** Minute Order ( (Hearing on Ex Parte Application to Advance Hearing Date on D...))
Filed by Clerk

**01/06/2020** Ex Parte Application (Plaintiff Don Lee Farms' Ex Parte Application to Advance Hearing Date on Don Lee Farms' Motion for Leave to File Third Amended Complaint From January 28, 2020 to January 21, 2020 and To Set Briefing Schedule; Memorandum of Points and Authorities; Dec)
Filed by Don Lee Farms (Plaintiff)

**01/06/2020** non party clw foods, llc's opposition to plff & x-defendants don lee farm's motion for an order compelling the de designation of those docs produced by clw foods, llc; decl of gary j coelho II

**01/06/2020** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/06/2020** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**12/31/2019** Motion for Leave to Amend (to File Its Third Amended Complaint; Memorandum of Points and Authorities; Declaration of Daniel A. Platt)
Filed by Don Lee Farms (Plaintiff)

**12/26/2019** Proof of Service (not Summons and Complaint)
Filed by Don Lee Farms (Plaintiff)

**12/26/2019** Declaration (of Daniel A. Platt in support of Don Lee Farms' Motion)
Filed by Don Lee Farms (Plaintiff)

**12/26/2019** Motion re: (to Unseal Discovery Referees Report and Recommendations re: Don Lee Farms' Motion to Designate)
Filed by Don Lee Farms (Plaintiff)

**12/17/2019** Notice of Lodging (Under Seal Plaintiff and Cross-Defendant Don Lee Farms' Notice of Motion and Second Motion for an Order Compelling the De-Designation of Those Documents Produced by Defendant and Cross-Complainant Beyond Meat, Inc., and Declaration)
Filed by Don Lee Farms (Plaintiff)

**12/17/2019** Declaration (of Safia Gray Hussain in Support of Plaintiff and Cross-Defendant Don Lee Farms' Notice of Motion and Second Motion for an Order Compelling the De-Designation of Those Documents Produced by Defendant and Cross-

EXHIBIT 5
Page 41 of 63

Complainant Beyond Meat, Inc)
Filed by Don Lee Farms (Plaintiff)

**12/17/2019** Notice of Motion
Filed by Don Lee Farms (Plaintiff)

**12/17/2019** Proof of Service (not Summons and Complaint)
Filed by Don Lee Farms (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   03/18/2020   02/05/2020   12/16/2019   09/09/2019   06/05/2019   02/19/2019   10/24/2018   04/24/2018   11/06/2017

**12/16/2019** Reply (PLAINTIFF AND CROSS-DEFENDANT DON LEE FARMS? REPLY BRIEF IN SUPPORT OF APPLICATION FOR WRIT OF ATTACHMENT)
Filed by Don Lee Farms (Plaintiff)

**12/16/2019** Objection (PLAINTIFF AND CROSS-DEFENDANT DON LEE FARMS? EVIDENTIARY OBJECTIONS TO DECLARATIONS OF GARY SCHULTZ, KELLI WILSON, AND CHRISTOPHER Y. L. YEUNG, FILED BY BEYOND MEAT, INC. IN SUPPORT OF ITS OPPOSITION TO APPLICATION FOR WRIT OF ATTACHMENT)
Filed by Don Lee Farms (Plaintiff)

**12/16/2019** Notice of Lodging (DON LEE FARMS? NOTICE OF LODGING , PURSUANT TO CALIFORNIA RULE OF COURT 2.551(b)(3)(A)(iii), OF DOCUMENTS AND INFORMATION DESIGNATED AS ?CONFIDENTIAL)
Filed by Don Lee Farms (Plaintiff)

**12/16/2019** Declaration (OF DANIEL A. PLATT IN SUPPORT OF DON LEE FARMS? REPLY IN SUPPORT OF APPLICATION FOR WRIT OF ATTACHMENT)
Filed by Don Lee Farms (Plaintiff)

**12/16/2019** Request for Judicial Notice
Filed by Don Lee Farms (Plaintiff)

**12/16/2019** Proof of Service (not Summons and Complaint)
Filed by Don Lee Farms (Plaintiff)

**12/16/2019** Proof of Service (not Summons and Complaint)
Filed by Don Lee Farms (Plaintiff)

**12/16/2019** Objection (PLAINTIFF AND CROSS-DEFENDANT DON LEE FARMS? EVIDENTIARY OBJECTIONS TO DECLARATIONS OF GARY SCHULTZ, KELLI WILSON, AND CHRISTOPHER Y. L. YEUNG, FILED BY BEYOND MEAT, INC. IN SUPPORT OF ITS OPPOSITION TO APPLICATION FOR WRIT OF ATTACHMENT)
Filed by Don Lee Farms (Plaintiff)

**12/16/2019** Notice of Lodging (DON LEE FARMS? NOTICE OF LODGING , PURSUANT TO CALIFORNIA RULE OF COURT 2.551(b)(3)(A)(iii), OF DOCUMENTS AND INFORMATION DESIGNATED AS ?CONFIDENTIAL?)
Filed by Don Lee Farms (Plaintiff)

**12/16/2019** Declaration ([PUBLIC VERSION] DECLARATION OF DANIEL A. PLATT IN SUPPORT OF DON LEE FARMS? REPLY BRIEF IN SUPPORT OF APPLICATION FOR WRIT OF ATTACHMENT)
Filed by Don Lee Farms (Plaintiff)

**12/16/2019** Request for Judicial Notice
Filed by Don Lee Farms (Plaintiff)

**12/16/2019** Reply ([REDACTED] PLAINTIFF AND CROSSDEFENDANT DON LEE FARMS? REPLY BRIEF IN SUPPORT OF APPLICATION FOR WRIT OF ATTACHMENT)
Filed by Don Lee Farms (Plaintiff)

**12/13/2019** Notice of Lodging (Notice of Lodging Under Seal Plaintiff and Cross-Defendant Don Lee Farms' Notice of Motion and Motion for an Order Compelling the De-Designation of Those Documents Produced by Third Party CLW Foods, LLC)
Filed by Don Lee Farms (Plaintiff)

EXHIBIT 5
Page 42 of 63

**12/13/2019** Notice of Motion (AND MOTION FOR AN ORDER COMPELLING THE DE-DESIGNATION OF THOSE DOCUMNETS PRODUCED BY THIRD PARTY CLW FOODS, LLC; DECLARATION OF SAFIA GRAY HUSSAIN)
Filed by Don Lee Farms (Plaintiff)

**12/13/2019** Declaration (Declaration of Edward K. Lee in Support of Plaintiff and Cross-Defendant Don Lee Farms' Notice of Motion and Motion for an Order Compelling the De-Designation of Those Documents Produced by Third Party CLW Foods, LLC)
Filed by Don Lee Farms (Plaintiff)

**12/13/2019** Proof of Service (not Summons and Complaint)
Filed by Don Lee Farms (Plaintiff)

**12/12/2019** Notice (of Opposition to Application for Right to Attach Order)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**12/11/2019** Notice of Lodging (Notice of Lodging Documents Under Seal with Opposition to Writ of Attachment)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**12/11/2019** Opposition (REDACTED Opposition to Writ of Attachment)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**12/11/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**12/11/2019** Declaration (of Christopher Yeung ISO Opposition to Writ of Attachment)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**12/11/2019** Declaration (REDACTED Declaration of Kelli Wilson ISO Opposition to Writ of Attachment)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**12/11/2019** Declaration (of Gary Schultz ISO Opposition to Writ of Attachment)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**12/11/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**12/10/2019** at 09:30 AM in Department 82
Hearing on Application for Writ of Attachment (CCP 484.040) - **Not Held - Continued - Stipulation**

