SPERTUS, LANDES & UMHOFER, LLP
James W. Spertus (SBN 159825)
Christa L. Culver Wasserman (SBN 289128)
617 West 7th Street, Suite 200
Los Angeles, CA  90017
Telephone:  (213) 205-6520
Facsimile:  (213) 205-6521
Email:    jspertus@spertuslaw.com
            cwasserman@spertuslaw.com

STOEL RIVES LLP
B. John Casey (admitted *pro hac vice*)
Brad Daniels (admitted *pro hac vice*)
Samantha Sondag (admitted *pro hac vice*)
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone:  (503) 294-9170
Facsimile:  (503) 220-2480
Email:    john.casey@stoel.com
            brad.daniels@stoel.com
            samantha.sondag@stoel.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| LARRY TRAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEYOND MEAT, INC., et al.,<br><br>Defendants. | CASE NO. 2:20-cv-00963-MWF<br><br>**[PROPOSED] ORDER RE DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** |

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles, CA 90025
Telephone 310-826-4700; Facsimile 310-826-4711

1

[PROPOSED] ORDER

Having considered Defendants' Request for Judicial Notice, and GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendants' Request for Judicial Notice is GRANTED.  The Court shall consider the documents listed in the notice under the incorporation by reference doctrine and/or take judicial notice of the documents under Federal Rule of Evidence 201.

IT IS SO ORDERED.

DATE:_____            _____

HON. MICHAEL W. FITZGERALD

U.S. DISTRICT COURT JUDGE

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

2
[PROPOSED] ORDER