SPERTUS, LANDES & UMHOFER, LLP
James W. Spertus (SBN 159825)
Christa L. Culver Wasserman (SBN 289128)
617 West 7th Street, Suite 200
Los Angeles, CA 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521
Email: jspertus@spertuslaw.com
            cwasserman@spertuslaw.com

STOEL RIVES LLP
B. John Casey (admitted *pro hac vice*)
Brad Daniels (admitted *pro hac vice*)
Samantha Sondag (admitted *pro hac vice*)
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: (503) 294-9170
Facsimile: (503) 220-2480
Email: john.casey@stoel.com
            brad.daniels@stoel.com
            samantha.sondag@stoel.com

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

| | |
|---|---|
| LARRY TRAN, Individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>BEYOND MEAT, INC., et al.,<br><br>            Defendants. | CASE NO. 2:20-cv-00963-MWF<br><br>**DEFENDANTS' NOTICE OF ERRATA RE DECLARATION OF B. JOHN CASEY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS** |

1

NOTICE OF ERRATA

Defendants Beyond Meat, Inc., Ethan Brown, and Mark J. Nelson ("Defendants"), by and through their counsel of record, hereby give notice of a clerical error in the Declaration of B. John Casey in Support of Defendants' Motion to Dismiss Amended Class Action Complaint for Violation of the Federal Securities Laws ("Casey Declaration"). (Dkt. 55-1.) The description of Exhibit 11 in the Casey Declaration inadvertently omitted the following bolded language:

> Attached hereto as Exhibit 11 is a true and correct copy of the Notice of Ruling on DLF's Application for Right to Attach Order and Writ of Attachment in the DLF Litigation, file-stamped January 22, 2020**, and the Right to Attach Order and Order for Issuance of Writ of Attachment After Hearing, file-stamped January 24, 2020**.

Counsel apologizes to the Court for this error and respectfully requests that the Court consider the attached Amended Declaration of B. John Casey for purposes of further argument, hearings, and decisions concerning Defendants' Motion to Dismiss (Dkt. 55).

DATED: July 31, 2020    SPERTUS, LANDES & UMHOFER, LLP

/s/ James W. Spertus
James W. Spertus
Christa L. Culver Wasserman

STOEL RIVES LLP
B. John Casey (admitted *pro hac vice*)
Brad Daniels (admitted *pro hac vice*)
Samantha Sondag (admitted *pro hac vice*)
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: (503) 294-9170
Facsimile: (503) 220-2480
Email:  john.casey@stoel.com
        brad.daniels@stoel.com
        samantha.sondag@stoel.com

*Counsel for Defendants*

NOTICE OF ERRATA

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711