SPERTUS, LANDES & UMHOFER, LLP
James W. Spertus (SBN 159825)
jspertus@spertuslaw.com
Christa L. Culver Wasserman (SBN 289128)
cwasserman@spertuslaw.com
617 West 7th Street, Suite 200
Los Angeles, CA 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521

STOEL RIVES LLP
B. John Casey (admitted *pro hac vice*)
john.casey@stoel.com
Brad Daniels (admitted *pro hac vice*)
brad.daniels@stoel.com
Samantha Sondag (admitted *pro hac vice*)
samantha.sondag@stoel.com
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: (503) 294-9170
Facsimile: (503) 220-2480

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| LARRY TRAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEYOND MEAT, INC., et al.,<br><br>Defendants. | Case No. 2:20-cv-00963-MWF<br><br>**AMENDED DECLARATION OF B. JOHN CASEY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS** |
| --- | --- |

DECLARATION OF B. JOHN CASEY

- 1 -

Case No. 2:20-cv-00963

I, B. John Casey, hereby declare and state:

1. I am an attorney duly licensed to practice law before all the courts of the States of Oregon and Illinois, and am admitted *pro hac vice* to practice before this Court in connection with this case.  I represent Defendants Beyond Meat, Inc. ("Beyond Meat"), Ethan Brown, and Mark J. Nelson (together, the "Defendants") in this matter.  Unless otherwise stated, I have personal knowledge of the matters stated herein, and if asked to testify thereto, I would do so competently.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Beyond Meat's SEC Form 424B4, dated May 1, 2019, filed with the Securities and Exchange Commission on May 3, 2019, in connection with Beyond Meat's Initial Public Offering.  Defendants direct the Court to pages 9, 34, 35, 91, 100, 101, 107, and 108.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Third Amended Complaint of Don Lee Farms, a division of Goodman Food Products, Inc. ("DLF"), in the case styled *Don Lee Farms v. Beyond Meat, Inc., et al.*, Case No. BC662838 (Los Angeles Super. Ct.) (the "DLF Litigation"), file-stamped January 27, 2020.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Cross-Complaint of Savage River, Inc., d/b/a Beyond Meat, in the DLF Litigation, file-stamped July 27, 2017.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Second Amended Complaint of DLF in the DLF Litigation, file-stamped March 11, 2019.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Los Angeles Superior Court docket for the DLF Litigation as of July 30, 2020.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of Beyond Meat's 10-Q filing dated June 12, 2019.  Defendants direct the Court to pages 24, 54, and 55.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of Beyond Meat's 10-Q filing dated July 29, 2019.  Defendants direct the Court to pages 25, 26, 55, and 56.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of Beyond Meat's 10-Q filing dated November 12, 2019.  Defendants direct the Court to pages 27, 28, 58, and 59.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of the Minute Order on DLF's Motion for Leave to Amend Motion for Leave to Amend Complaint in the DLF Litigation, dated January 21, 2020.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of DLF's Notice of Motion and Motion for Leave to File Third Amended Complaint in the DLF Litigation, without the supporting declaration or exhibits, file-stamped December 31, 2019.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of the Notice of Ruling on DLF's Application for Right to Attach Order and Writ of Attachment in the DLF Litigation, file-stamped January 22, 2020, and the Right to Attach Order and Order for Issuance of Writ of Attachment After Hearing, file-stamped January 24, 2020.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of the Press Release dated January 27, 2020, titled "Judge Rules Don Lee Farms Likely to Obtain Judgment.  Beyond Meat's CFO and Others Named Individually for Fraud," available at https://www.businesswire.com/news/home/20200127005705/en/Judge-Rules-Don-Lee-Farms-Obtain-Judgment.#:~:text=Judge%20Rules%20Don%20Lee%20Farms%20Likely%20to% (last accessed July 28, 2020).

14.    Attached hereto as **Exhibit 13** are true and correct copies of Beyond Meat's Answers to DLF's initial Complaint, file-stamped October 30, 2017, DLF's First Amended Complaint, filed-stamped December 3, 2018, and DLF's Second Amended Complaint, file-stamped June 19, 2019.

15.    Attached hereto as **Exhibit 14** is a true and correct copy of Beyond Meat's 10-K filing dated March 19, 2020.  Defendants direct the Court to page 54.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that I executed this Declaration on July 31, 2020, in Sisters, Oregon.

Dated:  July 31, 2020

B. John Casey

DECLARATION OF B. JOHN CASEY                    - 4 -                    Case No. 2:20-cv-00963