SPERTUS, LANDES & UMHOFER, LLP
James W. Spertus (SBN 159825)
jspertus@spertuslaw.com
Christa L. Culver Wasserman (SBN 289128)
cwasserman@spertuslaw.com
617 West 7th Street, Suite 200
Los Angeles, CA  90017
Telephone:  (213) 205-6520
Facsimile:  (213) 205-6521

STOEL RIVES LLP
B. John Casey (admitted *pro hac vice*)
john.casey@stoel.com
Brad Daniels (admitted *pro hac vice*)
brad.daniels@stoel.com
Samantha Sondag (admitted *pro hac vice*)
samantha.sondag@stoel.com
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone:  (503) 294-9170
Facsimile:  (503) 220-2480
*Counsel for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LARRY TRAN, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>BEYOND MEAT, INC., et al.,<br><br>        Defendants. | Case No. 2:20-cv-00963-MWF<br><br>**DECLARATION OF B. JOHN CASEY IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS** |

I, B. John Casey, hereby declare and state:

1.      I am an attorney duly licensed to practice law before all the courts of the States of Oregon and Illinois, and am admitted *pro hac vice* to practice before this Court in connection with this case.  I represent Defendants Beyond Meat, Inc. ("Beyond Meat"), Ethan Brown, and Mark J. Nelson (together, the "Defendants") in this matter.  Unless otherwise stated, I have personal knowledge of the matters stated herein, and if asked to testify thereto, I would do so competently.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the minute order dated May 17, 2019 denying ProPortion Food LLC's Motion for Summary Judgment or in the Alternative, Motion for Summary Adjudication ("ProPortion's Motion for Summary Judgment") in the case styled *Don Lee Farms v. Beyond Meat, Inc., et al.*, Case No. BC662838 (Los Angeles Super. Ct.) (the "DLF Litigation").

3.      Attached hereto as **Exhibit 2** is a true and correct copy of Beyond Meat's First Amended Cross-Complaint filed in the DLF Litigation and dated August 11, 2020.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of Beyond Meat's publicly filed Motion for Sanctions against Don Lee Farms, Donald Goodman, Daniel Goodman and Loeb & Loeb LLP filed in the DLF Litigation and dated August 25, 2020.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of Beyond Meat's Statement in Response to Plaintiff Don Lee Farms' Opposition to ProPortion's Motion for Summary Judgment filed in the DLF Litigation and dated May 10, 2019.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of the publicly filed Declaration of Neema T. Sahni in support of Beyond Meat's Statement in Response to Plaintiff Don Lee Farms' Opposition to ProPortion's

Motion for Summary Judgment filed in the DLF Litigation and dated May 10, 2019.

7.    Attached hereto as **Exhibit 6** is a true and correct copy of Beyond Meat's Objection to Plaintiff Don Lee Farms' Proposed Right to Attach Order filed in the DLF Litigation and dated January 23, 2020.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that I executed this Declaration on September 15, 2020, in Portland, Oregon.

Dated:  September 15, 2020          _____

B. John Casey

DECLARATION OF B. JOHN CASEY               - 3 -                    Case No. 2:20-cv-00963