# EXHIBIT 1

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
### Central District, Stanley Mosk Courthouse, Department 55

**BC662838**                                                                May 17, 2019
**DON LEE FARMS VS SAVAGE RIVER INC**                                        8:30 AM

Judge: Honorable Malcolm Mackey                CSR: Rosie Samples, CSR #12383
Judicial Assistant: E. Verner                  ERM: None
Courtroom Assistant: M. Kinney                 Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): Edward K. Lee

For Defendant(s): Daniel C. Lapidus; Christopher Y.L. Yeung, Esq. (Telephonic)

**NATURE OF PROCEEDINGS:** Hearing on Motion for Summary Judgment

The Motion for Summary Judgment or in the Alternative, Motion for Summary Adjudication of Issues filed by Proportion Foods, LLC on 02/25/2019 is Denied. Pursuant to Government Code sections 68086, 70044, California Rules of Court, rule 2.956, and the stipulation of appearing parties, Rosie Samples, CSR #12383, certified shorthand reporter is appointed as an official Court reporter pro tempore in these proceedings, and is ordered to comply with the terms of the Court Reporter Agreement. The Order is signed and filed this date.

Matter comes on calendar for Cross-Defendant Proportion Foods, LLC's Motion for Summary Judgment, or in the Alternative, Summary Adjudication of Issues filed February 25, 2019. Opposition filed May 3, 2019. Reply filed May 10, 2019.

Motion for Summary Judgment/summary Adjudication is argued and ruled upon as fully reflected in the notes of the court reporter and incorporated by reference herein. The Court's ruling, in brief, as follows:

The motion is denied.

Preliminarily, the motion addressing the First Amended Complaint is moot, because the superseding Second Amended Complaint since has been filed.

Summary judgment or adjudication is improperly granted when addressed to a pleading superseded by an amended one. (State Compensation Ins. Fund v. Sup. Ct. (2010) 184 Cal. App.4th 1124, 1130-31; Hejmadi v. AMFAC, Inc. (1988) 202 Cal. App.3d 525, 536-37); Perry v. Atkinson (1987) 195 Cal. App.3d 14, 17-18).

The Court finds that triable issues of material fact exist, reasonable inferences, including as to whether Proportion never received Don Lee Farms' trade secrets, and independently developed

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Stanley Mosk Courthouse, Department 55

**BC662838**                                                                     May 17, 2019
**DON LEE FARMS VS SAVAGE RIVER INC**                                             8:30 AM

Judge: Honorable Malcolm Mackey            CSR: Rosie Samples, CSR #12383
Judicial Assistant: E. Verner              ERM: None
Courtroom Assistant: M. Kinney             Deputy Sheriff: None

processes for pea-protein-based, meat-substitute products(e.g., opposing separate statement, additional fact numbers 1-5(concurrent management of PPF and CLW Foods; 20("PPF did not manufacture or process meat-free chicken, meat-free beef, or meat-free patties prior to its business relationship with Beyond Meat"); 39("up and running within two or three weeks"); and proof referenced thereatZ).

"Summary judgment is only proper where there are no triable issues of material fact and the moving party is entitled to judgment as a matter of law." (Assad v. Southern Pacific Transportation Co. (1996) 42 Cal. App.4th 1609, 1612).

Further, opposing party showed grounds for needing to complete discovery (e.g., opposing attorney decl. Edward Lee decl. at Paragraph 12).

Finally, the Court has considered the evidentiary objections in making its ruling.

Plaintiff to give notice.