# EXHIBIT 5

Electronically FILED by Superior Court of California, County of Los Angeles on 05/10/2019 06:00 PM Sherri R. Carter, Executive Officer/Clerk of Court, by S. Bolden, Deputy Clerk

MITCHELL A. KAMIN (Bar No. 202788)
NEEMA T. SAHNI (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: mkamin@cov.com
Email: nsahni@cov.com

CHRISTOPHER Y.L. YEUNG (*pro hac vice*)
**COVINGTON & BURLING LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: + 1 (212) 841-1000
Facsimile: + 1 (212) 841-1010
Email: cyeung@cov.com

*Attorneys for Defendant/Cross-Complainant*
*Beyond Meat, Inc. (f/k/a Savage River, Inc. d/b/a Beyond Meat)*

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| DON LEE FARMS, a division of GOODMAN FOOD PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEYOND MEAT, INC. (f/k/a SAVAGE RIVER, INC. d/b/a BEYOND MEAT), and PROPORTION FOODS, INC., and DOES 1 through 10, inclusive, <br><br> Defendants. <br><br>───────────────── <br><br> AND RELATED CROSS ACTIONS | Civil Case No.:  BC662838 <br><br> **DECLARATION OF NEEMA T. SAHNI IN SUPPORT OF DEFENDANT/CROSS-COMPLAINANT BEYOND MEAT, INC.'S STATEMENT IN RESPONSE TO PLAINTIFF/CROSS-DEFENDANT DON LEE FARMS' OPPOSITION TO PROPORTION FOODS, LLC'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION** <br><br> Date: May 17, 2019 <br> Time: 8:30 AM <br> Dept.: 55 <br> Assigned to Hon. Malcom H. Mackey <br> Complaint Filed: May 25, 2017 <br> Trial Date: May 18, 2020 |

**PUBLIC - REDACTS MATERIALS FROM CONDITIONALLY SEALED RECORD**

DECLARATION OF NEEMA T. SAHNI IN SUPPORT OF BEYOND MEAT'S STATEMENT IN RESPONSE TO DON LEE FARMS' OPPOSITION TO PROPORTION FOODS' MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION

EXHIBIT 5
Page 1 of 5

## DECLARATION OF NEEMA T. SAHNI

I, Neema T. Sahni, declare under penalty of perjury as follows:

1.      I am an attorney with the law firm of Covington & Burling LLP, counsel of record for Defendant/Cross-Complainant Beyond Meat, Inc. ("Beyond Meat") in this matter.  I make this declaration in support of Beyond Meat's Statement in Response to Plaintiff/Cross-Defendant Don Lee Farms' ("DLF") Opposition to ProPortion Foods, LLC's ("ProPortion") Motion for Summary Judgment or, in the Alternative, for Summary Adjudication.  I have personal knowledge of the following facts, and am competent to testify in court if called as a witness.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of DLF0007531, produced by DLF on February 27, 2018.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of DLF0007532–DLF0007533, produced by DLF on February 27, 2018.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 10th day of May, 2019, at Los Angeles, California.

By: _____
        Neema T. Sahni

2

DECLARATION OF NEEMA T. SAHNI IN SUPPORT OF BEYOND MEAT'S STATEMENT IN RESPONSE TO DON LEE FARMS' OPPOSITION TO PROPORTION FOODS' MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION

EXHIBIT 5
Page 2 of 5

# EXHIBIT 1

EXHIBIT 5

Page 3 of 5

| | |
|---|---|
| **From:** | Lisa Yamaguchi <lyamaguchi@beyondmeat.com> |
| **Sent:** | November 03, 2016 6:21 AM |
| **To:** | Suzanne Boutros |
| **Cc:** | Sergio Jimenez-Marquez;Troy Walton |
| **Subject:** | Beyond Burger (Fresh) BOM |
| **Attachments:** | Fresh Beef Starting Point Protocol 2016-11-01.pdf |

Hi Suzanne,

Hope you are feeling better!

We gave the attached protocol to the operators to use on Friday's production from last week, and we also gave the plant the updated amounts. We were told that the protocol would be sufficient until you were able to update the BOM for us upon your return, but today's BOMs did not have the updated amounts.

We have made sure that today's operators are continuing to use these same amounts from last week. Do you know if these will be updated for tomorrow's run?

The changes were minimal and the nutritionals/ingredient statement have not been impacted. Most of the changes were made to account for loss in the processing steps (i.e. diaphragm pumps, loss of color) that we found the need to account for during the trials.

Let me know if there are any questions.

Thanks,
Lisa


--




**Lisa Yamaguchi**
*Corporate Quality Manager*
**M:** 310-951-8057
Los Angeles, CA 90031


EXHIBIT 5
Page 4 of 5

DLF0007531

# EXHIBIT 2

## LODGED CONDITIONALLY UNDER SEAL

EXHIBIT 5
Page 5 of 5