SPERTUS, LANDES & UMHOFER, LLP
James W. Spertus (SBN 159825)
jspertus@spertuslaw.com
Christa L. Culver Wasserman (SBN 289128)
cwasserman@spertuslaw.com
617 West 7th Street, Suite 200
Los Angeles, CA  90017
Telephone:  (213) 205-6520
Facsimile:  (213) 205-6521

STOEL RIVES LLP
B. John Casey (admitted *pro hac vice*)
john.casey@stoel.com
Brad Daniels (admitted *pro hac vice*)
brad.daniels@stoel.com
Samantha Sondag (admitted *pro hac vice*)
samantha.sondag@stoel.com
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone:  (503) 294-9170
Facsimile:  (503) 220-2480

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LARRY TRAN, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>BEYOND MEAT, INC., et al.,<br><br>                    Defendants. | Case No. 2:20-cv-00963-MWF<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>[Filed concurrently with Defendants' Reply in Support of Motion to Dismiss Amended Class Action Complaint for Violation of the Federal Securities Laws]<br><br>Judge: Hon. Michael W. Fitzgerald<br>Courtroom: 5A<br>Date: October 5, 2020<br>Time: 10:00 a.m. |

REQUEST FOR JUDICIAL NOTICE                    -1-                    Case No. 2:20-cv-00963

Defendants Beyond Meat, Inc. ("Beyond Meat"), Ethan Brown, and Mark J. Nelson (together, "Defendants") request that the Court take judicial notice of the documents attached as **Exhibits 1-6** to the Declaration of B. John Casey in Support of Defendants' Reply In Support of Motion to Dismiss Amended Class Action Complaint for Violation of the Federal Securities Laws (the "Casey Reply Declaration" or "Casey Reply Decl.").  For the Court's convenience, **Exhibits 1-6** also are attached to this filing.

## I.      Introduction

Exhibits 1-6 to the Casey Reply Declaration are filings from the case styled *Don Lee Farms v. Beyond Meat, Inc., et al.,* Case No. BC662838 (Los Angeles Super. Ct.) (the "DLF Litigation") that are directly relevant to allegations in the Amended Complaint on which Plaintiffs rely in their Opposition to Defendants' Motion to Dismiss (the "Opposition").

These documents are incorporated by reference in the Amended Complaint and/or are the proper subject of judicial notice under Federal Rule of Evidence ("FRE") 201.  Like the exhibits submitted in support of Defendants' Motion to Dismiss, notice of which Plaintiffs did not oppose, Exhibits 1-6 to the Casey Reply Declaration are all available to the public and their authenticity cannot reasonably be questioned.  Accordingly, Defendants respectfully request that the Court grant their request for judicial notice.

## II.     Argument

Defendants incorporate as if fully set forth herein the legal standards regarding judicial notice, the incorporation by reference doctrine, and FRE 201 from the Request for Judicial Notice in Support of Defendants' Motion to Dismiss (Sections II.A and II.B of Defendants' Request for Judicial, Dkt. 56).

### A.      The Exhibits Are Subject to Judicial Notice Under FRE 201.

Exhibits 1-6 are subject to judicial notice under FRE 201.  The content of these documents can be accurately and readily determined from a source whose

accuracy cannot reasonably be questioned: the Los Angeles Superior Court. FRE 201(b)(2); *see also Harris*, 682 F.3d at 1131-32 (taking judicial notice of documents on file in state court); *Allergan USA, Inc.,* 364 F. Supp. 3d at 1095 (same).

### B. The Exhibits Are Subject to Judicial Notice Under the Incorporation by Reference Doctrine.

Exhibits 1-6 are also properly noticed under the incorporation by reference doctrine. The proceedings in the DLF Litigation are necessary to Plaintiffs' claims, *see Coto Settlement*, 593 F.3d at 1038, and the Amended Complaint and Plaintiffs' Opposition refer "extensively" to them, *see United States v. Ritchie*, 342 F.3d 903, 907-09 (9th Cir. 2003). Relying on allegations in the Amended Complaint, the Opposition discusses the claims asserted in the DLF Litigation, the alleged disclosure of confidential information, and Don Lee Farms' application for writ of attachment. The Amended Complaint and the Opposition also extensively cite to the Compendium of Evidence ("COE") that Don Lee Farms submitted in opposition to ProPortion's Motion for Summary Judgment or in the Alternative, Motion for Summary Adjudication (the "Motion for Summary Judgment").

Defendants may introduce the full pleadings and briefing that Plaintiffs selectively cite: namely, Beyond Meat's response statement to Don Lee Farms' Opposition to the Motion for Summary Judgment (*see* Casey Reply Decl., Exs. 4, 5), the Superior Court's order regarding the same (*id.*, Ex. 1), Beyond Meat's objection to the Proposed Right to Attach Order (*id.*, Ex. 6), Beyond Meat's Amended Cross-Complaint (*id.*, Ex. 2), and Beyond Meat's Motion for Sanctions against Don Lee Farms for disclosure of confidential information (*id.*, Ex. 3).

## III.   Conclusion

For the foregoing reasons, Defendants respectfully request that the Court consider the above-listed documents under the incorporation by reference doctrine and/or take judicial notice of the documents under FRE 201.

DATED:  September 15, 2020

SPERTUS, LANDES & UMHOFER, LLP

/s/ *James W. Spertus*
James W. Spertus
Christa L. Culver Wasserman
617 West 7th Street, Suite 200
Los Angeles, CA  90017
Telephone:  (213) 205-6520
Facsimile:  (213) 205-6521
Email:    jspertus@spertuslaw.com
                cwasserman@spertuslaw.com

STOEL RIVES LLP
B. John Casey (admitted *pro hac vice*)
Brad Daniels (admitted *pro hac vice*)
Samantha Sondag (admitted *pro hac vice*)
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone:  (503) 294-9170
Facsimile:  (503) 220-2480
Email:    john.casey@stoel.com
                brad.daniels@stoel.com
                samantha.sondag@stoel.com

*Counsel for Defendants*