# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TRAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BEYOND MEAT, INC., ETHAN BROWN, and MARK J. NELSON,<br><br>Defendants. | Case No. 2:20-cv-00963-MWF<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER RE PLAINTIFFS' MOTION TO STRIKE PORTIONS OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT FOR VIOLATION OF FEDERAL SECURITIES LAWS AND IN OPPOSITION TO DEFENDANTS' REQUESTS FOR JUDICIAL NOTICE |

Case No. 2:20-cv-00963-MWF

[PROPOSED] ORDER

Having considered Plaintiffs' Motion to Strike Portions of Defendants' Reply in Support of Motion to Dismiss Amended Complaint for Violation of the Federal Securities Laws and in Opposition to Defendants' Requests for Judicial Notice, and GOOD CAUSING HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Plaintiff's Motion to Strike is GRANTED.  The Court will strike the portions of Defendants' Reply identified by Plaintiffs in Exhibit A to the Motion pursuant to Rule 12(f) of the Federal Rules of Civil Procedure and deny Defendants' Request for Judicial Notice in Support of Defendants' Reply with respect to Exhibits 2 through 5.

IT IS SO ORDERED.


DATE:_____                    _____
                                    HON. MICHAEL W. FITZGERALD
                                    U.S. DISTRICT COURT JUDGE

- 1 -                                          Case No. 2:20-cv-00963-MWF
[PROPOSED] ORDER