UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 20-963-MWF(AFMx)**                    Dated: **October 6, 2020**

Title:       Larry Tran -*v*- Beyond Meat, Inc., et al.

---

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

Rita Sanchez                          Miriam Baird
Courtroom Deputy                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

Stephanie M. Beige                    B. John Casey
                                      James W. Spertus
                                      Samuel A. Josephs
                                      Christa L. Culver

**PROCEEDINGS:        TELEPHONIC MOTION TO DISMISS [55]; MOTION TO
                      STRIKE [64]**

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs

-1-                                   :20 min