SPERTUS, LANDES & UMHOFER, LLP
James W. Spertus (SBN 159825)
Christa L. Culver Wasserman (SBN 289128)
617 West 7th Street, Suite 200
Los Angeles, CA 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521
Email: jspertus@spertuslaw.com
        cwasserman@spertuslaw.com

STOEL RIVES LLP
B. John Casey (admitted *pro hac vice*)
Brad Daniels (admitted *pro hac vice*)
Samantha Sondag (admitted *pro hac vice*)
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: (503) 294-9170
Facsimile: (503) 220-2480
Email: john.casey@stoel.com
        brad.daniels@stoel.com
        samantha.sondag@stoel.com

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LARRY TRAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEYOND MEAT, INC., et al.,<br><br>Defendants. | CASE NO. 2:20-cv-00963-MWF<br><br>**STIPULATION FOR JUDGMENT DISMISSING AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS** |

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

1

STIPULATION FOR JUDGMENT

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

Lead Plaintiff BLOCK INVESTMENTS CORPORATION and named plaintiffs JIE LING GUO and NEERAJ TULSIAN (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, and Defendants BEYOND MEAT, INC., ETHAN BROWN, and MARK J. NELSON ("Defendants") (collectively, "Parties"), hereby stipulate as follows:

1.     On October 8, 2020, the Court granted Defendants' Motion to Dismiss Amended Class Action Complaint without prejudice and ordered Plaintiffs to file a Second Amended Complaint, if any, on or before October 22, 2020 (Dkt. No. 55);

2.     Plaintiffs did not file a Second Amended Complaint. The Parties therefore request the Court enter an Order and Judgment dismissing this action with prejudice, with each party bearing his/her/its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

KAPLAN FOX & KILSHEIMER LLP

Dated: October 26, 2020          By: s/ Laurence D. King
                                 Laurence D. King, Esq.
                                 Justin B. Farar, Esq.
                                 Mario M. Choi, Esq.

                                 BERNSTEIN LIEBHARD LLP

                                 Stanley Bernstein (admitted *pro hac vice*)
                                 Stephanie Beige (admitted *pro hac vice*)

                                 Attorneys for Plaintiffs BLOCK INVESTMENTS CORPORATION, JIE LING GUO and NEERAJ TULSIAN

SPERTUS, LANDES & UMHOFER, LLP

Dated: October 26, 2020          By: s/ James W. Spertus
                                 James W. Spertus, Esq.
                                 Christa Culver Wasserman, Esq.

                                 STOEL RIVES LLP

                                 B. John Casey (admitted *pro hac vice*)
                                 Brad Daniels (admitted *pro hac vice*)
                                 Samantha Sondag (admitted *pro hac vice*)

                                 Attorneys for Defendants BEYOND
                                 MEAT, INC., ETHAN BROWN, and
                                 MARK J. NELSON

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

STIPULATION FOR JUDGMENT