SPERTUS, LANDES & UMHOFER, LLP
James W. Spertus (SBN 159825)
Christa L. Culver Wasserman (SBN 289128)
617 West 7th Street, Suite 200
Los Angeles, CA  90017
Telephone:  (213) 205-6520
Facsimile:  (213) 205-6521
Email:    jspertus@spertuslaw.com
            cwasserman@spertuslaw.com

STOEL RIVES LLP
B. John Casey (admitted *pro hac vice*)
Brad Daniels (admitted *pro hac vice*)
Samantha Sondag (admitted *pro hac vice*)
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone:  (503) 294-9170
Facsimile:  (503) 220-2480
Email:    john.casey@stoel.com
            brad.daniels@stoel.com
            samantha.sondag@stoel.com

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LARRY TRAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEYOND MEAT, INC., et al.,<br><br>Defendants. | CASE NO. 2:20-cv-00963-MWF<br><br>**[PROPOSED] ORDER RE STIPULATION FOR JUDGMENT DISMISSING AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS** |

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

1

[PROPOSED] ORDER

Having considered the Parties' stipulation, IT IS HEREBY ORDERED:

This action is dismissed with prejudice, with each party bearing his/her/its own costs and attorneys' fees.

IT IS SO ORDERED.

DATE:_____          _____
                               HON. MICHAEL W. FITZGERALD
                               UNITED STATES DISTRICT JUDGE

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

2

[PROPOSED] ORDER