JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LARRY TRAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEYOND MEAT, INC., et al.,<br><br>Defendants. | CASE NO. CV 20-963-MWF (AFMx)<br><br>**ORDER RE STIPULATION FOR JUDGMENT DISMISSING AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS** |

Having considered the Parties' stipulation, IT IS HEREBY ORDERED:

This action is DISMISSED with prejudice, except for the class allegations of the absent putative class members, which are DISMISSED without prejudice. Each party shall bear his/her/its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: October 27, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge

2
ORDER