**12/10/2019** at 09:30 AM in Department 82
Hearing on Application for Writ of Attachment (CCP 484.040) - **Not Held - Vacated by Court**

**12/05/2019** Notice (of Withdrawal of Motion to Compel Response to Request for Production No. 65)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**12/05/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**12/05/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**12/04/2019** at 11:10 AM in Department 82
Non-Appearance Case Review

**12/04/2019** Minute Order ( (NON-APPEARANCE CASE REVIEW))
Filed by Clerk

**12/04/2019** Stipulation and Order (to continue writ of attachment hearing)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant); Blentech Corporation (3rd Party) (Defendant); Savage River, Inc. (Defendant)

**12/03/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

EXHIBIT 5
Page 43 of 63

**12/03/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**11/27/2019** Opposition ( TO BEYOND MEAT, INC.'S MOTION TO COMPEL RESPONSE TO REQUEST FOR PRODUCTION NO. 65)
Filed by Don Lee Farms (Plaintiff)

**11/27/2019** Opposition (TO BEYOND MEAT INC.'S SEPARATE STATEMENT)
Filed by Don Lee Farms (Plaintiff)

**11/14/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**11/14/2019** Notice ( of Hearing on MTC)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**11/14/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**11/12/2019** Motion to Compel (Motion to Compel Response to Requet for Production No. 65)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**11/12/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**11/12/2019** Proof of Service (not Summons and Complaint)
Filed by Don Lee Farms (Plaintiff)

**11/12/2019** Motion for Order (DON LEE FARMS? NOTICE OF MOTION AND MOTION TO UNSEAL DISCOVERY REFEREE?S REPORT AND RECOMMENDATIONS)
Filed by Don Lee Farms (Plaintiff)

**11/12/2019** Declaration (DECLARATION OF EDWARD K. LEE IN SUPPORT)
Filed by Don Lee Farms (Plaintiff)

**11/12/2019** Declaration (ISO Motion to Compel)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**11/12/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**11/12/2019** Separate Statement
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**11/08/2019** Notice of Application and Hearing for Writ of Attachment (CCP 484.040)
Filed by Don Lee Farms (Plaintiff)

**11/08/2019** Notice of Lodging (DON LEE FARMS? NOTICE OF LODGING, PURSUANT TO CALIFORNIA RULE OF COURT 2.551(b)(3)(A)(iii), OF DOCUMENTS AND INFORMATION DESIGNATED AS ?CONFIDENTIAL?)
Filed by Don Lee Farms (Plaintiff)

**11/08/2019** Declaration (OF BRANDON GOODMAN IN SUPPORT OF DON LEE FARMS? APPLICATION FOR WRIT OF ATTACHMENT)
Filed by Don Lee Farms (Plaintiff)

**11/08/2019** Declaration (OF LISA E. RUBIN IN SUPPORT OF DON LEE FARMS? APPLICATION FOR WRIT OF ATTACHMENT)
Filed by Don Lee Farms (Plaintiff)

**11/08/2019** Declaration (OF JOAN MOCKENHAUPT IN SUPPORT OF DON LEE FARMS? APPLICATION FOR WRIT OF ATTACHMENT)
Filed by Don Lee Farms (Plaintiff)

**11/08/2019** Memorandum of Points & Authorities
Filed by Don Lee Farms (Plaintiff)

EXHIBIT 5
Page 44 of 63

**11/08/2019** Application for Right to Attach Order, Temporary Protective Order, etc.
Filed by Don Lee Farms (Plaintiff)

**11/08/2019** Declaration ( OF LISA E. RUBIN IN SUPPORT OF DON LEE FARMS? APPLICATION FOR WRIT OF ATTACHMENT)
Filed by Don Lee Farms (Plaintiff)

**11/08/2019** Application for Right to Attach Order, Temporary Protective Order, etc.
Filed by Don Lee Farms (Plaintiff)

**11/08/2019** Notice of Application and Hearing for Writ of Attachment (CCP 484.040)
Filed by Don Lee Farms (Plaintiff)

**11/08/2019** Proof of Service (not Summons and Complaint)
Filed by Don Lee Farms (Plaintiff)

**11/08/2019** Notice of Lodging ( PURSUANT TO CALIFORNIA RULE OF COURT 2.551(b)(3)(A)(iii), OF DOCUMENTS AND INFORMATION DESIGNATED AS ?CONFIDENTIAL?)
Filed by Don Lee Farms (Plaintiff)

**11/08/2019** Proof of Service (not Summons and Complaint)
Filed by Don Lee Farms (Plaintiff)

**10/24/2019** Other - (Referee's Report and Recommendations RE Don Lee Farm's Motion to De-Designate or Alternatively, Required Re-Designation of Documents)
Filed by Robert C. Bonner, (Ret.) (Non-Party)

**10/10/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion to be Admitted Pro Hac Vice - **Held - Motion Granted**

**10/10/2019** Minute Order ( (Hearing on Motion to be Admitted Pro Hac Vice))
Filed by Clerk

**10/10/2019** Notice of Ruling
Filed by Don Lee Farms (Plaintiff)

**10/08/2019** Proof of Service by Mail
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**10/08/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**10/08/2019** Notice of Intent to Appear by Telephone
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**10/04/2019** Notice (Plaintiff Don Lee Farms' Notice of Withdrawal)
Filed by Savage River, Inc. (Cross-Complainant)

**10/02/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**10/02/2019** Declaration (of Christopher Y. L. Yeung in Support of Defendant/Cross-Complainant Beyond Meat, Inc.?s Reply in Support of Its Motion for a Protective Order Regarding Requests for Production of Documents)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**10/02/2019** Reply (Beyond Meat, Inc.?s Reply in Support of Its Motion for a Protective Order Regarding Requests for Production of Documents)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**10/02/2019** Proof of Service by Mail
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**10/01/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion to be Admitted Pro Hac Vice - **Not Held - Rescheduled by Party**

EXHIBIT 5
Page 45 of 63

**09/26/2019** Opposition (Don Lee Farms' Opposition to Beyond Meat's Motion for a Protective Order Regarding Request for Production of Documents, Memorandum of Points and Authorities, Declaration of Edward K. Lee)
Filed by Don Lee Farms (Plaintiff)

**09/11/2019** Notice ( OF COURTCALL APPEARANCE)
Filed by Don Lee Farms (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP    03/18/2020    02/05/2020    12/16/2019    09/09/2019    06/05/2019    02/19/2019    10/24/2018    04/24/2018    11/06/2017

**09/09/2019** Application to be Admitted Pro Hac Vice
Filed by Don Lee Farms (Plaintiff)

**09/09/2019** Notice of Appearance
Filed by Don Lee Farms (Cross-Defendant)

**08/30/2019** Motion for Order ((1) COMPELLING BEYOND MEAT TO PROVIDE A FURTHER RESPONSE AND DOCS. IN RESPONSE TO DON LEE FARMS' RQST FOR PROD. NO.71)
Filed by Don Lee Farms (Plaintiff)

**08/30/2019** Separate Statement
Filed by Don Lee Farms (Plaintiff)

**08/27/2019** Motion for Protective Order (re: Requests for Production of Documents)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**08/27/2019** Declaration (of Yeung in Support of Motion)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**08/27/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**08/26/2019** Notice ( OF ORDER FILING REFEREE REPORTS UNDER SEAL)
Filed by Don Lee Farms (Plaintiff)

**08/21/2019** at 09:43 AM in Department 55, Malcolm Mackey, Presiding
Non-Appearance Case Review

**08/21/2019** Certificate of Mailing for ((Non-Appearance Case Review) of 08/21/2019)
Filed by Clerk

**08/21/2019** Minute Order ( (Non-Appearance Case Review))
Filed by Clerk

**07/30/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion to be Admitted Pro Hac Vice - **Held - Motion Granted**

**07/30/2019** Notice of Ruling
Filed by Don Lee Farms (Plaintiff)

**07/30/2019** Minute Order ( (Hearing on Motion to be Admitted Pro Hac Vice))
Filed by Clerk

**07/29/2019** at 09:00 AM in Department 55, Malcolm Mackey, Presiding
Jury Trial - **Held - Continued**

**07/25/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion to be Admitted Pro Hac Vice - **Held - Motion Granted**

**07/25/2019** Notice of Ruling
Filed by Don Lee Farms (Cross-Defendant)

**07/25/2019** Minute Order ( (Hearing on Motion to be Admitted Pro Hac Vice))
Filed by Clerk

EXHIBIT 5
Page 46 of 63

**07/24/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion to Seal (Motion to File Under Seal) - **Held - Motion Granted**

**07/24/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion to Seal (Documents) - **Held - Motion Granted**

**07/24/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion to Seal (Documents in Connection with Motion for Summary Judgment)

**07/24/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion to Seal (Motion to File Documents Under Seal) - **Held - Motion Granted**

**07/24/2019** Order (Granting Defendant/Cross-Complainant Beyond Meat, Inc.'s Motion for an order to File Document Under Seal)

**07/24/2019** Order (Granting Defendant/Cross-Complainant Beyond Meat, Inc.'s Motion for Order to File Documents Under Seal)

**07/24/2019** Order (RE Don Lee Farms' Motion for an order to file Documents Under Seal)

**07/24/2019** Minute Order ( (Hearing on Motion to Seal Motion to File Documents Under Seal...))
Filed by Clerk

**07/23/2019** Notice of Intent to Appear by Telephone
Filed by Savage River, Inc. (Cross-Complainant)

**07/19/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Final Status Conference - **Held - Continued**

**07/19/2019** Notice of Intent to Appear by Telephone
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**07/03/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion to Seal (Motion to File Under Seal) - **Not Held - Continued - Stipulation**

**07/02/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion to Seal (Documents) - **Not Held - Continued - Stipulation**

**06/24/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion for Summary Judgment - **Not Held - Rescheduled by Party**

**06/24/2019** Notice of Appearance
Filed by Don Lee Farms (Plaintiff)

**06/21/2019** Proof of Service by Mail
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**06/21/2019** Application to be Admitted Pro Hac Vice
Filed by Don Lee Farms (Plaintiff)

**06/21/2019** Application to be Admitted Pro Hac Vice
Filed by Don Lee Farms (Plaintiff)

**06/21/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**06/19/2019** Answer (to Second Amended Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**06/18/2019** Reply (DON LEE FARMS' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR AN ORDER
COMPELLING THE DE-DESIGNATION OF DOCUMENTS)
Filed by Don Lee Farms (Plaintiff)

**06/12/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

EXHIBIT 5
Page 47 of 63

**06/12/2019** Declaration ( ISO Opposition)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**06/12/2019** Opposition ( to DLF Motion to Compel De-Designation)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**06/07/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion to Seal (Motion to File Documents Under Seal) - **Not Held - Continued - Stipulation**

**06/06/2019** Notice of Appearance
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   03/18/2020   02/05/2020   12/16/2019   09/09/2019   06/05/2019   02/19/2019   10/24/2018   04/24/2018   11/06/2017

**06/05/2019** Stipulation and Order (Regarding Consolidated Hearing Date for Pending Sealing Motions)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/31/2019** Notice of Ruling
Filed by Don Lee Farms (Plaintiff)

**05/30/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Demurrer - without Motion to Strike - **Held**

**05/30/2019** Minute Order ( (Hearing on Demurrer - without Motion to Strike))
Filed by Clerk

**05/30/2019** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (RE Kevin Andrew Roldan, CSR #13463)
Filed by Don Lee Farms (Plaintiff)

**05/22/2019** Motion to Compel (FOR AN ORDER COMPELLING THE DEDESIGNATION OF THOSE DOCUMENTS PRODUCED BY DEFENDANT AND CROSSCOMPLAINANT BEYOND MEAT; DECLARATION OF DANIEL A. PLATT)
Filed by Don Lee Farms (Plaintiff)

**05/22/2019** Reply (and Sahni Dec ISO Demurrer to DLF SAC)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/21/2019** Notice of Lodging (UNDER SEAL NOTICE OF MOTION AND MOTION FOR AN ORDER COMPELLING THE DE-DESIGNATION OF THOSE DOCUMENTS PRODUCED BY DEFENDANT AND CROSS-COMPLAINANT BEYOND MEAT)
Filed by Don Lee Farms (Plaintiff)

**05/17/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion for Summary Judgment - **Held**

**05/17/2019** Minute Order ( (Hearing on Motion for Summary Judgment))
Filed by Clerk

**05/17/2019** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (RE Rosie Samples, CSR #12383)

**05/17/2019** Notice of Ruling
Filed by Don Lee Farms (Plaintiff)

**05/16/2019** Opposition (to Beyond Meat's Demurrer to the Second Amended Complaint; Declaration of Edward K. Lee)
Filed by Don Lee Farms (Plaintiff)

**05/15/2019** Notice of Intent to Appear by Telephone
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/15/2019** Objection (to (1) Proportion Foods, LLC's Submission of New Evidence and Arguments in Connection with Reply in Support of Motion for Summary Judgment; Beyond Meat Inc.'s "Statement in Response" and Decl. in Response to Don Lee Farms' Opposition)
Filed by Don Lee Farms (Plaintiff)

EXHIBIT 5
Page 48 of 63

**05/13/2019** Declaration (of Neema T. Sahni ISO Motion to File Under Seal)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/13/2019** Reply ( ISO Motion to Uphold Confidentiality_REDACTED)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/13/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/13/2019** Reply (ISO Motion to Uphold Confidentiality_UNDER SEAL_Face Page)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/13/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/13/2019** Motion to Seal (Documents Under Seal)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/13/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/13/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/10/2019** Motion to Seal (to File Under Seal)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/10/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/10/2019** Declaration (Sahni Declaration ISO Statement in Response_UNDER SEAL_FacePage)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/10/2019** Declaration (Sahni Declaration ISO Statement in Response_REDACTED)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/10/2019** Response (Statement in Response to MSJ Opposition)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/10/2019** Declaration (of Jim Bauch)
Filed by Proportion Foods, LLC (Cross-Defendant)

**05/10/2019** Declaration (of Todd Waldman)
Filed by Proportion Foods, LLC (Cross-Defendant)

**05/10/2019** Declaration (of Brian Levy)
Filed by Proportion Foods, LLC (Cross-Defendant)

**05/10/2019** Notice of Lodging (Defendant Proportion Foods, Llcs Consolidated Notice of Lodging, Pursuant To California Rule of Court 2.551 (B)(3)(Iii), of Documents And Information Designate As "Confidential" or "Highly Confidential")
Filed by Proportion Foods, LLC (Cross-Defendant)

**05/10/2019** Reply (Defendant Proportion Foods, Llcs reply memorandum in support of motion for summary judgment or, in the alternative, summary adjudication)
Filed by Proportion Foods, LLC (Cross-Defendant)

**05/10/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**05/07/2019** Opposition (DON LEE FARMS' OPPOSITION TO BEYOND MEAT'S MOTION TO UPHOLD CONFIDENTIALITY DESIGNATIONS UNDER THE PROTECTIVE ORDER)
Filed by Don Lee Farms (Plaintiff)

**05/03/2019** Separate Statement
Filed by Don Lee Farms (Plaintiff)

EXHIBIT 5
Page 49 of 63

**05/03/2019** Notice (Don Lee Farms' Consolidated Notice of Lodging, Pursuant to CRC 2.551(b)(3)(A)(iii), of Documents Designated as "Confidential" or "Highly Confidential")
Filed by Don Lee Farms (Plaintiff)

**05/03/2019** Declaration (Compendium of Evidence in Support of Don Lee Farms' Opposition to Proportion Foods' Motion for Summary Judgment)
Filed by Don Lee Farms (Plaintiff)

**05/03/2019** Objection (Don Lee Farms' Evidentiary Objections to Declaration of Brian Levy)
Filed by Don Lee Farms (Plaintiff)

**05/03/2019** Opposition (Don Lee Farms' Opposition to Proportion Foods' Motion for Summary Judgment)
Filed by Don Lee Farms (Plaintiff)

**05/03/2019** Motion for Order (TO FILE DOCUMENTS UNDER SEAL)
Filed by Don Lee Farms (Plaintiff)

**04/23/2019** Notice (of Execution of Stipulation and Protective Order)
Filed by Proportion Foods, LLC (Cross-Defendant)

**04/12/2019** Declaration (of Sahni Attesting to Parties' Meet and Confer)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**04/12/2019** Motion re: (to Uphold Confidentiality - REDACTED)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**04/12/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**04/12/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**04/12/2019** Answer
Filed by Proportion Foods, LLC (Cross-Defendant)

**04/12/2019** Demurrer - without Motion to Strike
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**04/12/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**04/12/2019** Memorandum of Points & Authorities
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**04/12/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**03/29/2019** Notice (OF WITHDRAWAL OF ATTORNEY KEANDRA Z. BARLOW)
Filed by Savage River, Inc. (Cross-Complainant); Savage River, Inc. (Defendant)

**03/11/2019** Amended Complaint (SECOND)
Filed by Don Lee Farms, a division of Goodman (Plaintiff); Don Lee Farms, a division of Goodman (Plaintiff)

**03/11/2019** Complaint ( (2nd))
Filed by Don Lee Farms (Plaintiff)

**03/07/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion for Leave (DON LEE FARMS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE ITS SECOND AMENDED COMPLAINT) - **Held - Motion Granted**

**03/07/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Ex Parte Application (for an Order Continuing the Trial Date from July 29, 2019 to Either June 15, 2020 or June 22, 2020; Memorandum of Points and Authorities; Declaration of Mitchell A. Kamin) - **Held - Motion Granted**

EXHIBIT 5
Page 50 of 63

**03/07/2019** Minute Order ( (Hearing on Motion for Leave DON LEE FARMS' NOTICE OF MOTION A...))
Filed by Clerk

**03/07/2019** Notice of Ruling
Filed by Don Lee Farms, a division of Goodman (Plaintiff)

**03/07/2019** Notice of Ruling
Filed by Don Lee Farms, a division of Goodman (Plaintiff)

**03/07/2019** Ex Parte Application (Unopposed Ex Parte Application for an Order Continuing the Trial Date from July 29, 2019 to Either June 15, 2020 or June 22, 2020; Memorandum of Points and Authorities; Declaration of Mitchell A. Kamin)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**03/06/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**03/06/2019** Proof of Service by Mail
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**02/28/2019** Reply (PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE ITS SECOND AMENDED COMPLAINT; SUPPLEMENTAL DECLARATION OF EDWARD K. LEE)
Filed by Don Lee Farms, a division of Goodman (Plaintiff)

**02/25/2019** Motion for Summary Judgment (or in the Alternative, Motion for Summary Adjudication of Issues)
Filed by Proportion Foods, LLC (Cross-Defendant)

**02/25/2019** Notice (Statement in Support of Motion for Summary Judgment)
Filed by Proportion Foods, LLC (Cross-Defendant)

**02/25/2019** Declaration (in Support of Motion for Summary Judgment)
Filed by Proportion Foods, LLC (Cross-Defendant)

**02/25/2019** Declaration (in Support of Motion for Summary Judgment)
Filed by Proportion Foods, LLC (Cross-Defendant)

**02/25/2019** Declaration (in Support of Motion for Summary Judgment)
Filed by Proportion Foods, LLC (Cross-Defendant)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   03/18/2020   02/05/2020   12/16/2019   09/09/2019   06/05/2019   02/19/2019   10/24/2018   04/24/2018   11/06/2017


**02/19/2019** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion for Leave (DON LEE FARMS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE ITS SECOND AMENDED COMPLAINT) - **Not Held - Rescheduled by Party**

**02/07/2019** Answer
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**02/07/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**02/07/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**02/06/2019** Notice (OF CONTINUED HEARING ON DON LEE FARMS' MOTION FOR LEAVE TO FILE ITS SECOND AMENDED COMPLAINT)
Filed by Don Lee Farms, a division of Goodman (Plaintiff)

**02/04/2019** Proof of Service (not Summons and Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**02/04/2019** Proof of Service by Mail
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

EXHIBIT 5
Page 51 of 63

LASC - Case Access

**02/04/2019** Opposition (Opposition to Motion for Leave to File Second Amended Complaint)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**01/22/2019** Proof of Service (not Summons and Complaint)
Filed by Don Lee Farms, a division of Goodman (Plaintiff)

**01/10/2019** Motion for Leave (DON LEE FARMS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE ITS SECOND AMENDED COMPLAINT)
Filed by Don Lee Farms, a division of Goodman (Plaintiff)

**01/03/2019** Cross-Complaint
Filed by Proportion Foods, LLC (Cross-Complainant)

**01/03/2019** Answer
Filed by Proportion Foods, LLC (Cross-Defendant)

**12/14/2018** at 4:51 PM in Department 55, Malcolm Mackey, Presiding
Court Order

**12/14/2018** Minute Order ((Court Order))
Filed by Clerk

**12/14/2018** Certificate of Mailing for (Minute Order (Court Order) of 12/14/2018)
Filed by Clerk

**12/07/2018** Proof of Personal Service
Filed by Don Lee Farms, a division of Goodman (Plaintiff)

**12/05/2018** Proof of Service (not Summons and Complaint) (Answer to First Amended complaint by electronic service)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

**12/03/2018** Answer
Filed by Don Lee Farms, a division of Goodman (Plaintiff)

**11/16/2018** Notice of Ruling on Don Lee Farms Motion for 1) An Order to Show Cause Re: Contempt for Violation of Court Order by CLW Foods, Inc.; and 2) Sanctions Against CLW Foods, Inc. in the Amount of 13,034.00
Filed by Don Lee Farms, a division of Goodman (Plaintiff)

**11/15/2018** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion to Compel ((Motion to Compel)) - **Held**

**11/15/2018** RETURNED MAIL

**11/15/2018** Minute Order ((Legacy Event Type : Motion to Compel))
Filed by Clerk

**11/13/2018** Notice of Ruling (on Defendant/Cross-Complainant Beyond Meat, Inc.'s Unopposed Application of Christopher Y.L. Yeung to Appear Pro Hac Vice)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant); Savage River, Inc. (Defendant)

**11/13/2018** Proof of Electronic Service
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant); Savage River, Inc. (Defendant)

**11/13/2018** Notice of Ruling (on Plaintiff/Cross-Defendant Don Lee Farms' Objections to the Discovery Referee's "Comments" Included in the Report and Recommendation re: Motion of Defendant to Compel Trade Secret Designation, Filed on October 24, 2018)
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant); Savage River, Inc. (Defendant)

**11/09/2018** Complaint ((1st))
Filed by Don Lee Farms, a division of Goodman (Plaintiff)

**11/09/2018** Defendant/Cross-Complainant Beyond Meat, Inc.'s Responses to Plaintiff/Cross-Defendant Don Lee Farms' Objections to the Discovery Referee's "Comments" Included in the Report and Recommendation Re: Motion of Defendant to Compel Trade Secret Designation...
Filed by Beyond Meat, Inc. (fka Savage River dba (Defendant)

EXHIBIT 5
Page 52 of 63

**11/09/2018** Summons (on Amended Complaint (1st))
Filed by Clerk

**11/08/2018** at 08:30 AM in Department 55, Malcolm Mackey, Presiding
Hearing on Motion for Leave (to file first amended complaint) - **Not Held - Taken Off Calendar by Party**

**11/08/2018** at 2:58 PM in Department 55, Malcolm Mackey, Presiding
Court Order

**11/08/2018** Minute Order ((Hearing on Motion for Leave to file first amended complaint))
Filed by Clerk

**11/08/2018** Certificate of Mailing for (Minute Order (Court Order) of 11/08/2018)
Filed by Clerk

**11/08/2018** Minute Order ((Court Order))
Filed by Clerk

**11/07/2018** Notice (of Non-Receipt of Opposition to Don Lee Farms Motion For (1) an Order to Show Cause Re: Contempt for Violation of Court Order by CLW Foods, Inc.; and ...........)
Filed by Don Lee Farms (Plaintiff)

**11/05/2018** Objection (Partial Objection To the Discovery Referee's Report and Recommendations RE: Motion of Defendant to Compel Trade Secret Designation)
Filed by Savage River, Inc. (Cross-Complainant)

**11/02/2018** at 3:36 PM in Department 55, Malcolm Mackey, Presiding
Court Order

**11/02/2018** Minute Order ((Court Order))
Filed by Clerk

**11/02/2018** Certificate of Mailing for (Minute Order (Court Order) of 11/02/2018)
Filed by Clerk

**11/02/2018** Order (Granting Pro Hac Vice RE Christopher Y.L. Yeung)
Filed by Savage River, Inc. (Defendant)

**11/02/2018** Stipulation and Order (for Leave to File First Amended Complaint)
Filed by Don Lee Farms (Plaintiff)

**11/02/2018** Plaintiff's Objections to the Discovery Referee's "Comments" Included in the Report and Recommendation Re: Motion of Defendant to Compel Trade Secret Designation, Filed on Oct. 24, 2018
Filed by Don Lee Farms (Plaintiff)

**10/25/2018** Don Lee Farms' Notice of Withdrawal of Its Motion for Leave to File Its First Amended Complaint
Filed by Don Lee Farms (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   03/18/2020   02/05/2020   12/16/2019   09/09/2019   06/05/2019   02/19/2019   10/24/2018   04/24/2018   11/06/2017

**10/24/2018** Other - (Referee's Report and Recommendations RE Motions to Compel Trade Secret Designation)

**10/10/2018** Don Lee Farms' Notice of Motion and Motion for Leave to File its First Amended Compliant
Filed by Don Lee Farms (Plaintiff)

**09/28/2018** Notice of Ruling
Filed by Don Lee Farms (Plaintiff)

**09/28/2018** Reply/Response
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**09/28/2018** NOTICE OF RULING ON PLAINTIFF DON LEE FARMS UNOPPOSED EXP4RTE APPLICATION FOR AN ORDER ADVANCING THE HEARING ON ITS MOTION FOR (I) AN ORDER TO SHOW CAUSE RE: CONTEMPT FOR

EXHIBIT 5
Page 53 of 63

VIOLATION OF COURT ORDER BY CLW FOODS, INC.; AND (2) SANCTIONS AGAINST CLW FOODS, I

**09/28/2018** DEFENDANT/CROSS-COMPLAINANT BEYOND MEAT, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL TRADE SECRET DESIGNATION; AND DECLARATION OF KEANDRA Z. BARLOW IN SUPPORT

**09/27/2018** at 08:30 AM in Department 55
Ex-Parte Proceedings - **Held - Motion Granted**

**09/27/2018** PLAINTIFF DON LEE FARMS' EX PARTE APPLICATION FOR AN ORDER ADVANCING THE HEARING ON ITS MOTION FOR (1) AN ORDER TO SHOW CAUSE E: CONTEMPT FOR VIOLATION `F COURT ORDER BY CLW 0005, INC.; AND (2) SANCTIONS AGAINST CLW OODS, INC. IN THE AMOUNT OF 13,034.00 I

**09/27/2018** Ex-Parte Application
Filed by Plaintiff and Cross-Defendant

**09/27/2018** Minute Order

**09/27/2018** Minute order entered: 2018-09-27 00:00:00
Filed by Clerk

**09/25/2018** Proof of Service (not Summons and Complaint)
Filed by Defendant and Cross-Complainant

**09/25/2018** Proof of Service

**09/25/2018** NOTICE OF APPLICATION AND UNOPPOSED APPLICATION OF CHRISTOPHER Y.L. YEUNG TO APPEAR PRO HAC VICE

**09/25/2018** Notice
Filed by Defendant and Cross-Complainant

**09/20/2018** DON LEE FARMS' NOTICE OF MOTION AND MOTION FOR: (1) AN ORDER TO SHOW CAUSE RE: CONTEMPT FOR VIOLATION OF COURT ORDER BY CLW FOODS, INC.; ETC.

**09/20/2018** Notice of Motion
Filed by Plaintiff and Cross-Defendant

**09/12/2018** PROOF OF ELECTRONIC SERVICE

**09/12/2018** SEPARATE STATEMENT IN SUPPORT OF DEFENDANT/CROSSCOMPLAINANT BEYOND MEAT, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL TRADE SECRET DESIGNATION

**09/12/2018** NOTICE OF CHANGE OF PARTY NAME

**09/12/2018** Miscellaneous-Other
Filed by Beyond Meat (Legacy Party)

**09/12/2018** Proof of Service (not Summons and Complaint)
Filed by Defendant/Respondent

**09/12/2018** DEFENDANT/CROSS-COMPLAINANT BEYOND MEAT, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL TRADE SECRET DESIGNATION; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF KEANDRA Z. BARLOW IN SUPPORT

**09/12/2018** Motion to Compel
Filed by Beyond Meat (Legacy Party)

**09/12/2018** Notice
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**09/04/2018** Report of Referee
Filed by Clerk

**09/04/2018** REFEREE'S REPORT AND RECOMMENDATIONS RE; MOTION OF PLAINTIFF (1) TO COMPEL THIRD-PARTY BLENTECH CORPORATION TO PROVIDE AMENDED RESPONSES AND PRODUCE DOCUMENTS IN RESPONSE TO PLAINTIFF'S SUBPOENA, ETC

EXHIBIT 5
Page 54 of 63

**08/24/2018** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**08/24/2018** NOTICE OF SERVICE OF DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS ON BEST RESTAURANT SOLUTIONS

**08/24/2018** Notice
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**08/24/2018** Proof of Service PROOF OF ELECTRONIC SERVICE

**08/10/2018** Receipt-Depository
Filed by Savage River, Inc. (Defendant)

**08/10/2018** CIVIL DEPOSIT

**08/07/2018** PROOF OF ELECTRONIC SERVICE

**08/07/2018** NOTICE OF RULING ON SAVAGE RIVER, INC.'S UNOPPOSED EX PARTE APPLICATION FOR AN ORDER CONTINUING THE TRIAL DATE FROM NOVEMBER 5, 2018 TO EITHER JULY 15, 2019 OR JULY 22, 2019

**08/07/2018** Proof of Service (not Summons and Complaint)
Filed by Defendant/Respondent

**08/07/2018** Notice of Ruling
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**08/06/2018** at 08:30 AM in Department 55
Ex-Parte Proceedings - **Held - Motion Granted**

**08/06/2018** Minute Order

**08/06/2018** Minute order entered: 2018-08-06 00:00:00
Filed by Clerk

**08/06/2018** CIVIL DEPOSIT

**08/06/2018** Receipt-Depository
Filed by Defendant/Respondent

**08/06/2018** Ex-Parte Application
Filed by Defendant and Cross-Complainant

**07/30/2018** NOTICE OF ENTRY OF ORDER APPOINTING DISCOVERY REFEREE

**07/30/2018** DECLARATION OF NEEMA T. SAHNI IN SUPPORT OF APPLICATION FOR COMMISSION TO ISSUE SUBPOENA FOR PRODUCTION OF DOCUMENTS BY BEST RESTAURANT SOLUTIONS

**07/30/2018** Declaration
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**07/30/2018** Notice
Filed by Don Lee Farms (Plaintiff)

**07/24/2018** Stipulation and Order
Filed by Plaintiff/Petitioner

**07/24/2018** STIPULATION AND ORDER APPOINTING DISCOVERY REFEREE

**07/12/2018** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**07/12/2018** NOTICE OF SERVICE OF DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS ON QVEST, LLC.

**05/15/2018** CIVIL DEPOSIT

EXHIBIT 5
Page 55 of 63

**05/15/2018** Receipt-Depository
Filed by Don Lee Farms (Plaintiff)

**05/07/2018** Notice
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**05/07/2018** NOTICE OF SERVICE OF DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS ON ANALYTICAL FOOD LABORATORIES, INC.

**05/04/2018** at 08:30 AM in Department 55
Non-Appearance Case Review (Non-Appearance (Case Review); Court makes order) -

**05/04/2018** PROOF OF ELECTRONIC SERVICE

**05/04/2018** THIRD-PARTY BLENTECH CORPORATION'S LIST OF PROPOSED DISCOVERY REFEREES

**05/04/2018** Minute order entered: 2018-05-04 00:00:00
Filed by Clerk

**05/04/2018** Minute Order

**05/04/2018** Notice
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**05/04/2018** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**05/04/2018** Miscellaneous-Other
Filed by Blentech Corporation (3rd Party) (Defendant)

**05/04/2018** Miscellaneous-Other
Filed by Don Lee Farms (Plaintiff)

**05/04/2018** PLAINTIFF AND CROSS-DEFENDANT DON LEE FARMS'S LIST OF DISCOVERY REFEREE CANDIDATES, PURSUANT TO THE COURT'S APRIL 24, 2018 RULING

**05/04/2018** NOTICE OF DEFENDANT/CROSS-COMPLAINANT SAVAGE RIVER INC.'S PROPOSED DISCOVERY REFEREE CANDIDATES

**05/01/2018** CIVIL DEPOSIT

**04/25/2018** Notice of Ruling
Filed by Don Lee Farms (Plaintiff)

**04/25/2018** NOTICE OF RULING ON PLAINTIFF DON LEE FARMS'S MOTION TO COMPEL THIRDPARTY BLENTECH CORPORATION

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   03/18/2020   02/05/2020   12/16/2019   09/09/2019   06/05/2019   02/19/2019   10/24/2018   04/24/2018   11/06/2017


**04/24/2018** at 08:30 AM in Department 55
Hearing on Motion for Order (Motion for an Order; Court makes order) -

**04/24/2018** Minute order entered: 2018-04-24 00:00:00
Filed by Clerk

**04/24/2018** Minute Order

**04/20/2018** at 08:30 AM in Department 55
Unknown Event Type - **Held - Motion Granted**

**04/20/2018** NOTICE OF RULING ON PLAINTIFF DON LEE FARMS'S SECOND MOTION TO COMPEL THIRD-PARTY CLW FOODS, INC.

**04/20/2018** Minute Order

EXHIBIT 5
Page 56 of 63

7/30/2020                                                     LASC - Case Access

**04/20/2018** Notice of Ruling
Filed by Don Lee Farms (Plaintiff)

**04/20/2018** Minute order entered: 2018-04-20 00:00:00
Filed by Clerk

**04/17/2018** PLAINTIFF AND CROSS- DEFENDANT DON LEE FARMS'S REPLY IN SUPPORT OF ITS MOTION FOR AN
ORDER: (1) COMPELLING THIRD-PARTY BLENTECH CORPORATION TO PROVIDE AMENDED RESPONSES AND
PRODUCE DOCUMENTS IN RESPONSE TO DON LEE FARMS'S SUBPOENA; AND ETC

**04/17/2018** Reply/Response
Filed by Don Lee Farms (Plaintiff)

**04/13/2018** Reply/Response
Filed by Don Lee Farms (Plaintiff)

**04/13/2018** PLAINTIFF AND CROSS-DEFENDANT DON LEE FARMS'S REPLY IN SUPPORT OF ITS SECOND MOTION
FOR AN ORDER: (1) COMPELLING THIRD-PARTY CLW FOODS, INC. TO PRODUCE DOCUMENTS IN RESPONSE TO
DON LEE FARMS'S SUBPOENA; ETC.

**04/11/2018** Opposition Document
Filed by Blentech Corporation (3rd Party) (Defendant)

**04/11/2018** Declaration
Filed by Blentech Corporation (3rd Party) (Defendant)

**04/11/2018** Declaration
Filed by Blentech Corporation (3rd Party) (Defendant)

**04/11/2018** CHRISTOPHER M. MAZZIA'S DECLARATION IN SUPPORT OF THIRD PARTY BLENTECH CORPORATION'S
OPPOSITION TO DON LEE FARMS' MOTION TO COMPEL AND MOTION FOR SANCTIONS

**04/11/2018** DANIEL VOLT'S DECLARATION IN SUPPORT OF THIRD-PARTY BLENTECH CORPORATION'S
OPPOSITION TO DON LEE FARMS' MOTION TO COMPEL AND MOTION FOR SANCTIONS

**04/11/2018** THIRD-PARTY BLENTECH CORPORATION'S OPPOSITION TO DON LEE FARMS' MOTION TO COMPEL
AND MOTION FOR SANCTIONS

**04/11/2018** THIRD-PARTY BLENTECU CORPORATION'S SEPARATE STATEMENT IN SUPPORT OF OPPOSITION TO
DON LEE FARMS' MOTION TO COMPEL AND MOTION FOR SANCTIONS

**04/11/2018** Miscellaneous-Other
Filed by Defendant/Respondent

**04/10/2018** NON-PARTY CLW FOODS, LLC'S MEMORANDUM IN OPPOSITION TO PLAINTIFF DON LEE FARM'S
MOTION FOR AN ORDER COMPELLING PRODUCTION OF DOCUMENTS IN RESPONSE TO SUBPOENA AND FOR
SANCTIONS

**04/10/2018** Opposition Points & Authorities
Filed by Objector

**03/23/2018** DECLARATION OF NEEMA T. SAHNI IN SUPPORT OF APPLICATION FOR COMMISSION TO ISSUE
SUBPOENA FOR PRODUCTION OF DOCUMENTS BY ANALYTICAL FOOD LABORATORIES, INC.

**03/23/2018** PROOF OF ELECTRONIC SERVICE

**03/23/2018** Declaration
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**03/23/2018** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant)

**03/19/2018** SEPARATE STATEMENT IN SUPPORT OF DON LEE FARMS S MOTION TO COMPEL BLENTECH
CORPORATION

EXHIBIT 5
Page 57 of 63

**03/19/2018** PLAINTIFF AND CROSS-DEFENDANT DON LEE FARMS'S NOTICE OF MOTION AND MOTION FOR AN ORDER: (1) COMPELLING THIRD-PARTY BLENTECH CORPORATION TO PROVIDE AMENDED RESPONSES AND PRODUCE DOCUMENTS IN RESPONSE TO DON LEE FARMS'S SUBPOENA; ETC.

**03/19/2018** Miscellaneous-Other
Filed by Don Lee Farms (Plaintiff)

**03/19/2018** Notice of Motion
Filed by Don Lee Farms (Plaintiff)

**03/16/2018** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**03/16/2018** PROOF OF ELECTRONIC SERVICE

**03/02/2018** Notice of Motion
Filed by Don Lee Farms (Plaintiff)

**03/02/2018** PLAINTIFF AND CROSS- DEFENDANT DON LEE FARMS'S SECOND NOTICE OF MOTION AND MOTION FOR AN ORDER: (1) COMPELLING THIRD-PARTY CLW FOODS, INC. TO PRODUCE DOCUMENTS IN RESPONSE TO DON LEE FARMS'S SUBPOENA; AND ETC

**03/02/2018** Miscellaneous-Other
Filed by Don Lee Farms (Plaintiff)

**03/02/2018** SEPARATE STATEMENT IN SUPPORT OF DON LEE FARMS'S SECOND MOTION TO COMPEL

**02/14/2018** Notice of Ruling
Filed by Don Lee Farms (Plaintiff)

**02/14/2018** NOTICE OF RULING ON PLAINTIFF DON LEE FARMS' UNOPPOSED EX PARTE APPLICATION FOR AN ORDER CONTINUING THE TRIAL DATE FROM OCTOBER 22, 2018, TO EITHER NOVEMBER 5, 2018, OR NOVEMBER 12, 2018

**02/13/2018** at 08:30 AM in Department 55
Ex-Parte Proceedings - **Held - Motion Granted**

**02/13/2018** Minute Order

**02/13/2018** PLAINTIFF DON LEE FARMS' UNOPPOSED EX PARTE APPLICATION FOR AN ORDER CONTINUING THE TRIAL DATE FROM OCTOBER 22, 2018, TO EITHER NOVEMBER 5, 2018, OR NOVEMBER 12, 2018

**02/13/2018** Ex-Parte Application
Filed by Don Lee Farms (Plaintiff)

**02/13/2018** Case Management Order
Filed by Court

**02/13/2018** INITIAL STATUS CONFERENCE ORDER

**02/13/2018** Minute order entered: 2018-02-13 00:00:00
Filed by Clerk

**01/11/2018** NOTIC OF SERVICE OF DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS ON CALIFORNIA DEPARTMENT OF PUBLIC HEALTH

**01/11/2018** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**01/11/2018** NOTICE OF SERVICE OF DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS ON LOS ANGELES COUNTY DEPARTMENT OF PUBLIC HEALTH

**01/11/2018** NOTICE OF SERVICE OF DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS ON TARRANT COUNTY PUBLIC HEALTH

EXHIBIT 5
Page 58 of 63

7/30/2020                                                LASC - Case Access

**01/11/2018** NOTICE OF SERVICE OF DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS ON
TEXAS DEPARTMENT OF STATE HEALTH SERVICES

**01/11/2018** PROOF OF ELECTRONIC SERVICE

**01/11/2018** NOTICE OF SERVICE OF DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS ON
SILLIKER, INC.

**01/11/2018** NOTICE OF SERVICE OF DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS ON
CALIFORNIA DEPARTMENT OF FOOD & AGRICULTURE

**01/11/2018** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**01/11/2018** Notice
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**01/11/2018** Notice
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**01/11/2018** Notice
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**01/11/2018** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant)

**01/11/2018** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**01/11/2018** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**01/11/2018** NOTICE OF SERVICE OF DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS ON
TEXAS DEPARTMENT OF AGRICULTURE

**12/22/2017** DECLARATION OF NEEMA T. SAHNI IN SUPPORT OF APPLICATION FOR COMMISSION TO ISSUE
SUBPOENA FOR PRODUCTION OF DOCUMENTS BY TARRANT COUNTY PUBLIC HEALTH

**12/22/2017** Receipt-Depository
Filed by Savage River, Inc. (Defendant)

**12/22/2017** DECLARATION OF NEEMA T. SAHNI IN SUPPORT OF APPLICATION FOR COMMISSION TO ISSUE
SUBPOENA FOR PRODUCTION OF DOCUMENTS BY TEXAS DEPARTMENT OF AGRICULTURE

**12/22/2017** PROOF OF ELECTRONIC SERVICE

**12/22/2017** Declaration
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**12/22/2017** Declaration
Filed by Savage River, Inc. (Defendant)

**12/22/2017** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant)

**12/22/2017** DECLARATION OF NEEMA T. SAHNI IN SUPPORT OF APPLICATION FOR COMMISSION TO ISSUE
SUBPOENA FOR PRODUCTION OF DOCUMENTS BY TEXAS DEPARTMENT OF STATE HEALTH SERVICES

**12/22/2017** Declaration
Filed by Beyond Meat (Legacy Party)

**12/22/2017** DECLARATION OF NEEMA T. SAHNI IN SUPPORT OF APPLICATION FOR COMMISSION TO ISSUE
SUBPOENA FOR PRODUCTION OF DOCUMENTS BY SILLIKER, INC.

**12/22/2017** CIVIL DEPOSIT

EXHIBIT 5
Page 59 of 63

**12/22/2017** Declaration
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**11/27/2017** CIVIL DEPOSIT

**11/27/2017** Receipt-Depository
Filed by Don Lee Farms (Plaintiff)

**11/22/2017** CIVIL DEPOSIT

**11/22/2017** Receipt-Depository
Filed by Don Lee Farms (Plaintiff)

**11/20/2017** at 08:30 AM in Department 55
Case Management Conference (Conference-Case Management; Trial Date Set) -

**11/20/2017** Receipt-Depository
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**11/20/2017** DEFENDANT/CROSS-COMPLAINANT SAVAGE RIVER, INC.'S NOTICE OF POSTING JURY FEES

**11/20/2017** Minute Order

**11/20/2017** Minute order entered: 2017-11-20 00:00:00
Filed by Clerk

**11/20/2017** Affidavit of Posting
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**11/20/2017** CIVIL DEPOSIT

**11/17/2017** CIVIL DEPOSIT

**11/17/2017** Receipt-Depository
Filed by Savage River, Inc. (Defendant)

**11/16/2017** Affidavit of Posting
Filed by Don Lee Farms (Plaintiff)

**11/16/2017** NOTICE OF POSTING JURY FEES

**11/16/2017** CIVIL DEPOSIT

**11/16/2017** Receipt-Depository
Filed by Don Lee Farms (Plaintiff)

**11/15/2017** CASE MANAGEMENT STATEMENT

**11/15/2017** Case Management Statement
Filed by Don Lee Farms (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   03/18/2020   02/05/2020   12/16/2019   09/09/2019   06/05/2019   02/19/2019   10/24/2018   04/24/2018   11/06/2017


**11/06/2017** at 08:30 AM in Department 55
Hearing on Motion to Compel ((Off Calendar)) -

**11/06/2017** Minute order entered: 2017-11-06 00:00:00
Filed by Clerk

**11/06/2017** Minute Order

**11/03/2017** Case Management Statement
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**11/03/2017** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

EXHIBIT 5
Page 60 of 63

**11/03/2017** CASE MANAGEMENT STATEMENT

**11/03/2017** PROOF OF ELECTRONIC SERVICE

**10/31/2017** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**10/31/2017** PROOF OF ELECTRONIC SERVICE

**10/31/2017** CIVIL DEPOSIT

**10/31/2017** Receipt-Depository
Filed by Plaintiff/Petitioner

**10/30/2017** PROOF OF ELECTRONIC SERVICE

**10/30/2017** DEFENDANT/CROSS-COMPLAINANT SAVAGE RIVER, INC.'S ANSWER TO PLAINTIFF/CROSS-DEFENDANT DON LEE FARMS' COMPLAINT

**10/30/2017** PLAINTIFF AND CROSS- DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION FOR AN ORDER: (1) COMPELLING THIRD-PARTY CLW FOODS, LLC TO PRODUCE DOCUMENTS IN RESPONSE TO SUBPOENA; AND (2) FOR SANCTIONS IN THE AMOUNT OF $3,058.00

**10/30/2017** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**10/30/2017** Notice
Filed by Don Lee Farms (Plaintiff)

**10/30/2017** Answer
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**10/26/2017** Receipt-Depository
Filed by Don Lee Farms (Plaintiff)

**10/26/2017** CIVIL DEPOSIT

**10/11/2017** STIPULATION AND PROTECTIVE ORDER

**10/11/2017** Order-Protective
Filed by Savage River, Inc. (Defendant)

**10/10/2017** at 08:30 AM in Department 55
Hearing on Demurrer - without Motion to Strike (Hearing on Demurrer; Demurrer overruled) -

**10/10/2017** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by Savage River, Inc. (Defendant)

**10/10/2017** Minute Order

**10/10/2017** ORDER APPOINTING COURT APPROVED REPORTER AS OFFICIAL REPORTER PRO TEMPORE

**10/10/2017** Minute order entered: 2017-10-10 00:00:00
Filed by Clerk

**09/27/2017** at 08:30 AM in Department 55
Case Management Conference (Conference-Case Management; Not Held-Continued) -

**09/27/2017** Minute order entered: 2017-09-27 00:00:00
Filed by Clerk

**09/27/2017** Minute Order

**09/27/2017** SEPARATE STATEMENT IN SUPPORT OF PLAINTIFF AND CROSS-DEFENDAN'S NOTICE OF MOTION AND MOTION FOR AN ORDER: ETC

**09/25/2017** PLAINTIFF AND CROSS-DEFENDANT'S NOTICE OF MOTION AND MOTION FOR AN ORDER: (1) COMPELLING THIRD-PARTY CLW FOODS, LLC TO PRODUCE DOCUMENTS IN RESPONSE TO SUBPOENA; ETC

EXHIBIT 5
Page 61 of 63

**09/25/2017** Motion to Compel
Filed by Don Lee Farms (Plaintiff)

**09/25/2017** Miscellaneous-Other
Filed by Don Lee Farms (Plaintiff)

**09/21/2017** at 08:30 AM in Department 55
Hearing on Demurrer - without Motion to Strike (Hearing on Demurrer; Not Held-Continued) -

**09/21/2017** NOTICE OF CONTINUANCE OF HEARING ON DEFENDANT/CROSSCOMPLAINANT SAVAGE RIVER, INC.'S DEMURRER TO PLAINTIFF/CROSS- DEFENDANT DON LEE FARMS' COMPLAINT AND MOTION TO STRIKE PORTIONS THEREOF

**09/21/2017** Declaration
Filed by Don Lee Farms (Plaintiff)

**09/21/2017** Notice Re: Continuance of Hearing and Order
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**09/21/2017** Minute Order

**09/21/2017** PROOF OF ELECTRONIC SERVICE

**09/21/2017** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant)

**09/21/2017** DECLARATION OF EDWARD K. LEE IN SUPPORT OF APPLICATION FOR COMMISSION TO ISSUE SUBPOENA FOR PRODUCTION OF DOCUMENTS BY PPI TECHNOLOGIES, L.L.C.

**09/21/2017** Minute order entered: 2017-09-21 00:00:00
Filed by Clerk

**09/14/2017** DEFENDANT/CROSS-COMPLAINANT SAVAGE RIVER, INC.'S REPLY IN SUPPORT OF DEMURRER TO PLAINTIFF/CROSS-DEFENDANT DON LEE FARMS' COMPLAINT

**09/14/2017** Reply/Response
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**09/14/2017** DEFENDANT/CROSS-COMPLAINANT SAVAGE RIVER, INC.'S REPLY IN SUPPORT OF MOTION TO STRIKE PORTIONS OF PLAINTIFF/CROSS-DEFENDANT DON LEE FARMS' COMPLAINT

**09/14/2017** PROOF OF ELECTRONIC SERVICE

**09/14/2017** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**09/14/2017** Reply/Response
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**09/13/2017** Stipulation and Order
Filed by Savage River, Inc. (Defendant)

**09/13/2017** JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

**09/08/2017** PLAINTIFF/CROSS-DEFENDANT'S OPPOSITION TO DEFENDANT/CROSS-COMPLAINANT'S MOTION TO STRIKE PORTIONS OF THE COMPLAINT

**09/08/2017** PLAINTIFF/CROSS-DEFENDANT'S OPPOSITION TO DEMURRER OF DEFENDANT/CROSS-COMPLAINANT

**09/08/2017** Opposition Document
Filed by Don Lee Farms (Plaintiff)

**09/08/2017** Opposition Document
Filed by Don Lee Farms (Plaintiff)

**08/28/2017** CROSS-DEFERDANT'S ANSWER TO UNVERIFIED CROSS-COMPLAINT

EXHIBIT 5
Page 62 of 63

LASC - Case Access

**08/28/2017** Answer to Cross-Complaint
Filed by Don Lee Farms (Plaintiff)

**07/27/2017** Motion to Strike
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**07/27/2017** Points and Authorities
Filed by Beyond Meat (Legacy Party)

**07/27/2017** Cross-Complaint
Filed by Savage River, Inc. (Defendant)

**07/27/2017** DECLARATION OF NEEMA T. SAMNI ATTESTING TO PARTIES' MEET AND CONFER RE: DEMURRER TO PLAINTIFF/CROSS-DEFENDANT DON LEE FARMS' COMPLAINT

**07/27/2017** Demurrer
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**07/27/2017** Declaration
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**07/27/2017** SAVAGE RIVER, INC.'S CROSS-COMPLAINT FOR: (1) BREACH OF CONTRACT; ETC.

**07/27/2017** Proof of Service

**07/27/2017** Proof of Service (not Summons and Complaint)
Filed by Savage River, Inc. (Defendant); Beyond Meat (Legacy Party)

**07/27/2017** DEFENDANT/CROSS-COMPLAINANT SAVAGE RIVER, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEMURRER TO PLAINTIFF/CROSS-DEFENDANT DON LEE FARMS' COMPLAINT

**07/27/2017** DEFENDANT/CROSS-COMPLAINANT SAVAGE RIVER, INC.'S NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF PLAINTIFF/CROSS- DEFENDANT DON LEE FARM'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

**07/27/2017** DEFENDANT/CROSS-COMPLAINANT SAVAGE RIVER, INC.'S NOTICE OF DEMURRER AND DEMURRER TO PLAINTIFF/CROSS-DEFENDANT DON LEE FARMS' COMPLAINT

**07/27/2017** Cross-Complaint
Filed by Savage River, Inc. (Cross-Complainant)

**05/25/2017** Complaint
Filed by Don Lee Farms (Plaintiff)

**05/25/2017** SUMMONS

**05/25/2017** COMPLAINT FOR: (1) BREACH OF CONTRACT; ETC

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   03/18/2020   02/05/2020   12/16/2019   09/09/2019   06/05/2019   02/19/2019   10/24/2018   04/24/2018   11/06/2017

EXHIBIT 5
Page 63 of 63